# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-0546-AG(DFMx) | Date | June 2, 2014 |
| Title | REAL ESTATE TRAINING INTERNATIONAL, LLC v THE NICK VERTUCCI COMPANIES, INC, ET AL | | |

Present: The Honorable    ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey Cawdrey | Clint Corrie, PHV |

**Proceedings:** DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO STRIKE EXHIBITS [DKTS #33, 34]

Cause is called for hearing and counsel make their appearances. Motion is argued. The Court orders that the tentative ruling shall become the order of the Court. Motion is GRANTED IN PART AND DENIED IN PART. A separate order ruling on motion to issue.

:   15

Initials of Preparer   lmb