1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**AKERMAN LLP**
KAREN PALLADINO CICCONE (CA SBN 143432)
Email: karen.ciccone@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone:   (213) 688-9500
Facsimile:    (213) 627-6342

**AKERMAN LLP**
CLINT CORRIE (TX SBN 04840300)
*Admitted Pro Hac Vice*
Email: clint.corrie@akerman.com
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Telephone:  (214) 720-4300
Facsimile:  (214) 981-9339

Attorneys for Defendants The Nick Vertucci
Companies and Nick Vertucci.

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,<br><br>       Defendants. | Case No. SACV14-00546 AG (DFMx)<br><br>Assigned to Hon. Andrew J. Guilford Courtroom 10D<br><br>**DECLARATION OF CLINT CORRIE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**FED. R. CIV. P. 12(b)(6)**<br><br>Hearing Date:<br>Date:    August 4, 2014<br>Time:    10:00 a.m.<br>Crtrm.:  10D |

I, Clint Corrie, declare as follows:

1.　　　I am attorney licensed to practice in the State of Texas and have been admitted pro hac vice to practice before this Court.  I am also a partner with the law firm of Akerman LLP, which is counsel of record for Defendants The Nick Vertucci Companies, Inc. and Nick Vertucci ("Defendants") in the above-captioned matter.  The following facts are personally known to me, and if called as a witness, I could and would testify competently thereto.

2.　　　Attached hereto as Exhibit 1 is a true and correct copy of the email exchange with Attorney Kimberly Howatt of Gordon & Reese LLP's response from her email of July 1, 2014.  Additionally, Exhibit 1 contains a true and correct copy of the email correspondence that an associate assisting me with this litigation, Nefertari Rigsby, of Akerman LLP submitted on my behalf in response to Ms. Howatt's correspondence on July 2, 2014.

3.　　　As identified in the email, we also filed an Amended Notice of Motion moving the hearing back more than  28 days from the date of the filing of the Motion to Dismiss in order to address Plaintiff's other complaints. Exhibit 2.

4.　　　I declare under the penalty of perjury that the foregoing is true and correct. Executed this 21st day of July 2014 in Dallas, Texas.

/s/ Clint A. Corrie
Clint A. Corrie

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# EXHIBIT 1

**Corrie, Clint (Ptnr-Dal)**

| | |
|---|---|
| **From:** | Rigsby, Nefertari (Assoc-Mia) |
| **Sent:** | Wednesday, July 02, 2014 5:08 PM |
| **To:** | 'Kimberly Howatt' |
| **Cc:** | Jeffrey Cawdrey; weshuesser@yahoo.com; wesh@teamarmando.com; andym@teamarmando.com; Corrie, Clint (Ptnr-Dal) |
| **Subject:** | RE: Activity in Case 8:14-cv-00546-AG-DFM Real Estate Training International, LLC v. The Nick Vertucci Companies, Inc. et al Motion to Dismiss Case |

Counsel:

You should have received an amended notice regarding the Motion to Dismiss, which has now been set for August 4, 2014.  We will be sure to make sure all filings  and representations are compliant with the Local Rules, as none of the actions were done as a means of gamesmanship.


Regards,


**Nefertari S. Rigsby**
Akerman LLP | One Southeast Third Avenue | Suite 2500 | Miami, FL 33131-1714
Dir: 305.982.5541 | Main: 305.374.5600 | Fax: 305.349.4763
nefertari.rigsby@akerman.com


**From:** Kimberly Howatt [mailto:KHowatt@gordonrees.com]
**Sent:** Tuesday, July 01, 2014 8:49 PM
**To:** Rigsby, Nefertari (Assoc-Mia); Corrie, Clint (Ptnr-Dal)
**Cc:** Jeffrey Cawdrey; weshuesser@yahoo.com; wesh@teamarmando.com; andym@teamarmando.com
**Subject:** FW: Activity in Case 8:14-cv-00546-AG-DFM Real Estate Training International, LLC v. The Nick Vertucci Companies, Inc. et al Motion to Dismiss Case

Counsel,

We are in receipt of your clients' motion to dismiss, which we note at first glance is in violation of multiple federal and local rules.

First, the motion is untimely relative to the designated hearing date of July 28, 2014.  Local Rule 6-1 requires that "The notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing, and shall be served on each of the parties electronically … If served personally, or electronically, the notice of motion shall be served not later than twenty-eight (28) days before the Motion Day designated in the notice." [Emphasis added.]  This would require that your motion was filed yesterday, June 30th; by filing today, there is only 27 days before the hearing date.

