JEFFREY D. CAWDREY (SBN: 120488)
KIMBERLY D. HOWATT (SBN: 196921)
GORDON & REES LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
jcawdrey@gordonrees.com
khowatt@gordonrees.com

JOSEPH WESLEY HUESSER II (*Pro Hace Vice Pending*)
EDUCATION MANAGEMENT SERVICES, LLC
2935 Thousand Oaks Drive, Suite 6-285
San Antonio, TX 78247
Telephone: (210) 501-0077
Facsimile: (210) 568-4493
weshuesser@yahoo.com

Attorneys for Plaintiff REAL ESTATE TRAINING INTERNATIONAL, LLC and Specially Appearing for ARMANDO MONTELONGO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, <br><br> Defendants. | CASE NO. 8:14-cv-00546-AG-DFM <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS** <br><br> Date: December 1, 2014 <br> Time: 10:00 a.m. <br> Dept.: Courtroom 10D <br> Judge: Hon. Andrew J. Guilford |

-1-
NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COUNTERCLAIMS - CASE NO. 8:14-cv-00546-AG-DFM

**TO THIS COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 1, 2014 at 10:00 a.m., or as soon thereafter as the matter may be heard, Plaintiff and Counterdefendant Real Estate Training International, LLC ("RETI") and Cross-Defendant Armando Montelongo, Jr. ("Montelongo"), (collectively, referred to as "Counterdefendants") will and hereby do move the Court to dismiss the Counterclaims of defendants and counter-claimants THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI ("Defendants").

This motion is brought pursuant to Rule 12 of the Federal Rules of Civil Procedure and all applicable decisional law. In particular, Defendants have failed to properly join Montelongo as a party to this suit and therefore dismissal of the Counterclaims, in their entirety, is proper as to Montelongo under Rule 12(b)(1). Further, Defendants fail to state a claim upon which relief may be granted, against either of the Counterdefendants, and therefore dismissal is proper as to each and all of the counts asserted in the Counterclaims under Rule 12(b)(6) of the Federal Rules of Civil Procedure. In addition or in the alternative, the improper and/or redundant matter is properly stricken pursuant to Rule 12(f).

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 7, 2014, after which the parties further conferred on October 10, 2014, but were unable to reach a resolution which eliminates the necessity for a hearing.

///
///
///
///
///
///

Counterdefendants' motion is based on this notice of motion and motion to dismiss, the accompanying memorandum of points and authorities, their anticipated reply brief, all matters subject to judicial notice, and any further evidence or argument that the Court may properly receive.

Dated: October 14, 2014				GORDON & REES LLP

						*/S/ JEFFREY D. CAWDREY*
						Jeffrey D. Cawdrey
						Kimberly D. Howatt
						Attorneys for Plaintiff REAL ESTATE TRAINING INTERNATIONAL, LLC and Specially Appearing for ARMANDO MONTELONGO

1096731/21071120v.1