| | |
|---|---|
| 1 | JEFFREY D. CAWDREY (SBN: 120488) |
| 2 | KIMBERLY D. HOWATT (SBN: 196921)<br>GORDON & REES LLP |
| 3 | 633 W. Fifth Street, 52nd Floor<br>Los Angeles, CA  90071 |
| 4 | Telephone:  (213) 576-5000<br>Facsimile:  (213) 680-4470 |
| 5 | jcawdrey@gordonrees.com<br>khowatt@gordonrees.com |
| 6 | JOSEPH WESLEY HUESSER II (*Pro Hac Vice Pending*) |
| 7 | EDUCATION MANAGEMENT SERVICES, LLC<br>2935 Thousand Oaks Drive, Suite 6-285 |
| 8 | San Antonio, TX 78247<br>Telephone:  (210) 501-0077 |
| 9 | Facsimile:  (210) 568-4493<br>weshuesser@yahoo.com |
| 10 | Attorneys for Plaintiff |
| 11 | REAL ESTATE TRAINING INTERNATIONAL, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,<br><br>　　　　　Defendants. | CASE NO. 8:14-cv-00546-AG-DFM<br><br>**CERTIFICATE OF SERVICE**<br><br>Dept.:   Courtroom 10D<br>Judge:  Hon. Andrew J. Guilford |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon & Rees LLP, 633 West Fifth Street 52nd Floor, Los Angeles, California 90071.  On October 14, 2014, I served the within document(s):

**1. NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS**

**2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS**

☐ by placing the document(s listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below.

☒ **BY ELECTRONIC FILING**. I hereby certify that on October 14, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Nefertari S. Rigsby, Esq.<br>Akerman LLP<br>One SE Third Avenue Suite 2500<br>Miami, FL 33130<br>Email: nefertari.rigsby@akerman.com<br>**Attorney for Defendants** | Clint A. Corrie, Esq.<br>Akerman LLP<br>2001 Ross Avenue Suite 2550<br>Dallas, TX 75201-2991<br>Email: clint.corrie@akerman.com<br>**Attorney for Defendants** |
| Karen Palladino Ciccone, Esq.<br>Akerman Senterfitt LLP<br>725 South Figueroa Street 38th Floor<br>Los Angeles, CA 90017-5433<br>karen.ciccone@akerman.com<br>**Attorney for Defendants** | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United State of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 14, 2014.

*Janey Swanson*
Janey Swanson