FILED
CLERK, U.S. DISTRICT COURT

JUN 3 0 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE NICK VERTUCCI COMPANIES, INC., and <br><br> NICK VERTUCCI, <br><br> Defendant. <br><br> AND RELATED COUNTER-CLAIMS | CASE NO: SACV14-00546 AG (DFMx) <br><br> Judge: Hon. Andrew J. Guilford <br> Dept.: Courtroom 10D <br><br> Denied <br> [proposed] ORDER TO SEAL THE PARTIES' JOINT STIPULATION AND ALL DOCUMENTS FILED IN SUPPORT <br><br> Complaint Filed: January 16, 2014 <br> Trial Date: September 29, 2015 |

# DENIED

BY ORDER OF
DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE
ON 6/30/2015

**[PROPOSED] ORDER**

On June 29, 2015, in Department 6A of the above-referenced Court, the Honorable Douglas F. McCormick presiding, Defendants/Counter-Plaintiffs The Nick Vertucci Companies, Inc. ("NVC") and Nick Vertucci ("Vertucci") (collectively "Defendants") submitted their Application for an order sealing the Parties' Joint Stipulation regarding Defendants' Emergency/Expedited Motions to Quash and for a Protective Order and all documents filed in support, the Application to Seal the Joint Stipulation and the [proposed] Order to seal the Joint Stipulation. Having considered the Application, and GOOD CAUSE appearing to grant Defendants' Application, the Court orders as follows:

(a) Defendants' Application to Seal the Parties' Joint Stipulation and all documents in support is hereby ordered SEALED.

(b) The Parties' Joint Stipulation is hereby ordered SEALED.

(c) Defendants' Exhibits "1" trhough "19," inclusive, are hereby ordered SEALED.

(d) Declaration of Clint Corrie, including Exhibits "A" through "D" thereto, are hereby ordered SEALED.

(e) Plaintiffs' Exhibits "A" through "Z," inclusive, are hereby ordrered SEALED.

(f) Declaration of Jeffrey Cawdrey is hereby ordered SEALED.

///
///
///
///
///
///
///

(g) Declaration of Jesse Charles is hereby ordered SEALED.

(h) Declaration of Armando Montelongo is hereby ordered SEALED.

(i) Defendants' proposed Protective Order is hereby ordered SEALED.

(j) Any supplemental memoranda filed by the Parties pursuant to Local Rule 37-2.3 is hereby ordered to be filed under SEAL.

**IT IS SO ORDERED.**

Dated: June ___, 2015

_____
HON. DOUGLAS MCCORMICK
U.S. DISTRICT COURT
MAGISTRATE JUDGE