# EXHIBIT A

# Corrie, Clint (Ptnr-Dal)

| | |
|---|---|
| **From:** | Corrie, Clint (Ptnr-Dal) |
| **Sent:** | Wednesday, June 10, 2015 1:47 PM |
| **To:** | 'Kimberly Howatt'; Jeffrey Cawdrey |
| **Cc:** | Meek, David (Assoc-Orl); Hodge, Christopher (Assoc-Dal) |
| **Subject:** | RETI v VERTUCCI  et al |
| **Attachments:** | 32596624_1.DOC |

Kimberly/Jeff – attached is a form of an  order we intend to file with the Court along with a Motion to Quash the Gina Vertucci deposition and a Motion for Protective Order . We will seek an expedited hearing on the motion. As we have discussed on several occasions, Gina Vertucci does not have any relevant information and we think her deposition is being sought for an improper purpose. You have not only disagreed with us in the past, but have obviously signaled the  discovery of personal information as a centerpiece for your case. We are happy to discuss the motion if you believe you may consider  agreeing to an agreed protective order  but we will need to file the motion this evening if we do not hear from you. Please let us know at your earliest.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,<br><br>*Defendants.* | Case No. SACV14-00546 AG (DFMx)<br><br>Assigned to Hon. Andrew J. Guilford<br>Courtroom 10D<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO QUASH AND FOR PROTECTIVE ORDER**<br><br>Hearing Date:<br>Date:   June ____, 2015<br>Time:   10:00 a.m.<br>Crtrm.: 10D |

Came on before Judge Andrew J. Guilford on June _____, 2015, at 10:00 a.m., the Defendants' Emergency Motion to Quash and for Protective Order.

After having read and considered the papers in support of and in opposition to the Motion, as well as all of the Court's files and papers, the Court finds that the Emergency Motion should be GRANTED.

Good cause appearing, Defendants' Emergency Motion to Quash and for Protective Order is GRANTED in the following respects:

1. IT IS ORDERED that any Notice of Intent to Take the Oral/Videotaped Deposition of Gina Vertucci served by either Plaintiff/Counter-Defendant Real Estate Training International, LLC ("RETI") or Counter-Defendant Armando Montelongo ("Montelongo") upon Gina Vertucci and/or Defendants/Counter-Plaintiffs The Nick Vertucci Companies, Inc. and Nick Vertucci is hereby quashed.

2. IT IS FURTHER ORDERED that RETI and Montelongo are hereby prohibited from taking Gina Vertucci's deposition in connection with the instant case.

3. IT FURTHER ORDERED that RETI and Montelongo are hereby prohibited from conducting any discovery into Nick Vertucci's personal life and a protective order is entered case-wide to apply to all case witnesses and non-parties, prohibiting questions or requiring answers to any written discovery or deposition questions directed to or regarding personal, sexual relationships, alleged affairs, or other such matters of a personal nature.

4. IT IS FURTHER ORDERED that all Parties, their agents and attorneys are prohibited from contacting, formally or informally, through any electronic mail or social media, Plaintiff/Counter-Defendants and any potential case witness who is represented by counsel. Plaintiff's counsel only may contact any non- party witnesses if they are not represented by counsel. All other case communications should be between counsel for the respective parties.

Dated: _____, 2015          By: _____

Hon. Judge Andrew J. Guilford
Judge, U.S. District Court
Central District of California

# PROOF OF SERVICE

I am employed in the City of Dallas and County of Dallas, Texas. I am over the age of 18 and not a party to the within action. My business address is 2001 Ross Avenue, Suite 2550, Dallas, Texas 75201.

On **June 15, 2015**, I served the following document(s):

**[PROPOSED ORDER] GRANTING DEFENDANTS' EMERGENCY MOTION TO QUASH AND FOR PROTECTIVE ORDER**

on the persons below as follows:

| Attorney | Telephone/Facsimile/Email | Party |
|---|---|---|
| Andrew J. Moon, Esq.<br>Education Management Services, LLC<br>2935 Thousand Oaks Dr., #6-285<br>San Antonio, TX  78247 | Telephone: 210-501-0077<br>Facsimile: 210-568-4493<br>andrew.j.moon@gmail.com<br>andym@teamarmando.com | Attorneys for Plaintiff / Counter-Defendant REAL ESTATE TRAINING INT'L, LLC and Counter-Defendant, ARMANDO MONTELONGO |
| Jeffrey D. Cawdrey, Esq.<br>Kimberly D. Howatt, Esq.<br>Gordon & Rees LLP<br>633 W. 5th Street, 52nd Floor<br>Los Angeles, CA  90017 | Telephone: 213.576.5000<br>Facsimile: 213.680.4470<br>jcawdrey@gordonrees.com<br>khowatt@gordonrees.com | Attorneys for Plaintiff REAL ESTATE TRAINING INT'L, LLC and Counter-Defendant, ARMANDO MONTELONGO |

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Dallas, Texas.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (State)  I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 15, 2015**, at Dallas, Texas.

_____        _____
Clint A. Corrie                                           /s/ Clint A. Corrie
(Type or print name)                                   (Signature)