# EXHIBIT B

## Corrie, Clint (Ptnr-Dal)

| | |
|---|---|
| **From:** | Kimberly Howatt <KHowatt@gordonrees.com> |
| **Sent:** | Monday, June 15, 2015 3:23 PM |
| **To:** | Corrie, Clint (Ptnr-Dal); Meek, David (Assoc-Orl) |
| **Cc:** | Jeffrey Cawdrey; Hodge, Christopher (Assoc-Dal) |
| **Subject:** | RE: RETI v. Vertucci - Depositions |

Thank you.

Will you please advise who from your office will be in attendance at the deposition of Gina Vertucci tomorrow, and if Nick Vertucci will be attending. This information is necessary for building security purposes, and all will need to check in at the security desk on the first floor before proceeding to the Gordon & Rees offices.

Regards,
Kimberly

**From:** clint.corrie@akerman.com [mailto:clint.corrie@akerman.com]
**Sent:** Monday, June 15, 2015 10:47 AM
**To:** Kimberly Howatt; david.meek@akerman.com
**Cc:** Jeffrey Cawdrey; christopher.hodge@akerman.com
**Subject:** RE: RETI v. Vertucci - Depositions

I understand there are over 2000 documents coming today and several more thousand tomorrow.

**Clint A. Corrie**
Partner
Akerman LLP | 2001 Ross Avenue | Suite 2550 | Dallas, TX 75201
Dir: 214.720.4304 | Main: 214.720.4300 | Fax: 866.203.5835
clint.corrie@akerman.com

**From:** Kimberly Howatt [mailto:KHowatt@gordonrees.com]
**Sent:** Monday, June 15, 2015 11:53 AM
**To:** Corrie, Clint (Ptnr-Dal); Meek, David (Assoc-Orl)
**Cc:** Jeffrey Cawdrey; Hodge, Christopher (Assoc-Dal)
**Subject:** RE: RETI v. Vertucci - Depositions

Clint,

What is the status of your clients' document production? You represented below that it would be forthcoming early last week. Please advise.

Regards,
Kimberly

**From:** clint.corrie@akerman.com [mailto:clint.corrie@akerman.com]
**Sent:** Friday, June 05, 2015 2:19 PM
**To:** Kimberly Howatt; david.meek@akerman.com
**Cc:** Jeffrey Cawdrey; christopher.hodge@akerman.com
**Subject:** RE: RETI v. Vertucci - Depositions

1