# EXHIBIT C

## Corrie, Clint (Ptnr-Dal)

| | |
|---|---|
| **From:** | Corrie, Clint (Ptnr-Dal) |
| **Sent:** | Monday, June 15, 2015 3:33 PM |
| **To:** | 'Kimberly Howatt'; Meek, David (Assoc-Orl) |
| **Cc:** | Jeffrey Cawdrey; Hodge, Christopher (Assoc-Dal) |
| **Subject:** | RE: RETI v. Vertucci - Depositions |

Kimberly – Maybe you missed it but we told you last Wednesday we were moving for a Protective Order on Gina Vertucci's deposition . See below:

**From:** Corrie, Clint (Ptnr-Dal)
**Sent:** Wednesday, June 10, 2015 1:47 PM
**To:** 'Kimberly Howatt'; Jeffrey Cawdrey
**Cc:** Meek, David (Assoc-Orl); Hodge, Christopher (Assoc-Dal)
**Subject:** RETI v VERTUCCI et al

Kimberly/Jeff – attached is a form of an order we intend to file with the Court along with a Motion to Quash the Gina Vertucci deposition and a Motion for Protective Order . We will seek an expedited hearing on the motion. As we have discussed on several occasions, Gina Vertucci does not have any relevant information and we think her deposition is being sought for an improper purpose. You have not only disagreed with us in the past, but have obviously signaled the discovery of personal information as a centerpiece for your case. We are happy to discuss the motion if you believe you may consider agreeing to an agreed protective order but we will need to file the motion this evening if we do not hear from you. Please let us know at your earliest.

We are not producing Ms. Vertucci tomorrow. We told you last week we'd need to move for protection . We waited several days to hear from you but did not. We invited a call to discuss it. We are still willing to discuss it . If you are opposed to that motion then just let us know and we will recite that in our Motion.

**Clint A. Corrie**
Partner
Akerman LLP | 2001 Ross Avenue | Suite 2550 | Dallas, TX 75201
Dir: 214.720.4304 | Main: 214.720.4300 | Fax: 866.203.5835
clint.corrie@akerman.com

**From:** Kimberly Howatt [mailto:KHowatt@gordonrees.com]
**Sent:** Monday, June 15, 2015 3:23 PM
**To:** Corrie, Clint (Ptnr-Dal); Meek, David (Assoc-Orl)
**Cc:** Jeffrey Cawdrey; Hodge, Christopher (Assoc-Dal)
**Subject:** RE: RETI v. Vertucci - Depositions

Thank you.

Will you please advise who from your office will be in attendance at the deposition of Gina Vertucci tomorrow, and if Nick Vertucci will be attending. This information is necessary for building security purposes, and all will need to check in at the security desk on the first floor before proceeding to the Gordon & Rees offices.

## Corrie, Clint (Ptnr-Dal)

| | |
|---|---|
| **From:** | Corrie, Clint (Ptnr-Dal) |
| **Sent:** | Monday, June 15, 2015 3:34 PM |
| **To:** | 'Kimberly Howatt'; Jeffrey Cawdrey |
| **Cc:** | Meek, David (Assoc-Orl); Hodge, Christopher (Assoc-Dal) |
| **Subject:** | FW: RETI v VERTUCCI et al |
| **Attachments:** | 32596624_1.DOC |

see last week's email.

**Clint A. Corrie**
Partner
Akerman LLP | 2001 Ross Avenue | Suite 2550 | Dallas, TX 75201
Dir: 214.720.4304 | Main: 214.720.4300 | Fax: 866.203.5835
clint.corrie@akerman.com

**From:** Corrie, Clint (Ptnr-Dal)
**Sent:** Wednesday, June 10, 2015 1:47 PM
**To:** 'Kimberly Howatt'; Jeffrey Cawdrey
**Cc:** Meek, David (Assoc-Orl); Hodge, Christopher (Assoc-Dal)
**Subject:** RETI v VERTUCCI et al

Kimberly/Jeff – attached is a form of an order we intend to file with the Court along with a Motion to Quash the Gina Vertucci deposition and a Motion for Protective Order . We will seek an expedited hearing on the motion. As we have discussed on several occasions, Gina Vertucci does not have any relevant information and we think her deposition is being sought for an improper purpose. You have not only disagreed with us in the past, but have obviously signaled the  discovery of personal information as a centerpiece for your case. We are happy to discuss the motion if you believe you may consider  agreeing to an agreed protective order  but we will need to file the motion this evening if we do not hear from you. Please let us know at your earliest.