# EXHIBIT D

## Corrie, Clint (Ptnr-Dal)

| | |
|---|---|
| **From:** | Kimberly Howatt <KHowatt@gordonrees.com> |
| **Sent:** | Monday, June 15, 2015 3:49 PM |
| **To:** | Corrie, Clint (Ptnr-Dal); Meek, David (Assoc-Orl) |
| **Cc:** | Jeffrey Cawdrey; Hodge, Christopher (Assoc-Dal) |
| **Subject:** | RE: RETI v. Vertucci - Depositions |

We have not seen any such motion filed with the court; also, we have not agreed to an alternate date. As such, the witness remains obligated to appear on June 16th, as stated in the subpoena. If this witness or any others are intending not to comply with their respective subpoenas, please advise as soon as possible.

Regards,
Kimberly

**From:** clint.corrie@akerman.com [mailto:clint.corrie@akerman.com]
**Sent:** Monday, June 15, 2015 1:32 PM
**To:** Kimberly Howatt; david.meek@akerman.com
**Cc:** Jeffrey Cawdrey; christopher.hodge@akerman.com
**Subject:** RE: RETI v. Vertucci - Depositions

Kimberly – Maybe you missed it but we told you last Wednesday we were moving for a Protective Order on Gina Vertucci's deposition . See below:


**From:** Corrie, Clint (Ptnr-Dal)
**Sent:** Wednesday, June 10, 2015 1:47 PM
**To:** 'Kimberly Howatt'; Jeffrey Cawdrey
**Cc:** Meek, David (Assoc-Orl); Hodge, Christopher (Assoc-Dal)
**Subject:** RETI v VERTUCCI et al

Kimberly/Jeff – attached is a form of an order we intend to file with the Court along with a Motion to Quash the Gina Vertucci deposition and a Motion for Protective Order . We will seek an expedited hearing on the motion. As we have discussed on several occasions, Gina Vertucci does not have any relevant information and we think her deposition is being sought for an improper purpose. You have not only disagreed with us in the past, but have obviously signaled the discovery of personal information as a centerpiece for your case. We are happy to discuss the motion if you believe you may consider agreeing to an agreed protective order but we will need to file the motion this evening if we do not hear from you. Please let us know at your earliest.


We are not producing Ms. Vertucci tomorrow. We told you last week we'd need to move for protection . We waited several days to hear from you but did not. We invited a call to discuss it. We are still willing to discuss it . If you are opposed to that motion then just let us know and we will recite that in our Motion.


**Clint A. Corrie**
Partner
Akerman LLP | 2001 Ross Avenue | Suite 2550 | Dallas, TX 75201
Dir: 214.720.4304 | Main: 214.720.4300 | Fax: 866.203.5835
clint.corrie@akerman.com

1