JEFFREY D. CAWDREY (SBN: 120488)
KIMBERLY D. HOWATT (SBN: 196921)
**GORDON & REES LLP**
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
jcawdrey@gordonrees.com
khowatt@gordonrees.com

ANDREW J. MOON (*Pro Hac Vice*)
**EDUCATION MANAGEMENT SERVICES, LLC**
2935 Thousand Oaks Drive, Suite 6-285
San Antonio, TX 78247
Telephone: (210) 501-0077
Facsimile: (210) 568-4493
andym@teamarmando.com

Attorneys for Plaintiff and Counterdefendant REAL ESTATE TRAINING INTERNATIONAL, LLC and Counterdefendant ARMANDO MONTELONGO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, <br><br> Defendants. <br><br> THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, <br><br> Counterclaimants <br><br> v. <br><br> REAL ESTATE TRAINING INTERNATIONAL, LLC; ARMANDO MONTELONGO <br><br> Counterdefendants. | CASE NO. 8:14-cv-00546-AG-DFM <br><br> **DECLARATION OF ARMANDO MONTELONGO, JR. IN SUPPORT PLAINTIFF'S POSITION RE JOINT STIPULATION RE: DEFENDANTS' EMERGENCY/EXPEDITED MOTIONS TO QUASH AND FOR PROTECTIVE ORDER** <br><br> Dept.: Courtroom 10D <br> Judge: Hon. Andrew J. Guilford |

I, Armando Montelongo, Jr., declare as follows:

1. I am the Chief Executive Officer ("CEO") of plaintiff and counterdefendant REAL ESTATE TRAINING INTERNATIONAL, LLC ("RETI") in the above-captioned matter. I am offering this declaration in my role as the CEO of RETI. The following facts are personally known to me, and if called as a witness I could, and would, testify competently thereto.

2. One of the primary reasons why RETI severed its relationship with Nick Vertucci ("Vertucci") and his company (NVC) was that Vertucci, in his role as a vendor of RETI, affirmatively misrepresented himself – as a part of his RETI presentation and directed to RETI clients – as a person whose business, livelihood, and success depended upon his 20-year marriage, and that he was an honest and trustworthy person with whom RETI clients should invest their cash. In actuality, as soon as he stepped off the RETI stage and into the audience, Vertucci revealed his fraud through his miscreant sexual behavior at the same RETI events where he spoke. As such, his continued affiliation with RETI was risking damage to the RETI brand.

3. I would not tolerate such conduct, for the protection of RETI clients and the company. Therefore, RETI severed the relationship.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of June, 2015 at San Antonio, Texas.

Armando Montelongo, Jr.
Chief Executive Officer of Real Estate Training International, LLC

-2-
DECLARATION OF MONTELONGO IN SUPPORT PLAINTIFF'S POSITION RE JOINT STIPULATION RE: DEFENDANTS' EMERGENCY/EXPEDITED MOTIONS TO QUASH AND FOR PROTECTIVE ORDER
CASE NO. 8:14-cv-00546-AG-DFM