JEFFREY D. CAWDREY (SBN: 120488)
KIMBERLY D. HOWATT (SBN: 196921)
**GORDON & REES LLP**
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
jcawdrey@gordonrees.com
khowatt@gordonrees.com

ANDREW J. MOON (*Pro Hac Vice*)
**EDUCATION MANAGEMENT SERVICES, LLC**
2935 Thousand Oaks Drive, Suite 6-285
San Antonio, TX 78247
Telephone: (210) 501-0077
Facsimile: (210) 568-4493
andym@teamarmando.com

Attorneys for Plaintiff and Counterdefendant REAL ESTATE TRAINING INTERNATIONAL, LLC and Counterdefendant ARMANDO MONTELONGO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

REAL ESTATE TRAINING INTERNATIONAL, LLC,

Plaintiff,

v.

THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,

Defendants.

---

THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,

Counterclaimants

v.

REAL ESTATE TRAINING INTERNATIONAL, LLC; ARMANDO MONTELONGO

Counterdefendants.

---

CASE NO. 8:14-cv-00546-AG-DFM

**DECLARATION OF JEFFREY D. CAWDREY IN SUPPORT PLAINTIFF'S POSITION RE JOINT STIPULATION RE: DEFENDANTS' EMERGENCY/EXPEDITED MOTIONS TO QUASH AND FOR PROTECTIVE ORDER**

Dept.: Courtroom 10D
Judge: Hon. Andrew J. Guilford

I, Jeffrey D. Cawdrey, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this court, and am a partner in the law firm of Gordon & Rees, LLP, which is counsel of record for plaintiff and counterdefendant REAL ESTATE TRAINING INTERNATIONAL, LLC and crossdefendant ARMANDO MONTELONGO (collectively "RETI") in the above-captioned matter. The following facts are personally known to me, and if called as a witness I could, and would, testify competently thereto.

2. Attached to the Joint Stipulation as Exhibit A is a true and correct copy of Plaintiff's Second Amended Complaint in this matter (Doc. 49).

3. Attached to the Joint Stipulation as Exhibit B is a true and correct copy of Plaintiff's Rule 26(a) Disclosures, served on counsel for Defendants NICK VERTUCCI ("Vertucci") and THE NICK VERTUCCI COMPANIES ("NVC"), collectively "Defendants", on July 25, 2104.

4. Attached to the Joint Stipulation as Exhibit C is a true and correct copy of Defendants' Second Amended Counterclaims (Doc. 75).

5. Attached to the Joint Stipulation as Exhibit D is a true and correct copy of Vertucci's Responses to Plaintiff's Interrogatories, Set One.

6. Attached to the Joint Stipulation as Exhibit E is a true and correct copy of NVC's Responses to Plaintiff's Interrogatories, Set One.

7. Attached to the Joint Stipulation as Exhibit F is a true and correct copy of a document that I am informed and believe and based thereon declare was obtained from Facebook purporting to reflect a screenshot of Gina Vertucci (and Nick Vertucci) in a Vertucci "infomercial," and similar to the one that appears on the NVC/Vertucci http://fortunesinflippingevent.com/ website. (*See also*, Exhibit Z, *infra*).

///

8. Attached to the Joint Stipulation as Exhibit G is a true and correct copy of a document that I am informed and believe and based thereon declare was obtained from Facebook reflecting Gina Vertucci and Nick Vertucci in what appears to be a situation where they are filming.

9. Attached to the Joint Stipulation as Exhibit H is a true and correct copy of a NVC/Vertucci mail advertisement, pertaining to a 2014 event and reflecting both Nick and Gina Vertucci, that I am informed and believe and based thereon declare was received by a third party (whose name and address has been redacted) and obtained by RETI in the course of its investigation.

10. Attached to the Joint Stipulation as Exhibit I is a true and correct copy of a NVC/Vertucci mail advertisement, pertaining to a 2015 event and reflecting both Nick and Gina Vertucci, that I am informed and believe and based thereon declare was received by a third party (whose name and address has been redacted) and obtained by RETI in the course of its investigation.

11. Attached to the Joint Stipulation as Exhibit J is a true and correct copy of a document that I am informed and believe and based thereon (and based on the notation in the document identifying the photo) allege was obtained from Facebook purporting to reflect a photograph of Gina Vertucci on stage at a NVC/Vertucci event.

12. Attached to the Joint Stipulation as Exhibit K is a true and correct copy of a document that I am informed and believe and based thereon (and based on the notation in the document identifying the photo) allege was obtained from Facebook purporting to reflect a photograph of Gina Vertucci at a NVC/Vertucci bus tour.

13. Attached to the Joint Stipulation as Exhibit L is a true and correct copy of the first two slides in a NVC/Vertucci Webinar that was obtained from the ripoffreport.com website in June 2015. At my direction, my assistant has

-3-

DECLARATION OF CAWDREY IN SUPPORT PLAINTIFF'S POSITION RE JOINT STIPULATION RE: DEFENDANTS' EMERGENCY/EXPEDITED MOTIONS TO QUASH AND FOR PROTECTIVE ORDER
CASE NO. 8:14-cv-00546-AG-DFM

transcribed a portion of the Webinar corresponding with these slides, in which Nick Vertucci states as follows: "Now, probably the most important thing to me, well I shouldn't say probably the most important thing to mean, and why I do everything is the last bullet point. I've been married twenty years to my wife. I have three beautiful daughters, 14, 12, and 8. And, uh, everything I do is because of them. And it's been just an, um, amazing having those beautiful daughters of mine and being married for the past twenty years. So that's a little bit about me. Of course, there is so much more than that, but you know, there is only so much I can do. And we're on the first slide, so we need to get moving. Okay."

