JEFFREY D. CAWDREY (SBN: 120488)
KIMBERLY D. HOWATT (SBN: 196921)
**GORDON & REES LLP**
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
jcawdrey@gordonrees.com
khowatt@gordonrees.com

ANDREW J. MOON (*Pro Hac Vice*)
**EDUCATION MANAGEMENT SERVICES, LLC**
2935 Thousand Oaks Drive, Suite 6-285
San Antonio, TX 78247
Telephone: (210) 501-0077
Facsimile: (210) 568-4493
andym@teamarmando.com

Attorneys for Plaintiff and Counterdefendant REAL ESTATE TRAINING INTERNATIONAL, LLC and Counterdefendant ARMANDO MONTELONGO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,<br><br>Defendants.<br><br>THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,<br><br>Counterclaimants<br><br>v.<br><br>REAL ESTATE TRAINING INTERNATIONAL, LLC; ARMANDO MONTELONGO<br><br>Counterdefendants. | CASE NO. 8:14-cv-00546-AG-DFM<br><br>**DECLARATION OF JESSE CHARLES IN SUPPORT PLAINTIFF'S POSITION RE JOINT STIPULATION RE: DEFENDANTS' EMERGENCY/EXPEDITED MOTIONS TO QUASH AND FOR PROTECTIVE ORDER**<br><br>Dept.: Courtroom 10D<br>Judge: Hon. Andrew J. Guilford |

I, Jesse Charles, declare as follows:

1. I am a Systems Engineer and I perform work for plaintiff and counterdefendant REAL ESTATE TRAINING INTERNATIONAL, LLC. The following facts are personally known to me, and if called as a witness I could, and would, testify competently thereto.

2. Attached to the Index of Exhibits as <u>Exhibit F</u> is a true and correct copy of a document obtained from Facebook purporting to reflect a screenshot of Gina Vertucci (and Nick Vertucci) in a Vertucci "infomercial," and similar to the one that appears on the NVC/Vertucci http://fortunesinflippingevent.com/ website. (*See also*, Exhibit Z, *infra*).

3. Attached to the Index of Exhibits as <u>Exhibit G</u> is a true and correct copy of a document obtained from Facebook reflecting Gina Vertucci and Nick Vertucci in what appears to be a situation where they are filming.

4. Attached to the Index of Exhibits as <u>Exhibit J</u> is a true and correct copy of a document obtained from Facebook purporting to reflect a photograph of Gina Vertucci on stage at a NVC/Vertucci event.

5. Attached to the Index of Exhibits as <u>Exhibit K</u> is a true and correct copy of a document obtained from Facebook purporting to reflect a photograph of Gina Vertucci at a NVC/Vertucci bus tour.

6. Attached to the Index of Exhibits as <u>Exhibit M</u> is a true and correct copy of a document obtained from the public Twitter account of Gina Vertucci.

7. Attached to the Index of Exhibits as <u>Exhibit N</u> is a true and correct copy of a document obtained from the public Facebook account of Gina Vertucci.

8. Attached to the Index of Exhibits as <u>Exhibit O</u> is a true and correct copy of a record obtained from the California Bureau of Real Estate reflecting the issuance of a salesperson license to a "Gina Marie Vertucci."

///

9. Attached to the Index of Exhibits as Exhibit R is a true and correct copy of a September 7, 2012 email from gster.22@gmail.com to a "teamarmando.com" account, obtained through RETI computer servers, and directed to either "Keith Yackey" or gillianb@teamarmando.com, both of whom were at the time RETI contractors or employees.

10. Attached to the Index of Exhibits as Exhibit S is a true and correct copy of a second September 7, 2012 email from gster.22@gmail.com to a "teamarmando.com" account, obtained through RETI computer servers, and directed to either "Keith Yackey" or gillianb@teamarmando.com, both of whom were at the time RETI contractors or employees.

11. Attached to the Index of Exhibits as Exhibit U is a true and correct copy of a screenshot of the image that appears when the email address gster.22@gmail.com is hovered over with a cursor on the RETI computer system.

12. Attached to the Index of Exhibits as Exhibit V is a true and correct copy of a collection of documents obtained from the public Facebook account of Gina Vertucci, reflecting either Gina Vertucci with Keith Yackey, or comments from Keith Yackey on Gina Vertucci's Facebook account.

13. Attached to the Index of Exhibits as Exhibit W is a true and correct copy of a collection of documents obtained from the public Facebook account of Gina Vertucci, reflecting Gina Vetucci with Giovanni Fernandez and Elsie Sabatino.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of June, 2015 at San Antonio, Texas.



Jesse Charles

-3-

# PROOF OF SERVICE

I am employed in the City of Newport Beach and County of Orange, California. I am over the age of 18 and not a party to the within action. My business address is 4675 MacArthur Court, Suite 550, Newport Beach CA 92660.

On **June 29, 2015**, I served the following document(s):

**DECLARATION OF JESSE CHARLES IN SUPPORT OF PLAINTIFFS' POSITION RE: JOINT STIPULATION RE: DEFENDANTS' EMERGENCY/EXPEDITED MOTIONS TO QUASH AND FOR PROTECTIVE ORDER**

on the persons below as follows:

| Attorney | Telephone/Facsimile/Email | Party |
|---|---|---|
| Andrew J. Moon, Esq.<br>Education Management Services, LLC<br>2935 Thousand Oaks Dr., #6-285<br>San Antonio, TX 78247 | Telephone: 210-501-0077<br>Facsimile: 210-568-4493<br>andrew.j.moon@gmail.com<br>andym@teamarmando.com | Attorneys for Plaintiff / Counter-Defendant REAL ESTATE TRAINING INT'L, LLC and Counter-Defendant, ARMANDO MONTELONGO |
| Jeffrey D. Cawdrey, Esq.<br>Kimberly D. Howatt, Esq.<br>Gordon & Rees LLP<br>633 W. 5th Street, 52nd Floor<br>Los Angeles, CA 90017 | Telephone: 213.576.5000<br>Facsimile: 213.680.4470<br>jcawdrey@gordonrees.com<br>khowatt@gordonrees.com | Attorneys for Plaintiff REAL ESTATE TRAINING INT'L, LLC and Counter-Defendant, ARMANDO MONTELONGO |

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Dallas, Texas.

☒ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (State) I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 29, 2015**, at Dallas, Texas.

| Jacqueline Torres | /s/ Jacqueline Torres |
|---|---|
| (Type or print name) | (Signature) |