1 │ AKERMAN LLP
2 │ KAREN PALLADINO CICCONE (SBN 143432)
   │ 725 South Figueroa Street, 38th Floor
   │ Los Angeles, California 90017-5433
3 │ Tel: (213) 688-9500 / Fax: (213) 627-6342
   │ karen.ciccone@akerman.com

4
5 │ AKERMAN LLP
   │ CLINT A. CORRIE (Admitted Pro Hac Vice)
   │ 2001 Ross Avenue, Suite 2550
6 │ Dallas, Texas 75201
   │ Tel: (214) 720-4300 / Fax: (214) 981-9339
7 │ clint.corrie@akerman.com

8
   │ Attorneys for Defendants and Counter-
9 │ Complainants The Nick Vertucci
   │ Companies, Inc. and Nick Vertucci

10

11 │                **UNITED STATES DISTRICT COURT**

12 │   **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

13 │ REAL ESTATE TRAINING          ) CASE NO: SACV14-00546 AG (DFMx)
   │ INTERNATIONAL, LLC,           )
14 │                               )
   │              Plaintiff,       ) Judge: Hon. Andrew J. Guilford
15 │                               ) Dept.: Courtroom 10D
   │     v.                        )
16 │                               ) **FILED UNDER SEAL**
   │                               )
17 │ THE NICK VERTUCCI             ) **DEFENDANTS' EXHIBITS 1**
   │ COMPANIES, INC., and          ) **THROUGH 19, INCLUSIVE, IN**
18 │                               ) **SUPPORT OF THE PARTIES'**
   │ NICK VERTUCCI,                ) **JOINT STIPULATION**
19 │                               )
   │              Defendant.       ) **(PURSUANT TO PENDING**
20 │                               ) **APPLICATION TO SEAL**
   │                               ) **DOCUMENTS SUBMITTED TO**
21 │ AND RELATED COUNTER-CLAIMS    ) **THE COURT CONCURRENTLY**
   │                               ) **HEREWITH)**
22 │                               )
   │                               ) Complaint
23 │                               ) Filed:        January 16,2014
   │                                 Trial Date:   September 29, 2015
24

25

26

27

28