# EXHIBIT 5

Who can you offer the week of May 11 in San Antonio? We can start with Yackey.

**Henry Gonzalez**
Gonzalez Chiscano Angulo & Kasson, PC
613 N.W. Loop 410, Suite 800
San Antonio, TX 78216
Tel:   210.569.8500
Dir:   210.569.8489
Cell:  210.862.8712

---

**From:** clint.corrie@akerman.com [mailto:clint.corrie@akerman.com]
**Sent:** Thursday, April 30, 2015 1:02 PM
**To:** Henry Gonzalez
**Cc:** andym@teamarmando.com; nathanc@teamarmando.com; JCawdrey@gordonrees.com; KHowatt@gordonrees.com; Ernie Broussard; Jeffrie Boysen
**Subject:** Re: Montelongo

Not sure what you mean. Not every witness will have relevant knowledge for every case. Let me know what witnesses you want for what cases. I currently have the week of May 11 open for depos .

Sent from my iPhone

On Apr 30, 2015, at 1:15 PM, Henry Gonzalez <hbg@gcaklaw.com> wrote:

> What is your preference?
>
> **Henry Gonzalez**
> Gonzalez, Chiscano, Angulo & Kasson, PC
> 613 N.W. Loop 410, Suite 800
> San Antonio, TX 78216
> Tel:   210.569.8500
> Dir:   210.569.8489
> Cell:  210.862.8712
> Fax:   210.569.8490
> www.gcaklaw.com
>
> On Apr 30, 2015, at 12:00 PM, "clint.corrie@akerman.com" <clint.corrie@akerman.com> wrote:
>
>> I need to know in what cases you want to depose what witnesses.
>>
>> Sent from my iPhone
>>
>> On Apr 30, 2015, at 11:25 AM, Henry Gonzalez <hbg@gcaklaw.com> wrote:
>>
>>> Clint,
>>>
>>> We need to schedule the following depositions ASAP:
>>>
>>> Keith Yackey
>>> Siggie Ahrens

3

Gina Vertucci
Mike Tracey
Jessie Marquez

Please provide dates and locations (Mr. Yackey's deposition will have to be in San Antonio as he is a party in a state court proceeding) before the close of business today.

Thanks

**Henry Gonzalez**

Gonzalez Chiscano Angulo & Kasson, PC
613 N.W. Loop 410, Suite 800
San Antonio, TX  78216
Tel:     210.569.8500
Dir:     210.569.8489
Cell:    210.862.8712

vCard | Bio

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Henry Gonzalez
**Sent:** Thursday, April 30, 2015 9:09 AM
**To:** Clint Corrie (clint.corrie@akerman.com)
**Cc:** Andy Moon; Nathan Corbett; Jeffrey Cawdrey (JCawdrey@gordonrees.com); Kimberly Howatt (KHowatt@gordonrees.com); Ernie Broussard (ebroussard@gcaklaw.com); Jeffrie Boysen
**Subject:** Montelongo

Clint,