# EXHIBIT 6

## Corrie, Clint (Ptnr-Dal)

**From:** Kimberly Howatt <KHowatt@gordonrees.com>
**Sent:** Tuesday, May 19, 2015 7:59 PM
**To:** Corrie, Clint (Ptnr-Dal)
**Cc:** Jeffrey Cawdrey
**Subject:** RETI v. Verutcci, et al.

Clint:

Please advise if you will accept service of RETI/Montelongo's deposition subpoenas for any of the following witnesses.

Gina Vertucci
Manuel Moreno
Siggi Ahrens
Keith Yackey
Eric Slaikeu

If we do not hear from you by 5 p.m. PT on Thursday, May 21st, we will proceed to serve these non-party witnesses directly.

Regards,
Kimberly

---

**KIMBERLY D. HOWATT** | Partner
**GORDON & REES LLP**

P: 619-696-6700 | F: 619-696-7124
khowatt@gordonrees.com

vCard | Bio

Arizona • California • Colorado • Connecticut • Florida • Georgia • Illinois • Maryland
Missouri • Nevada • New Jersey • New York • North Carolina • Oregon • Pennsylvania
South Carolina • South Dakota • Texas • Virginia • Washington • Washington, D.C.

Please consider the environment before printing this email.

---

California * New York * Texas * Illinois * Nevada * Arizona * Colorado * Oregon * Washington
New Jersey * Florida * Georgia * Connecticut * Missouri * Washington, DC * Pennsylvania * North Carolina

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON & REES LLP**
http://www.gordonrees.com

1