# EXHIBIT 7

AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| EDUCATION MANAGEMENT SERVICES, LLC, § § §  *Claimant,* § § v. § § SIGGI AHRENS and COOL BREEZE § CONSULTING, INC. § § *Respondents.* § | CASE NO: 01-14-0001-3543 |

### CLAIMANT'S DISCLOSURES OF ANTICIPATED WITNESSES

Claimant, Education Management Services, LLC ("Claimant or EMS") hereby submits its disclosures of anticipated witnesses in accordance with the Scheduling Order entered, January 21, 2015, Claimant makes these disclosures without waiving, and expressly reserving, any and all applicable privileges and immunities, as agreed by the parties, per the Texas Rules of Civil Procedure. As to each of the following disclosures, discovery and investigation are ongoing, continuing, and incomplete. Claimant reserves its right to amend these disclosures pursuant to the applicable rules of the American Arbitration Association and the Texas Rules of Civil Procedure.

### WITNESS DISCLOSURES

It is understood, believed, and/or anticipated that the following witnesses will be called to testify in this this arbitration proceeding, set to commence on April 20, 2105. The following persons are believed to have knowledge and information relating to the allegations contained in the operative claim (the "Claim"), and/or information relating to any anticipated affirmative defenses asserted thereto by Respondents, Siggi Ahrens and Cool Breeze Consulting, Inc. (respectively "Ahrens" and "CBCI")(collectively "Respondents"), and that they will testify to same:

Page 1 of 5

1) <u>Armando Montelongo, Jr.</u>, Education Management Services, LLC, c/o Claimant's counsel of record. Subjects of information on which this witness will testify include, but are not limited to, the Claim allegations and Respondents' affirmative defenses (specifically including, but not limited to, the subject agreement(s), Claimant's proprietary materials, training received by Ahrens, the termination of the parties' business relationship, Respondents' misconduct, and damages).

2) <u>Corporate Designee of Education Management Services, LLC.</u>, c/o Claimant's counsel of record. Subjects of information on which this witness will testify include, but are not limited to, the Claim's allegations and Respondents' affirmative defenses (specifically including, but not limited to, the subject agreement(s), Claimant's proprietary materials, the termination of the parties' business relationship, Respondents' misconduct, and damages).

3) <u>Jordan Odiorne</u>, Education Management Services, LLC, c/o Claimant's counsel of record. Subjects of information on which this witness will testify include, but are not limited to, the Claim allegations and Respondents' affirmative defenses (specifically including, but not limited to, the subject agreement(s), Claimant's proprietary materials, training received by Ahrens, the termination of the parties' business relationship, Respondents' misconduct, and damages).

4) <u>Alfonso Robalin</u>, Education Management Services, LLC, c/o Claimant's counsel of record. Subjects of information on which this witness will testify include, but are not limited to, the Claim allegations and Respondents' affirmative defenses (specifically including, but not limited to, the subject agreement(s), the termination of the parties' business relationship.)

5) <u>Amanda Reinholt</u>, Education Management Services, LLC, c/o Claimant's counsel of record. Subjects of information on which this witness will testify include, but are not limited

to, the Claim allegations and Respondents' affirmative defenses (specifically including, but not limited to, Respondents travel records).

6) <u>Claimant's Testifying Expert Witness</u>, c/o Claimant's counsel of record. Claimant's expert and the material to which they will be testifying is not known at this time, but Claimant will supplement this disclosure statement with such information as soon as reasonably possible.

7) <u>Nick Vertucci</u>, c/o Respondents' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Claim's allegations and Respondents' affirmative defenses (specifically including, but not limited to, the its agreements with and services provided by Respondents, the hiring or retention of Respondents, Respondents' misconduct thereafter, and damages).

8) <u>The Nick Vertucci Companies' Corporate Designee</u>, c/o Respondents' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Claim allegations, Respondents' affirmative defenses, (specifically including, but not limited to, the his agreements with and services provided by Respondents, the hiring or retention of Respondents, Respondents' misconduct thereafter, and damages).

9) <u>Keith Yackey</u>, c/o Respondents' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Claim allegations and Respondents' affirmative defenses (specifically including, but not limited, the his agreements with and services provided by Respondents, the hiring or retention of Respondents, Respondents' misconduct thereafter, and damages).

10) <u>Gillian Birnie</u>, c/o Respondents' counsel of record. Subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Claim's allegations and Respondents' affirmative defenses (specifically including, but not limited to, the subject agreement(s), Claimant's proprietary materials, the termination of the parties' business relationship, Respondents' misconduct, and damages).

11) <u>Nicole Marshall</u>, c/o Respondents' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Claim allegations and Respondents' affirmative defenses (specifically including, but not limited, the his agreements with and services provided by Respondents, the hiring or retention of Respondents, Respondents' misconduct thereafter, and damages).

12) <u>Manny Moreno</u>, c/o Respondents' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Claim allegations and Respondents' affirmative defenses.

13) <u>Erik Slaikeu</u>, c/o Respondents' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Claim allegations and Respondents' affirmative defenses.

14) <u>Michael J. Tracey</u>, c/o Respondents' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Claim allegations and Respondents' affirmative defenses (specifically including, but not limited to, his relationship and contacts with Ahrens, Respondents' misconduct thereafter, and damages).

15) Other individuals currently working with or previously worked with Vertucci following engagement with EMS or an affiliated company, to be determined and identified through the course of discovery.

16) <u>Gina Vertucci</u>, c/o Respondents' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Claim allegations and Respondents' affirmative defenses (specifically including, but not limited to, the subject of her business relationship and Respondents' misconduct).

Claimant reserves the right to amend this disclosure pursuant to the applicable rules set forth in the scheduling order, made by the agreement of the parties, the American Arbitration Association's Commercial Arbitration Rules, as and if necessary.

**Dated**: February 26, 2015.

Respectfully submitted,

By: /s/Andrew Moon
ANDREW J. MOON
State Bar No. 24046463
NATHANIEL CORBETT
State Bar No. 24077165
2935 Thousand Oaks Dr. #6-285
San Antonio, Texas 78247
(210) 501-0077
ATTORNEYS FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record pursuant to the American Arbitration Association's Commercial Arbitration Rules and Mediation Procedures on this the 26th day of February, 2015.

Clint Corrie
Akerman LLP
2001 Ross Avenue
Suite 2550
Dallas, Texas 75201
Via Facsimile No. 866-203-5835

/s/ Nathaniel Corbett
Nathaniel Corbett

Page 5 of 5