# EXHIBIT 8

## Skandier, Brenda (LAA-Dal)

**From:** Corrie, Clint (Ptnr-Dal)
**Sent:** Thursday, April 30, 2015 3:27 PM
**To:** 'Henry Gonzalez'
**Cc:** andym@teamarmando.com; nathanc@teamarmando.com; JCawdrey@gordonrees.com; KHowatt@gordonrees.com; Ernie Broussard; Jeffrie Boysen; Meek, David (Assoc-Orl); Hodge, Christopher (Assoc-Dal); Brooks-Patton, Janice (Para-Dal)
**Subject:** RE: Montelongo

when I said I could take depos the week of May 11 I wasn't speaking for or volunteering all of these people for depo that week. I don't know their travel schedules. I am trying to get that information today. I am not sure Yackey is required to come here in light of the special appearance . I don't have his schedule. If he is deposed it would be on special appearance facts. He lives in Nevada . we could present him in our Las Vegas office assuming he is free that week or in Dallas . On Tracy I believe under federal rules you'd have to go to Florida. Please tell me what relevance at all Gina Vertucci has to do with the case other than being Nick's wife? Siggi Ahrens is also probably a Florida depo. If you will tell me what case you are wanting to depose Ahrens in. same with Jessie Marquez.

**From:** Henry Gonzalez [mailto:hbg@gcaklaw.com]
**Sent:** Thursday, April 30, 2015 1:21 PM
**To:** Corrie, Clint (Ptnr-Dal)
**Cc:** andym@teamarmando.com; nathanc@teamarmando.com; JCawdrey@gordonrees.com; KHowatt@gordonrees.com; Ernie Broussard; Jeffrie Boysen
**Subject:** RE: Montelongo

Who can you offer the week of May 11 in San Antonio? We can start with Yackey.

Henry Gonzalez
Gonzalez Chiscano Angulo & Kasson, PC
613 N.W. Loop 410, Suite 800
San Antonio, TX 78216
Tel:    210.569.8500
Dir:    210.569.8489
Cell:   210.862.8712

**From:** clint.corrie@akerman.com [mailto:clint.corrie@akerman.com]
**Sent:** Thursday, April 30, 2015 1:02 PM
**To:** Henry Gonzalez
**Cc:** andym@teamarmando.com; nathanc@teamarmando.com; JCawdrey@gordonrees.com; KHowatt@gordonrees.com; Ernie Broussard; Jeffrie Boysen
**Subject:** Re: Montelongo

Not sure what you mean. Not every witness will have relevant knowledge for every case. Let me know what witnesses you want for what cases. I currently have the week of May 11 open for depos .

Sent from my iPhone

On Apr 30, 2015, at 1:15 PM, Henry Gonzalez <hbg@gcaklaw.com> wrote:

What is your preference?

**Henry Gonzalez**
Gonzalez, Chiscano, Angulo & Kasson, PC
613 N.W. Loop 410, Suite 800
San Antonio, TX  78216
Tel:     210.569.8500
Dir:     210.569.8489
Cell:    210.862.8712
Fax:    210.569.8490
www.gcaklaw.com

On Apr 30, 2015, at 12:00 PM, "clint.corrie@akerman.com" <clint.corrie@akerman.com> wrote:

> I need to know in what cases you want to depose what witnesses.
>
> Sent from my iPhone
>
> On Apr 30, 2015, at 11:25 AM, Henry Gonzalez <hbg@gcaklaw.com> wrote:
>
>> Clint,
>>
>> We need to schedule the following depositions ASAP:
>>
>> Keith Yackey
>> Siggie Ahrens
>> Gina Vertucci
>> Mike Tracey
>> Jessie Marquez
>>
>> Please provide dates and locations (Mr. Yackey's deposition will have to be in San Antonio as he is a party in a state court proceeding) before the close of business today.
>>
>> Thanks
>>
>> **Henry Gonzalez**
>> Gonzalez Chiscano Angulo & Kasson, PC
>> 613 N.W. Loop 410, Suite 800
>> San Antonio, TX  78216
>> Tel:     210.569.8500
>> Dir:     210.569.8489
>> Cell:    210.862.8712

vCard | Bio

2



Akerman LLP | 600+ lawyers | 20 locations | akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Henry Gonzalez
**Sent:** Thursday, April 30, 2015 9:09 AM
**To:** Clint Corrie (clint.corrie@akerman.com)
**Cc:** Andy Moon; Nathan Corbett; Jeffrey Cawdrey (JCawdrey@gordonrees.com); Kimberly Howatt (KHowatt@gordonrees.com); Ernie Broussard (ebroussard@gcaklaw.com); Jeffrie Boysen
**Subject:** Montelongo

Clint,

We have yet to receive a single agreed Scheduling Order or Protective Order. On the other hand, we received a Special Appearance in Yackey.

We are going forward with the hearing tomorrow morning unless we have agreed Protective Orders ASAP. We will reset the motions to enter scheduling orders for next week, per your request.

**Henry Gonzalez**
Gonzalez Chiscano Angulo & Kasson, PC
613 N.W. Loop 410, Suite 800
San Antonio, TX  78216
Tel:     210.569.8500
Dir:     210.569.8489
Cell:    210.862.8712