# EXHIBIT 9

## Corrie, Clint (Ptnr-Dal)

| | |
|---|---|
| **From:** | Corrie, Clint (Ptnr-Dal) |
| **Sent:** | Thursday, May 21, 2015 2:04 PM |
| **To:** | 'Kimberly Howatt' |
| **Cc:** | Jeffrey Cawdrey; Meek, David (Assoc-Orl); Hodge, Christopher (Assoc-Dal) |
| **Subject:** | RE: RETI v. Verutcci, et al. |

Other than being Mr. Vertucci's wife, whom I assume you want to harass for various pressure reasons, please let me know what the relevance of any such deposition of Gina Vertucci would be .

I will agree to accept service for all of the proposed deponents including Ms. Vertucci but not necessarily agreeing to dates if I don't know what they are. These people do not all live in California so I need to coordinate dates and places with them they are in the context of this case third party subpoenas so I will need to know when I can get them committed to a date. Nevertheless we will accept the subpoenas and then we will need to schedule something .

**Clint A. Corrie**
Partner
Akerman LLP | 2001 Ross Avenue | Suite 2550 | Dallas, TX 75201
Dir: 214.720.4304 | Main: 214.720.4300 | Fax: 866.203.5835
clint.corrie@akerman.com

---

**From:** Kimberly Howatt [mailto:KHowatt@gordonrees.com]
**Sent:** Tuesday, May 19, 2015 7:59 PM
**To:** Corrie, Clint (Ptnr-Dal)
**Cc:** Jeffrey Cawdrey
**Subject:** RETI v. Verutcci, et al.

Clint:

Please advise if you will accept service of RETI/Montelongo's deposition subpoenas for any of the following witnesses.

Gina Vertucci
Manuel Moreno
Siggi Ahrens
Keith Yackey
Eric Slaikeu

If we do not hear from you by 5 p.m. PT on Thursday, May 21st, we will proceed to serve these non-party witnesses directly.

Regards,
Kimberly

---

**KIMBERLY D. HOWATT**   | Partner
**GORDON & REES LLP**

P: 619-696-6700  |  F: 619-696-7124
khowatt@gordonrees.com

vCard | Bio

Arizona • California • Colorado • Connecticut • Florida • Georgia • Illinois • Maryland

1