# EXHIBIT 10

## Corrie, Clint (Ptnr-Dal)

| | |
|---|---|
| **From:** | Kimberly Howatt <KHowatt@gordonrees.com> |
| **Sent:** | Monday, May 25, 2015 3:05 PM |
| **To:** | Corrie, Clint (Ptnr-Dal) |
| **Cc:** | Jeffrey Cawdrey |
| **Subject:** | RE: RETI v. Verutcci, et al. |

Clint,

While we disagree that an offer of proof is required in order to obtain a deposition, we believe that Gina Vertucci is relevant on several points, including but not limited to:

1) Her knowledge, as an employee and/or agent of TNVC, of TNVC's use of materials ("Confidential Information") taken from RETI and its affiliates;
2) Her efforts, on behalf of Defendants, to interfere with business relations between RETI and its agents; and,
3) A variety of messages to at least one RETI agent from her email address at gster.22@gmail.com.

We will send you the subpoena materials this week. Please confirm that email service is acceptable; otherwise, we will proceed to send them by mail.

Regards,
Kimberly

---

**From:** clint.corrie@akerman.com [mailto:clint.corrie@akerman.com]
**Sent:** Thursday, May 21, 2015 12:43 PM
**To:** Kimberly Howatt
**Cc:** Jeffrey Cawdrey; david.meek@akerman.com; christopher.hodge@akerman.com
**Subject:** RE: RETI v. Verutcci, et al.

Other than being Mr. Vertucci's wife, whom I assume you want to harass for various pressure reasons, please let me know what the relevance of any such deposition of Gina Vertucci would be .

I will agree to accept service for all of the proposed deponents including Ms. Vertucci but not necessarily agreeing to dates if I don't know what they are. These people do not all live in California so I need to coordinate dates and places with them. They are in the context of this case, third party subpoenas so I will need to know when I can get them committed to a date. Nevertheless, we will accept the subpoenas and then we will need to schedule something .

**Clint A. Corrie**
Partner
Akerman LLP | 2001 Ross Avenue | Suite 2550 | Dallas, TX 75201
Dir: 214.720.4304 | Main: 214.720.4300 | Fax: 866.203.5835
clint.corrie@akerman.com

vCard | Bio

1

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Kimberly Howatt [mailto:KHowatt@gordonrees.com]
**Sent:** Tuesday, May 19, 2015 7:59 PM
**To:** Corrie, Clint (Ptnr-Dal)
**Cc:** Jeffrey Cawdrey
**Subject:** RETI v. Verutcci, et al.

Clint:

Please advise if you will accept service of RETI/Montelongo's deposition subpoenas for any of the following witnesses.

Gina Vertucci
Manuel Moreno
Siggi Ahrens
Keith Yackey
Eric Slaikeu

If we do not hear from you by 5 p.m. PT on Thursday, May 21st, we will proceed to serve these non-party witnesses directly.

Regards,
Kimberly

KIMBERLY D. HOWATT   | Partner
GORDON & REES LLP

P: 619-696-6700 | F: 619-696-7124
khowatt@gordonrees.com

vCard | Bio

Arizona • California • Colorado • Connecticut • Florida • Georgia • Illinois • Maryland
Missouri • Nevada • New Jersey • New York • North Carolina • Oregon • Pennsylvania
South Carolina • South Dakota • Texas • Virginia • Washington • Washington, D.C.

Please consider the environment before printing this email.

California * New York * Texas * Illinois * Nevada * Arizona * Colorado * Oregon * Washington
New Jersey * Florida * Georgia * Connecticut * Missouri * Washington, DC * Pennsylvania * North Carolina

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON & REES LLP**
http://www.gordonrees.com