# EXHIBIT 11

**Brooks-Patton, Janice (Para-Dal)**

-----Original Message-----
From: Kimberly Howatt [mailto:KHowatt@gordonrees.com]
Sent: Wednesday, June 03, 2015 10:22 PM
To: Corrie, Clint (Ptnr-Dal); Meek, David (Assoc-Orl)
Cc: Jeffrey Cawdrey
Subject: RETI v Vertucci - Deposition Supoenas

Clint,

Attached, per your prior representation that your would accept email service of the following, please find five deposition notices and subpoenas for the following witnesses in their respective locations.

| | |
|---|---|
| Gina Vertucci | - June 16th – Los Angeles |
| Eric Slaikue | - June 18th – Los Angeles |
| Keith Yackey | - June 19th – Los Angeles |
| Manuel Moreno | - June 23rd – San Antonio, TX |
| Siegfried Ahrens | - June 25th – Fort Meyers, FL |

Regards,
Kimberly

California * New York * Texas * Illinois * Nevada * Arizona * Colorado * Oregon * Washington New Jersey * Florida * Georgia * Connecticut * Missouri * Washington, DC * Pennsylvania * North Carolina

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or

copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

GORDON & REES LLP
http://www.gordonrees.com

```
 1  JEFFREY D. CAWDREY (SBN: 120488)
    KIMBERLY D. HOWATT (SBN: 196921)
 2  GORDON & REES LLP
    633 W. Fifth Street, 52nd Floor
 3  Los Angeles, CA 90071
    Telephone: (213) 576-5000
 4  Facsimile: (213) 680-4470
    jcawdrey@gordonrees.com
 5  khowatt@gordonrees.com

 6  ANDREW J. MOON (Pro Hac Vice)
    EDUCATION MANAGEMENT SERVICES, LLC
 7  2935 Thousand Oaks Drive, Suite 6-285
    San Antonio, TX 78247
 8  Telephone: (210) 501-0077
    Facsimile: (210) 568-4493
 9  andym@teamarmando.com

10  Attorneys for Plaintiff and Counterdefendant REAL ESTATE TRAINING
    INTERNATIONAL, LLC and Counterdefendant ARMANDO MONTELONGO
11
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, <br><br> Defendants. <br><br> THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, <br><br> Counterclaimants <br><br> v. <br><br> REAL ESTATE TRAINING INTERNATIONAL, LLC; ARMANDO MONTELONGO <br><br> Counterdefendants. | Case No.: 8:14-cv-00546-AG-DFM <br><br> Hon. Andrew J. Guilford <br><br> **PLAINTIFFS' NOTICE OF DEPOSITION** <br><br> Discovery Cutoff Date: 6/29/2015 |

-1-

PLAINTIFF AND COUNTERDEFENDANTS' NOTICE OF DEPOSITION     Case No. 14-CV-00546

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**YOU ARE HEREBY NOTIFIED** that pursuant to Federal Rules of Civil Procedure Rule 30, on **June 16, 2015,** Plaintiff and Counterdefendant Real Estate Training International, LLC. And CounterDefendant Armando Montelongo ("Plaintiffs") will take the deposition of GINA VERTUCCI at Gordon & Rees, 633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071 commencing at **10:00 a.m.** and continuing for seven complete hours of transcript time, continuing as late as necessary, or concluding on the following day, if necessary.

You are required to speak and understand English, or be accompanied by an appropriate skilled interpreter. If an interpreter is necessary please contact us and we will provide one.

The above deposition will be taken upon oral examination before a notary public, or other person lawfully authorized to administer oaths and take deposition testimony.

The deposition may also be videotaped and audio taped for use as evidence in this action, at trial, or for such other purposes as are permitted, as authorized by Fed. R. Civ. P. 30(b)(3).

Dated: June 3, 2015                   GORDON & REES LLP

By:   s/Kimberly Howatt.
Jeffrey Cadre
Kimberly Howatt
Andrew J. Moon
Attorneys For Plaintiff REAL ESTATE TRAINING INTERNATIONAL, LLC

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Real Estate Training International, LLC. <br> *Plaintiff* <br> v. <br><br> THE NICK VERTUCCI COMPANIES, INC. et al <br> *Defendant* | Civil Action No. 8:14-cv-0054-AG-DEM |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:
    GINA VERTUCCI

*(Name of person to whom this subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Gordon & Rees, LLP <br> 633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071 <br> (213) 576-5000 | Date and Time: <br> June 16, 2015 at 10:00 a.m. |
|---|---|

    The deposition will be recorded by this method:  Certified Shorthand Reporter

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See ATTACHMENT A

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  June 3, 2015

    *CLERK OF COURT*

                                                OR

    _____        /s/ Kimberly Howatt
    *Signature of Clerk or Deputy Clerk*        *Attorney's signature*
                                                      Kimberly Howatt

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Real Estate Training International, LLC._____, who issues or requests this subpoena, are:
Jeffrey Cawdrey/Kimberly Howatt, Gordon & Rees LLP, 101 W. Broadway, Ste. 2000, San Diego, CA (619) 696-6700

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).


American LegalNet, Inc.
www.FormsWorkFlow.com

