# EXHIBIT 12

**AKERMAN LLP**
KAREN PALLADINO CICCONE (CA SBN 143432)
Email: karen.ciccone@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

**AKERMAN LLP**
CLINT CORRIE (TX SBN 04840300)
*Admitted Pro Hac Vice*
Email: clint.corrie@akerman.com
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339

*Attorneys for Defendants The Nick Vertucci Companies and Nick Vertucci*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,<br><br>Defendants. | Case No. SACV14-00546 AG (DFMx)<br><br>Assigned to Hon. Andrew J. Guilford<br>Courtroom 10D<br><br>**DECLARATION OF GINA VERTUCCI**<br><br>SAC File:        June 17, 2014<br>FAC Filed:     March 7, 2014<br>Complaint Filed: January 16, 2014 |

**DECLARATION OF GINA VERTUCCI**

I, Gina Vertucci, hereby declare as follows:

1. I am over the age of twenty-one (21) years, and competent to testify to the matters contained herein. The statements and facts contained within this Declaration are within my personal knowledge and are true and correct.

2. I am married to Nick Vertucci, one of the Defendants in the above-entitled and numbered action. We have three (3) children.

3. I am a permanent resident of the State of California. My home address is 6305 East Abbeywood Road, Orange, California 92867. I have lived in California for over 45 years. My fulltime occupation the past 23 years has been as a housewife and mother.

4. My husband is involved in the real estate training seminar business. I am generally aware of what he does, and I know some of his colleagues and salespeople, their wives and girlfriends, socially, but I am not involved in the business.

5. I have recently been told that I am listed as a 15% owner of a company called Innovative Holdings Group, LLC, a Nevada L.L.C., which, to my knowledge, is not an operating company.

6. I am not involved in Innovative Holdings Group, LLC and would not have known that I was listed as a part-owner, had I not been told so by my husband. I have not performed any tasks for this company and have not received any compensation from this company.

7. Other than being supportive and occasionally making a social visit when my husband's company conducts a seminar or bus tour, I have had no involvement in the companies called NV Real Estate Training Academy ("NVREA") or The Nick Vertucci Companies, Inc. I have had my picture taken a few times when I attended part of a bus tour or seminar and it got posted on the company's website, but I am not involved in the company's business.

8. I am not an owner, officer, director, owner, employee, or contractor for either NVREA or The Nick Vertucci Companies, Inc. I have not received any compensation from either of these companies.

9. I never hired, reviewed to hire, solicited, or recruited any of the former employees and/or contractors of Armando Montelongo's company that are currently working for, and with, NVREA or The Nick Vertucci Companies, Inc. I have no knowledge about specifically what any of the employees or contractors of NVREA

or the Nick Vertucci Companies do or how they do their jobs or any materials they use in their jobs.

10. I know some of the spouses, girlfriends, and boyfriends of employees and /contractors of NVREA or The Nick Vertucci Companies, Inc. socially, but I have no knowledge of the terms of any agreements they had with RETI or the AMS companies, and I have no knowledge of and was not involved in discussing any terms of their employment with NVREA or The Nick Vertucci Companies, Inc.

11. I did not send any emails to an email address of 'gillianb@teamarmando.com.'

I declare under penalty of perjury pursuant to the laws of the State of California and 28 U.S.C. §1746 that the foregoing is true and correct.

Dated this 9TH day of June, 2015

By: _____
Gina Vertucci