# EXHIBIT 15

## Skandier, Brenda (LAA-Dal)

**From:** Kimberly Howatt <KHowatt@gordonrees.com>
**Sent:** Monday, June 01, 2015 7:03 PM
**To:** Corrie, Clint (Ptnr-Dal)
**Cc:** andym@teamarmando.com; Jeffrey Cawdrey
**Subject:** RE: RETI-Vertucci-Settlement

Clint,

As you know, the deadline for written discovery requests has passed. We will not be providing information in response to your informal request, which is outside the Federal Rules of Civil Procedure.

Regards,
Kimberly


Gordon & Rees LLP

Kimberly D. Howatt
Partner

101 W. Broadway, Suite 2000
San Diego, CA 92101

Main Phone: (619) 696-6700
Fax: (619) 696-7124
email: khowatt@gordonrees.com

Arizona - California - Colorado - Connecticut - Florida - Georgia - Illinois - Maryland - Missouri - Nevada - New Jersey - New York - North Carolina  - Oregon - Pennsylvania - South Carolina - South Dakota - Texas - Virginia - Washington - Washington, D.C.


-----Original Message-----
From: clint.corrie@akerman.com [mailto:clint.corrie@akerman.com]
Sent: Saturday, May 30, 2015 11:06 AM
To: Jeffrey Cawdrey
Cc: Kimberly Howatt; andym@teamarmando.com
Subject: RE: RETI-Vertucci-Settlement

Jeff - I do not have authority to settle the case right now. While we do not think any of the personal issues you intend to pursue are relevant to the legal issues nor do we think the court will be interested in them, since your client has signaled its intent to defend the case by pursuing personal issues, do you have any contemporaneous support- HR documentation, emails etc that show that Mr. Vertucci was told or written up for any personal conduct. Or that anyone else in the company who had a girlfriend or boyfriend , affair etc. was written up or terminated for personal relationships or sexual harassment. This would include Mr. Moon and Mr. Montelongo. If you have that kind of contemporaneous  information along those lines I will seriously consider and discuss this with my client. Please let me know.

1

Clint A. Corrie
Partner
Akerman LLP | 2001 Ross Avenue | Suite 2550 | Dallas, TX 75201
Dir: 214.720.4304 | Main: 214.720.4300 | Fax: 866.203.5835 clint.corrie@akerman.com

www.akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

-----Original Message-----
From: Jeffrey Cawdrey [mailto:JCawdrey@gordonrees.com]
Sent: Saturday, May 30, 2015 11:57 AM
To: Corrie, Clint (Ptnr-Dal)
Cc: Kimberly Howatt; Andy Moon
Subject: RETI-Vertucci-Settlrment

Clint: What is Mr. Vertucci's response? We need to get to it - or not.  Jeff

Jeffrey D. Cawdrey
Sent from my iPhone

_____

California * New York * Texas * Illinois * Nevada * Arizona * Colorado * Oregon * Washington New Jersey * Florida * Georgia * Connecticut * Missouri * Washington, DC * Pennsylvania * North Carolina

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

GORDON & REES LLP
http://www.gordonrees.com