# EXHIBIT 17

# ARMANDO MONTELONGO SEMINARS
2935 Thousand Oaks #6-285, San Antonio, TX 78247

September 11, 2013

Sent Via E-mail
Nick Vertucci
nick@nvcompanies.com

RE: Cancellation of Business Relationship

Dear Mr. Vertucci,

Please accept this letter notice that Armando Montelongo Seminars (AMS) is canceling its business relationship with you and your companies. Because you have had a close relationship with AMS for many years we understand there is a wind down period in which there will be unresolved transactions. I propose the following details to help facilitate a clean break.

1.) Winding down of transactions will be completed by December 31, 2013 and no consulting fees or profit shares will be paid for transactions beyond that date.
2.) Any AMS Students under contract and not yet closed for a specific property through August 26, 2013, See Exhibit A, shall result in a consulting fee which you have already collected and a profit share of 1/3 of the profit of each transaction with a maximum of $7,000 per transaction and AMS minimum of $6,650.
3.) Any student that wishes to change to an alternate transaction will not be subject to the profit share described above but any consulting fee collected as of this date shall be the property of you.
4.) If any AMS students, past or present, contact you to purchase additional properties you will send them to AMS and will refrain from selling them any cash flow properties.
5.) 20% of each transaction profit share due to you will be kept for a rolling reserve through December 31, 2014.
6.) You will resolve any complaining students by refunding their consulting fees or invested dollars and will communicate each complaint to AMS. If a complaint is not resolved monies paid to resolve that complaint, if not paid directly by you, will be paid from the rolling reserve or outstanding profit shares.

Please remember that each student remains the property of AMS and shall not be contacted by you for any reason other than to return calls for customer service concerns nor should student information be sold to any other entity. We trust that this will be a successful transition without issue and we wish you luck moving forward. If you should have any questions regarding transactions which you may think violate the agreement that we executed please contact me for clarification at 210-501-0077.

Best Regards,

Andrew J. Moon

ANDREW J. MOON
General Counsel
Direct: 210.501.0077
Facsimile: 210.568.4493

DEVIN D. GABRIEL
Corporate Counsel
Direct: 210.390.0743
Facsimile: 210.568.4493

RETI 00018