# EXHIBIT 18

**Armando**

Today 7:41 PM

Keith  As you can see your attorneys are ill equipped to handle this case  I dropped interest in this a year ago as told to your attorneys  We have offered a settlement for a nominal amount of money  Either that has not been communicated to nick by his attorney for billing purposes or nick didn't communicate to you for ego reasons  Either way we were willing to drop the case against you on a settlement agreement. Since you were not informed of this you should ask yourself why.

●●●●○ AT&T 🛜                 7:58 PM                        * 94% 🔋

‹ Messages     **Armando**                    Details

by his attorney for billing purposes or nick didn't communicate to you for ego reasons  Either way we were willing to drop the case against you on a settlement agreement. Since you were not informed of this you should ask yourself why. However you can save a lot of ugliness that's about to happen before it does and we all go our separate ways.    You have bigger concerns right now and don't need this. Neither does gina, Jessie or anyone else. Don't get me wrong there's no whale in that. It's just time to move

📷           Text Message                    Send

ATT00002.txt

Sent from my iPhone

ATT00002.txt