# EXHIBIT 19

Cause No. <u>2014CI15278</u>

| | | |
|---|---|---|
| EDUCATION MANAGEMENT SERVICES, LLC | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | 285TH JUDICIAL DISTRICT |
| KEITH YACKEY | § | BEXAR COUNTY, TEXAS |

## <u>PLAINTIFF'S FIRST AMENDED NOTICE OF INTENTION TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF JESSE MARQUEZ</u>

TO:  **JESSE MARQUEZ**
c/o CLINT A. CORRIE
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201

Pursuant to Rule 199, Texas Rules of Civil Procedure, you are hereby notified that the deposition of **JESSE MARQUEZ** in the above-styled and numbered case, will be taken by oral examination, which may be used as testimony at the trial of the above-numbered and entitled cause. Said deposition will be begin at **10:00 A.M. ON FRIDAY, JUNE 12, 2015** at the offices of **CAMEO KAYSER, 2620 REGATTA DRIVE, SUITE 102, LAS VEGAS, NEVADA 89128**. The deposition will be reported by DepoTexas, 100 N.E. Loop 410, Suite 540, San Antonio, TX 78216, telephone number (210) 481-7575. The deposition will be videotaped.

## <u>REQUEST FOR DOCUMENTS</u>

You will also take notice that **Jesse Marquez** is to produce at the time and place of her deposition, and to permit the inspection and copying of any and all documents which reflect, mention, relate or pertain to the matters that are described herein, but not limited to, those items more particularly described in the attached Exhibit "A".

Respectfully submitted,

**GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.**
613 N.W. Loop 410, Suite 800
San Antonio, Texas 78216
Telephone No. 210/569-8500
Telecopier No. 210/569-8490

By: _____

HENRY B. GONZÁLEZ III
State Bar No. 00794952
Email: hbg@gcaklaw.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of June, 2015, a true and correct copy of the foregoing was forwarded by facsimile; and/or regular mail; and/or certified mail, return receipt requested; and/or e-mail transmission; and/or electronic filing service to the following:

Clint A. Corrie
Christopher M. Hodge
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Clint.corrie@akerman.com
Facsimile 214/981.9339

Andrew Moon
Nathan Corbett
2935 Thousand Oaks Drive, #6-285
San Antonio, TX 78247
210/568-4493 -- fax
andym@teamarmando.com
nathanc@teamarmando.com

_____

HENRY B. GONZÁLEZ III

## EXHIBIT "A"

**UNLESS AGREED OTHERWISE, YOU ARE INSTRUCTED TO BRING THE ORIGINALS OF SUCH DOCUMENTS IF THE ORIGINALS ARE IN YOUR POSSESSION, CUSTODY OR CONTROL, OR THE CONTROL OF YOUR AGENTS OR REPRESENTATIVES; AND YOU ARE FURTHER INSTRUCTED TO PRODUCE COPIES OF THE ORIGINALS ONLY IF SUCH ORIGINALS ARE NOT IN YOUR POSSESSION, CUSTODY, CONTROL, OR THE CONTROL OF YOUR AGENTS OR REPRESENTATIVES, OR THE COPIES INCLUDES MARGINAL NOTES NOT INCLUDED IN THE ORIGINALS.**

### Definitions

A.     The terms "RELATE TO," "RELATED TO," and/or "RELATING TO" shall mean and include constituting, evidencing, describing, concerning, discussing, explaining, reflecting, detailing, identifying, mentioning, alluding to, referencing, comprising, showing, stating, supporting, summarizing, referring to, or in any way pertaining to, in whole or in part, the subject.

