AKERMAN LLP
KAREN PALLADINO CICCONE (SBN 143432)
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Tel: (213) 688-9500 / Fax: (213) 627-6342
karen.ciccone@akerman.com

AKERMAN LLP
CLINT A. CORRIE (Admitted Pro Hac Vice)
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Tel: (214) 720-4300 / Fax: (214) 981-9339
clint.corrie@akerman.com

Attorneys for Defendants and Counter-Complainants The Nick Vertucci Companies, Inc. and Nick Vertucci

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE NICK VERTUCCI COMPANIES, INC., and <br><br> NICK VERTUCCI, <br><br> Defendant. <br><br> AND RELATED COUNTER-CLAIMS | CASE NO: SACV14-00546 AG (DFMx) <br><br> Judge: Hon. Andrew J. Guilford <br> Dept.: Courtroom 10D <br><br> **FILED UNDER SEAL** <br><br> PLAINTIFFS' EXHIBITS A THROUGH Z, INCLUSIVE, IN SUPPORT OF THE PARTIES' JOINT STIPULATION <br><br> (PURSUANT TO PENDING APPLICATION TO SEAL DOCUMENTS SUBMITTED TO THE COURT CONCURRENTLY HEREWITH) <br><br> Complaint Filed: January 16, 2014 <br> Trial Date: September 29, 2015 |