In addition, your failed to comply with Local Rule 7-3, which requires that "counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference shall take place at least seven (7) days prior to the filing of the motion."  As noted by Mr. Cawdrey, your first effort to reach us regarding the filing of your clients' motion to dismiss occurred a mere 1 hour and 2 minutes before we received the ECF notice of the filing.

**EXHIBIT**

**1**

tabbies®

1

In this regard, and as a third violation, the statement made in your Notice of Motion, that "on July 1, 2014 counsel discussed the substance of the motion and potential resolution," is a gross misrepresentation to the court, thus implicating Fed. R. Civ. P. 11.

You should be aware that several Central District judges have summarily denied motions on the basis of the movant's failure to comply with Local Rule 7-3.  *See e.g.*, *Singer v. Live National Worldwide*, No. SACV 11-0427 DOC (MLGx), 2012 WL 123146 (C.D.Cal. Jan. 13, 2012); *Alcatel-Lucent USA v. Dugdale Communications*, No. CV 09-2140 PSG (JCx) 2009 WL 3346784 (C.D.Cal. Oct. 13, 2009); *Valdovinos v. County of Los Angeles*, No. CV 06-7580 JVS (SHx), 2008 WL 2872648 (C.D.Cal. Jul. 23, 2008) (denying motions for "gross failure to comply" with L.R. 7-3).

Accordingly, we hereby demand that you immediately reschedule the hearing of your clients' motion to allow for full compliance with the Local Rules, as set forth above.  If you will not do so, and issue notice accordingly, by close of business tomorrow, we will bring an ex parte application before the court seeking either the striking or continuance of your clients' motion, and presenting the evidence of these violations to the court.

We expect that the court would not look upon your apparent gamesmanship with favor, including the untimely service just prior to a federal holiday, particularly against the context Mr. Cawdrey's recognized professionalism in defending Mr. Corrie's late telephonic appearance at the June 9th status conference (for which counsel in the hearing just prior to that had been sanctioned).

Please advise how you intend to proceed; we intend to file our application by Thursday, at the latest, if we do not hear from you by then.

Regards,

**KIMBERLY D. HOWATT**   | Partner
**GORDON & REES LLP**

P: 619-696-6700  |  F: 619-696-7124
**khowatt@gordonrees.com**

**vCard  |  Bio**

Arizona • California • Colorado • Connecticut • Florida • Georgia • Illinois • Maryland
Missouri • Nevada • New Jersey • New York • North Carolina • Oregon • Pennsylvania
South Carolina • South Dakota • Texas • Virginia • Washington • Washington, D.C.

Please consider the environment before printing this email.

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Tuesday, July 01, 2014 4:28 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 8:14-cv-00546-AG-DFM Real Estate Training International, LLC v. The Nick Vertucci Companies, Inc. et al Motion to Dismiss Case

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of**

# EXHIBIT 2

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

11     REAL ESTATE TRAINING                 Case No. SACV14-00546 AG (DFMx)
       INTERNATIONAL, LLC,
12                                          Assigned to Hon. Andrew J. Guilford
13                Plaintiff,                Courtroom 10D

14     v.                                   **[PROPOSED] ORDER GRANTING**
                                            **PATRIAL MOTION TO DISMISS**
15     THE NICK VERTUCCI COMPANIES,         **PLAINTIFF'S SECOND AMENDED**
       INC. and NICK VERTUCCI,              **COMPLAINT**
16
17                Defendants.              **FED. R. CIV. P. 12(b)(6)**

18                                          Hearing Date:
                                            Date:    August 4, 2014
19                                          Time:    10:00 a.m.
                                            Crtrm.:  10D
20
21                                          SAC File:         June 17, 2014
                                            FAC Filed:        March 7, 2014
22                                          Complaint Filed:  January 16, 2014
23

24

25

26
                                    ┌─────────────────┐
27                                  │     EXHIBIT      │
                                    │                 │
28                                  │       2         │
                                    └─────────────────┘

{29124268;1}                               1              CASE NO. SACV14-00546 AG (DFMx)
                                    [PROPOSED] ORDER

**AKERMAN LLP**

725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1    The Partial Motion of Defendants to Dismiss Plaintiff's Second Amended Complaint,

2   came on before Judge Andrew J. Guilford on August 4, 2014, at 10:00 a.m.