14. Attached to the Joint Stipulation as Exhibit M is a true and correct copy of a document that I am informed and believe and based thereon (and based on the notation in the document identifying the photo) allege was obtained from the public Twitter account of Gina Vertucci.

15. Attached to the Joint Stipulation as Exhibit N is a true and correct copy of a document that I am informed and believe and based thereon (and based on the notation in the document identifying the photo) allege was obtained from the public Facebook account of Gina Vertucci.

16. Attached to the Joint Stipulation as Exhibit O is a true and correct copy of a record obtained from the California Bureau of Real Estate reflecting the issuance of a salesperson license to a "Gina Marie Vertucci."

17. Filed under seal as Exhibit P is a true and correct copy of a NVC/Innovative Holdings Group, LLC contract dated in 2012, and designated as "Attorneys' Eyes Only" by Defendants.

18. Filed under seal as Exhibit Q is a true and correct copy of a NVC/Innovative Holdings Group, LLC contract dated in 2013, and designated as "Attorneys' Eyes Only" by Defendants.

///

19. Attached to the Joint Stipulation as Exhibit R is a true and correct copy of a September 7, 2012 email from gster.22@gmail.com to a "teamarmando.com" account, obtained through RETI computer servers, and directed to either "Keith Yackey" or gillianb@teamarmando.com, both of whom were at the time RETI contractors or employees.

20. Attached to the Joint Stipulation as Exhibit S is a true and correct copy of a second September 7, 2012 email from gster.22@gmail.com to a "teamarmando.com" account, obtained through RETI computer servers, and directed to either "Keith Yackey" or gillianb@teamarmando.com, both of whom were at the time RETI contractors or employees.

21. Attached to the Joint Stipulation as Exhibit T is a true and correct copy of the results of a search on Spokeo.com for the owner of the email address gster.22@gmail.com, as performed by my office on or about June 15, 2015.

22. Attached to the Joint Stipulation as Exhibit U is a true and correct copy of a screenshot of the image that appears when the email address gster.22@gmail.com is hovered over with a cursor on the RETI computer system.

23. Attached to the Joint Stipulation as Exhibit V is a true and correct copy of a collection of documents that I am informed and believe and based thereon (and based on the notation in the document identifying the photo) allege were obtained from the public Facebook account of Gina Vertucci, reflecting either Gina Vertucci with Keith Yackey, or comments from Keith Yackey on Gina Vertucci's Facebook account.

24. Attached to the Joint Stipulation as Exhibit W is a true and correct copy of a collection of documents that I am informed and believe and based thereon (and based on the notation in the document identifying the photo) allege were obtained from the public Facebook account of Gina Vertucci, reflecting Gina Vetucci with Giovanni Fernandez and Elsie Sabatino.

25. Filed under seal as Exhibit X is a true and correct copy of excerpts of the deposition of Keith Yackey taken on June 2, 2015 in *Education Management Services, LLC v. Yackey*, in the 285th Judicial District Court, Bexar County, Texas in which counsel for Defendants (Akerman, LLP) attended as representation for Mr. Yackey.

26. Attached to the Joint Stipulation as Exhibit Y is a true and correct copy of the transcript of court proceedings on February 25, 2015 in *The Nick Vertucci Companies, Inc., et al. v. Education Management Services, LLC, et al.*, in the 285th Judicial District Court, Bexar County, Texas.

27. Attached to the Joint Stipulation as Exhibit Z is a true and correct copy of a screenshot from NVC's http://fortunesinflippingevent.com/ website reflecting a promotional video including Gina Vertucci (and Nick Vertucci). At my direction, my assistant has transcribed a portion of the Webinar corresponding with these slides, in which Nick and Gina Vertucci state as follows (with my own emphasis added):

**Nick Vertucci**: "Hi Guys! It's Nick and Gina Vertucci, and we want to welcome you to our website. We also want to congratulate you on taking the first step by registering for our 2 hour live real estate workshop. You know, it wasn't long ago that we were right where you are right now. This is exciting time for you as you are about to take the first step in safely creating the wealth you've been looking for."

**Gina Vertucci**: "Nick and I have taken every step to insure registering is as simple as possible. If you look to the right, you will see a list of locations. Just click on the one that is most convenient for you to attend."

**Nick Vertucci**: "Then choose the day and time that best suits your needs. Now once you have done that, click on the continue button and fill in your information. And when you get to the event, we will give you our Fortunes in

Flipping CD set right when you walk up. Now, that's a 300 dollar value just because you are taking action right now. And it's our gift to you absolutely free."

**Gina Vertucci**: "Again, congratulations on taking action and we can't wait to see you on this side of success."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of June, 2015 at San Diego, California.

*/s/ Jeffrey D. Cawdrey*
Jeffrey D. Cawdrey

1096731/24036434v.1

-7-

DECLARATION OF CAWDREY IN SUPPORT PLAINTIFF'S POSITION RE JOINT STIPULATION RE: DEFENDANTS' EMERGENCY/EXPEDITED MOTIONS TO QUASH AND FOR PROTECTIVE ORDER

CASE NO. 8:14-cv-00546-AG-DFM