## ATTACHMENT A

### Definitions

  A. The terms "RELATE TO," "RELATED TO," and/or "RELATING TO" shall mean and include constituting, evidencing, describing, concerning, discussing, explaining, reflecting, detailing, identifying, mentioning, alluding to, referencing, comprising, showing, stating, supporting, summarizing, referring to, or in any way pertaining to, in whole or in part, the subject.

  B. The term "DOCUMENTS" shall mean and include, but is not limited to, all written, graphic or otherwise recorded matter however produced or reproduced, including the originals (or any copies when originals are not available) and non-identical copies (where different from the original because notes were made on such copies or because said copies may have been sent to different individuals than the originals, or for any other reason) and preliminary or final drafts of writings, records and recordings of every kind and description, whether inscribed by hand or by mechanical, electronic, microfilm, photographic or other means, as well as phonic (such as tape recordings) or visual reproductions of all statements, conversations, or events and including, without limitation, correspondence, teletype messages, messages in PDF or similar form, notes, reports, compilations, schedules, studies, tabulations, tallies, maps, charts, diagrams, drawings, plans, pictures, computer runs, advertising and promotional materials, press releases, minutes and records or any memoranda of all press releases, minutes and records of any memoranda of all types, inter-office and intra-office communications, notes of conversations, vouchers, financial calculations and statements, working papers, statistical analyses, invoices, purchase orders, expense account records, stenographers, notebooks, instructions, contracts, deeds, agreements, title reports, listings, authorizations, and any abstracts, summaries and analyses of the above, and all other recorded matter of every nature and kind.

  C. The terms "COMMUNICATION" and "COMMUNICATIONS" mean and include any meeting, conference, face-to-face conversation, telephone conversation or conference, or written correspondence by use of any medium, including but not limited to email, letter, text message, instant message, or otherwise, as well as any written, taped, or recorded conversation or correspondence of any kind whatsoever.

  D. The terms "YOU" or "YOUR" mean Gina Vertucci.

  E. The term "MONTELONGO" means and refers to Armando Montelongo, Jr., an individual.

  F. The term "AMS" means and refers to Real Estate Training International, LLC ("RETI"), which does business as Armando Montelongo Seminars, and/or (as is a reasonable interpretation from the context of the category or question) its parents, affiliates, and agents, including but not limited to Armando Montelongo Companies and Educational Management Services ("EMS").

G.  The term "VERTUCCI" means and refers to Nick Vertucci, an individual.

H.  The term "TNVC" means and refers to The Nick Vertucci Companies, and/or (as is a reasonable interpretation from the context of the category or question) its predecessors, parents, affiliates, and agents, including but not limited to Nick Vertucci Real Estate Academy.

I.  The relevant time period for each and all of these requests is from January 1, 2008 through the present date.

## Documents Requested

1. All DOCUMENTS RELATING TO YOUR relationship with VERTUCCI, including but not limited to offers of employment, offers to contract, written agreements, COMMUNICATIONS, and employment instructions, materials, and manuals, but excluding YOUR marital relationship.

2. All DOCUMENTS received, taken, or obtained by YOU from TNVC, including but not limited to written materials, CDs, videos, DVDs, podcasts, instructions, policies, samples or exemplars (e.g., presentations, slides, etc.), COMMUNICATIONS, and contracts.

3. All COMMUNICATIONS with TNVC.

4. All COMMUNICATIONS with VERTUCCI.

5. All COMMUNICATIONS with AMS's or MONTELONGO's clients, whether current or former.

6. All COMMUNICATIONS with AMS's or MONTELONGO's customers, whether current or former.

7. All COMMUNICATIONS with AMS's or MONTELONGO's students, whether current or former.

8. All COMMUNICATIONS with AMS's or MONTELONGO's employees, whether current or former.

9. All COMMUNICATIONS with AMS's or MONTELONGO's contractors, whether current or former.

10. All COMMUNICATIONS with AMS's or MONTELONGO's testimonials, whether current or former.

11. All COMMUNICATIONS with AMS's or MONTELONGO's vendors, whether current or former.

12. All COMMUNICATIONS with AMS's or MONTELONGO's service providers, whether current or former, including but not limited to SalesForce.

13. All COMMUNICATIONS about MONTELONGO.

14. All COMMUNICATIONS with Keith Yackey.

15. All DOCUMENTS reflecting your social media statements about AMS and/or MONTELONGO, including but not limited to on Facebook, Twitter, Instagram, Flickr, and YouTube.

16. All DOCUMENTS reflecting any email address used by YOU, including but not limited to gster.22@gmail.com.

17. All DOCUMENTS reflecting any social media account (including but not limited to on Facebook, Twitter, Instagram, Flickr, and YouTube) used by YOU.