B.     The term "DOCUMENTS" shall mean and include, but is not limited to, all written, graphic or otherwise recorded matter however produced or reproduced, including the originals (or any copies when originals are not available) and non-identical copies (where different from the original because notes were made on such copies or because said copies may have been sent to different individuals than the originals, or for any other reason) and preliminary or final drafts of writings, records and recordings of every kind and description, whether inscribed by hand or by mechanical, electronic, microfilm, photographic or other means, as well as phonic (such as tape recordings) or visual reproductions of all statements, conversations, or events and including, without limitation, correspondence, teletype messages, messages in PDF or similar form, notes, reports, compilations, schedules, studies, tabulations, tallies, maps, charts, diagrams, drawings, plans, pictures, computer runs, advertising and promotional materials, press releases, minutes and records or any memoranda of all press releases, minutes and records of any memoranda of all types, inter-office and intra-office communications, notes of conversations, vouchers, financial calculations and statements, working papers, statistical analyses, invoices, purchase orders, expense account records, stenographers, notebooks, instructions, contracts, deeds, agreements, title reports, listings, authorizations, and any abstracts, summaries and analyses of the above, and all other recorded matter of every nature and kind.

C.     The terms "COMMUNICATION" and "COMMUNICATIONS" mean and include any meeting, conference, face-to-face conversation, telephone conversation or conference, or written correspondence by use of any medium, including but not limited to email, letter, text message, instant message, or otherwise, as well as any written, taped, or recorded conversation or correspondence of any kind whatsoever.

D.     The terms "YOU" or "YOUR" mean Jesse Marquez.

E.     The term "MONTELONGO" means and refers to Armando Montelongo, Jr., an individual.

06-04-'15 12:24 FROM- GCAK                      569-8490              T-841   P0005/0007 F-833

    F.     The term "AMS" means and refers to Real Estate Training International, LLC ("RETI"), which does business as Armando Montelongo Seminars, and/or (as is a reasonable interpretation from the context of the category or question) its parents, affiliates, and agents, including but not limited to Armando Montelongo Companies and Educational Management Services ("EMS").

    G.     The term "VERTUCCI" means and refers to Nick Vertucci, an individual.

    H.     The term "TNVC" means and refers to The Nick Vertucci Companies, and/or (as is a reasonable interpretation from the context of the category or question) its predecessors, parents, affiliates, and agents, including but not limited to Nick Vertucci Real Estate Academy.

    I.     The term "YOUR WEBSITES/BUSINESSES" means www.keithyackey.com, www.getpof.com, Private Money Pro, The Private Money Process and/or Interviews Module.

    J.     The relevant time period for each and all of these requests is from January 1, 2008 through the present date.

## Documents Requested

1.    All DOCUMENTS RELATING TO YOUR relationship with TNVC, including but not limited to, confidentiality agreements, non-disclosure agreements, non-solicitation agreements and/or non-compete agreements.

2.    All DOCUMENTS and other materials in YOUR possession that mention, discuss and/or refer to AMS, including but not limited to written materials, CDs, videos, DVDs, podcasts, instructions, policies, samples or exemplars (e.g., presentations, slides, etc.), COMMUNICATIONS, e-mails, letters and/or contracts.

3.    All COMMUNICATIONS with VERTUCCI concerning AMS.

4.    All COMMUNICATIONS with AMS's and/or MONTELONGO's clients, whether current or former.

5.    All COMMUNICATIONS with AMS's and/or MONTELONGO's customers, whether current or former.

6.    All COMMUNICATIONS with AMS's and/or MONTELONGO's students, whether current or former.

7.    All COMMUNICATIONS with AMS's and/or MONTELONGO's employees, whether current or former.

8.    All COMMUNICATIONS with AMS's and/or MONTELONGO's contractors, whether current or former.

9.  All COMMUNICATIONS with AMS's and/or MONTELONGO's testimonials, whether current or former.

10. All COMMUNICATIONS with AMS's and/or MONTELONGO's vendors, whether current or former.

11. All COMMUNICATIONS with AMS's and/or MONTELONGO's service providers, whether current or former, including but not limited to SalesForce.

12. All COMMUNICATIONS about MONTELONGO.

13. All personal written COMMUNICATIONS between YOU and Keith Yackey that discuss, reference and/or mention AMS and/or Montelongo

14. All DOCUMENTS that reference business activity and/or communications on the part of YOUR WEBSITES/BUSINESSES with individuals and/or entities in Texas.