3    After having read and considered the papers in support of and in opposition to

4

5   Defendants' partial motion to dismiss Plaintiff's Second Amended Complaint, as well

6   as all of the Court's files and papers, the Court finds that Plaintiff's Second Amended

7
    Complaint fails to state a claim for which relief can be granted under Rule 12(b)(6) on
8

9   Counts Three, Four and Five.   Therefore, Defendants' Partial Motion to Dismiss is

10   GRANTED, and Counts Three, Four and Five are hereby dismissed with prejudice.

11   *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

12

13    Good cause appearing, Defendants' Partial Motion to Dismiss Plaintiff's Second

14   Amended Complaint is GRANTED and Counts Three, Four and Five are dismissed

15
    with prejudice.
16

17   Dated: _____, 2014          By: _____

18                                                    Judge Andrew J. Guilford

19

20

21

22

23

24

25

26

27

28

all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Ciccone, Karen on 7/1/2014 at 4:27 PM PDT and filed on 7/1/2014

| | |
|---|---|
| **Case Name:** | Real Estate Training International, LLC v. The Nick Vertucci Companies, Inc. et al |
| **Case Number:** | 8:14-cv-00546-AG-DFM |
| **Filer:** | The Nick Vertucci Companies, Inc. |
| | Nick Vertucci |

**Document Number:** 50

**Docket Text:**
NOTICE OF MOTION AND MOTION to Dismiss Case - *Second Amended Complaint* filed by defendants The Nick Vertucci Companies, Inc., Nick Vertucci. Motion set for hearing on 7/28/2014 at 10:00 AM before Judge Andrew J. Guilford. (Attachments: # (1) Proposed Order)(Ciccone, Karen)

**8:14-cv-00546-AG-DFM Notice has been electronically mailed to:**

Andrew J Moon     andrew.j.moon@gmail.com

Clint A Corrie     clint.corrie@akerman.com, brenda.skandier@akerman.com, janice.brooks-patton@akerman.com, nefertari.rigsby@akerman.com

Jeffrey D Cawdrey     jcawdrey@gordonrees.com, jmydlandevans@gordonrees.com

Joseph Wesley Huesser , II     weshuesser@yahoo.com

Karen Palladino Ciccone     karen.ciccone@akerman.com, helen.serrano@akerman.com, kelly.connolly@akerman.com

Kimberly Diane Howatt     khowatt@gordonrees.com, amontgomery@gordonrees.com, jcawdrey@gordonrees.com, sxowen@gordonrees.com

Nefertari S Rigsby     nefertari.rigsby@akerman.com

**8:14-cv-00546-AG-DFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\VERTUCCI MTD FINAL 7_1_14 (1).PDF
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=7/1/2014] [FileNumber=17752255-0]
[7bdab4d532207ba1b9d0200c5182a84b4c7eb723e4584e898ec9bf91dc8780f085da
ec8a0b5f1031a1df7e46022e60acd0435c9d553efbbc35179e595a653535]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\VERTUCCI PROPOSED ORDER 7-1-14 FINAL FINAL.PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/1/2014] [FileNumber=17752255-1]
[797b4b665ba8ed3e7a6f4214772fff3b669913d8e61430ae69bcc493aaa4ad6ee591
8764cd2b8c53d23fede9444d74bb75becd24298695881a6e7f98ae5f90fc]]

CALIFORNIA * NEW YORK * TEXAS * ILLINOIS * NEVADA * ARIZONA * COLORADO * OREGON * WASHINGTON

NEW JERSEY * FLORIDA * GEORGIA * CONNECTICUT * MISSOURI * WASHINGTON, DC * PENNSYLVANIA * NORTH CAROLINA

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON & REES LLP**
http://www.gordonrees.com

**PROOF OF SERVICE**

I am employed in the City and County of Los Angeles, California.  I am over the age of 18 and not a party to the within action.  My business address is 725 South Figueroa Street, 38th Floor, Los Angeles, CA  90017.

On **July 21, 2014**, I served the following documents

**DECLARATION OF CLINT CORRIE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

on the persons below as follows:

Jeffrey D. Cawdrey (SBN: 120488)
Kimberly D. Howatt (SBN: 196921)
Gordon & Rees LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
jcawdrey@gordonrees.com
khowatt@gordonrees.com


Joseph Wesley Huesser, II, Esq.
Education Management Services, LLC
2935 Thousand Oaks Dr.,  #6-285
San Antonio, TX  78247
Telephone:  210-501-0077
Facsimile:  210-568-4493


*Attorneys for Plaintiff REAL ESTATE TRAINING INT'L, LLC*

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

**AKERMAN LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{29228815;3}                                           3                          CASE NO. SACV14-00546 AG (DFMx)
**PROOF OF SERVICE**

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 21, 2014**, at Los Angeles, California.

| Karen P. Ciccone | /s/ Karen P. Ciccone |
|---|---|
| (Type or print name) | (Signature) |

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{29228815;3}

4

**PROOF OF SERVICE**

CASE No. SACV14-00546 AG (DFMx)