15. All DOCUMENTS that reflect the identity of the individuals, as well as their contact information, and/or entities, as well as their contact information, sending and/or receiving COMMUNICATIONS and/or doing business with YOUR WEBSITES/BUSINESSES.

16. All DOCUMENTS reflecting YOUR business relationship with Keith Yackey.

17. All DOCUMENTS reflecting how Keith Yackey has benefited, financially and otherwise, from YOUR WEBSITES/BUSINESSES.

18. All DOCUMENTS reflecting funds provided to YOU by Keith Yackey.

19. All DOCUMENTS reflecting funds provided by YOU to Keith Yackey.

20. All DOCUMENTS reflecting YOUR travels to and/or conducting business in Texas and/or YOUR conducting business with individuals and/or entities located in Texas.

21. All DOCUMENTS reflecting Keith Yackey traveling to and/or conducting business in Texas and/or his conducting business with individuals and/or entities located in Texas.

22. All DOCUMENTS reflecting any involvement by YOU and/or YOUR relationship with the www.getpof.com website.

23. All DOCUMENTS reflecting any involvement by YOU and/or YOUR relationship with the www.keithyackey.com website.

24. All DOCUMENTS reflecting Keith Yackey's relationship and/or activity with the www.privatemoneypro.com website and/or business.

25. All DOCUMENTS reflecting Keith Yackey's relationship and/or activity with the www.getpof.com website and/or business.

26. All DOCUMENTS reflecting Keith Yackey's relationship and/or activity with the www.keithyackey.com website and/or business.

27. All DOCUMENTS that reflect the modification of the www.keithyackey.com website forum selection clause and/or choice of venue clause.

28. All versions of the web pages of the www.keithyackey.com website.

29. All DOCUMENTS that reflect who owns the www.keithyackey.com website.

30. All DOCUMENTS that reflect when www.keithyackey.com started.

31. All DOCUMENTS that reflect individuals and/or entities that have accessed www.keithyackey.com, www.getpof.com and/or www.privatemoneypro.com.



**GONZALEZ CHISCANO ANGULO & KASSON, PC**

613 NW Loop 410, Suite 800, San Antonio, TX 78216
Tel: 210-569-8500    Fax: 210-569-8490
www.gcaklaw.com

Henry B. Gonzalez III
Steve Alfonso Chiscano
David S. Angulo
Richard J. Kasson

Henry B. Gonzalez III
Direct Tel 210-569-8489
hbg@gcaklaw.com

## FACSIMILE COVER PAGE

DATE:            JUNE 4, 2015

TO:              CLINT A. CORRIE                      FACSIMILE: 214/981-9339

                 ANDREW MOON                          FACSIMILE: 210/568-4493
                 NATHAN CORBETT

*COURTESY*       JEFF CAWDREY                         FACSIMILE: 213/680-4470
*COPY TO:*       KIMBERLY HOWATT

                 DEPOTEXAS                            FACSIMILE: 210/481-5252

FROM:            HENRY B. GONZALEZ III

RE:              CAUSE NO. 2014-CI-15278; EDUCATION MANAGEMENT SERVICES, LLC VS.
                 KEITH YACKEY; 285TH JUDICIAL DISTRICT, BEXAR COUNTY, TEXAS

Enclosed please find Plaintiff's 1st Amended Notice of Intention to Take Oral & Video
Deposition of Jesse Marquez on June 12, 2015 to now take place at:

**Cameo Kayser & Associates**
**2620 Regatta Drive, Suite 102**
**Las Vegas, NV**
[The address for the Cameo Kayser's conference room was in incorrect.]

NUMBER OF PAGES INCLUDING COVER PAGE:    7

ORIGINAL TO FOLLOW:        NO

IF YOU HAVE ANY QUESTIONS REGARDING THIS TRANSMISSION, PLEASE CALL
210/569-8500.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION
INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT.
YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY
PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE,
AND PLEASE RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.