# EXHIBIT B

JEFFREY D. CAWDREY (SBN: 120488)
KIMBERLY D. HOWATT (SBN: 196921)
GORDON & REES LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
jcawdrey@gordonrees.com
khowatt@gordonrees.com

JOSEPH WESLEY HUESSER II (*Pro Hac Vice Pending*)
EDUCATION MANAGEMENT SERVICES, LLC
2935 Thousand Oaks Drive, Suite 6-285
San Antonio, TX 78247
Telephone: (210) 501-0077
Facsimile: (210) 568-4493
weshuesser@yahoo.com

Attorneys for Plaintiff
REAL ESTATE TRAINING INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,<br><br>Defendants. | CASE NO. 8:14-cv-00546-AG-DFM<br><br>**PLAINTIFF'S RULE 26(A) INITIAL DISCLOSURES**<br><br>Dept.: Courtroom 10D<br>Judge: Hon. Andrew J. Guilford |

Plaintiff REAL ESTATE TRAINING INTERNATIONAL, LLC ("Plaintiff" or "RETI") hereby submits its initial disclosures in accord with Fed. R. Civ. P. 26(a) and the parties' Rule 26(f) Joint Report. Plaintiff makes these disclosures without waiving, and expressly reserving, any and all applicable privileges and immunities. As to each of the following disclosures, discovery and investigation are ongoing, continuing, and incomplete. Plaintiff reserves its right to amend these disclosures pursuant to the applicable Federal Rules of Civil Procedure, including but not limited to, Fed.R.Civ.P. 26(e).

**A. WITNESS DISCLOSURES - Rule 26(a)(1)(A)(i)**

It is understood, believed, and/or anticipated that the following witnesses may have discoverable information relating to the allegations contained in the operative complaint ("Complaint"), and/or information relating to any anticipated affirmative defenses thereto, and that they will testify to same:

1) Armando Montelongo, Jr., Real Estate Training International, c/o Plaintiff's counsel of record. Subjects of information on which this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses (specifically including, but not limited to, the subject agreement(s), Plaintiff's proprietary materials, the termination of the parties' business relationship, Defendants' misconduct, and damages).

2) Corporate Designee of Real Estate Training International, c/o Plaintiff's counsel of record. Subjects of information on which this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses (specifically including, but not limited to, the subject agreement(s), Plaintiff's proprietary materials, the termination of the parties' business relationship, Defendants' misconduct, and damages).

3) Chris Sanders, c/o Plaintiff's counsel of record. Subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses

(specifically including, but not limited to, communications from Nick Vertucci.)

4) Giovanni Fernandez, c/o Plaintiff's counsel of record. Subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses (specifically including, but not limited to, contents of agreement with Defendants.)

5) Nick Vertucci, c/o Defendants' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses (specifically including, but not limited to, the subject agreement(s), Plaintiff's proprietary materials, the termination of the parties' business relationship, Defendants' misconduct thereafter, and damages).

6) The Nick Vertucci Companies' Fed.R.Civ.P. 30(b)(6) Designee, c/o Defendants' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations, Defendants' affirmative defenses, and other topics to be identified pursuant to Fed.R.Civ.P. 30.

7) Keith Yackey, c/o Defendants' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses (specifically including, but not limited to, his employment with the respective parties and communications with Defendants).

8) Gillian Birnie, c/o Defendants' counsel of record. Subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses (specifically including, but not limited to, Defendant Vertucci's character and communications from Defendants, and her employment.)

9) Garret Shatzel, c/o Defendants' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include,

but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

10) Mike Schock, c/o Defendants' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

11) Krista Garren, c/o Defendants' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

12) Dominique Montes, c/o Defendants' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

13) Judd Simpson, c/o Defendants' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

14) Mike Syme, c/o Defendants' counsel of record. Anticipated subjects of information on which this witness it is anticipated this testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

15) Nicole Marshall, c/o Defendants' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

16) Manny Moreno, c/o Defendants' counsel of record. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

17) Other individuals currently working with or previously worked with Vertucci following engagement with RETI or an affiliated company, to be determined and identified through the course of discovery.

18) Kurt Weinrich, contact information to be determined. Anticipated subjects of information on which this witness it is anticipated this testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

19) Lou Ramirez, contact information to be determined. Anticipated subjects of information on which this witness it is anticipated this testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

20) David Kaiser, contact information to be determined. Anticipated subjects of information on which this witness it is anticipated this testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

21) Aaron Adams, contact information to be determined. Anticipated subjects of information on which this witness it is anticipated this testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

22) Jaime Edwards, contact information to be determined. Anticipated subjects of information on which this witness it is anticipated this testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

23) Kendra Edwards, contact information to be determined. Anticipated subjects of information on which this witness it is anticipated this testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses.

24) Gina Vertucci, c/o Defendants' counsel of record. Anticipated

subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses (specifically including, but not limited to, the subject agreement(s), the termination of the parties' business relationship and Defendants' misconduct).

25) Jenny Li, 847-401-4761; additional contact information to be determined. Anticipated subjects of information on which it is anticipated this witness will testify include, but are not limited to, the Complaint allegations and Defendants' affirmative defenses (specifically including, but not limited to, her relationship with Defendants and events and circumstances surrounding same).

Plaintiff reserves the right to amend this list of witnesses as necessary.

**B. DOCUMENT DISCLOSURES - Rule 26(a)(1)(A)(ii)**

Plaintiff provides the following description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control thereof and that this disclosing party may use to support its claims or defenses, unless solely for impeachment:

1) Vendor Agreement

2) Correspondence between Plaintiff and Defendants, and/or their respective agents

4) Plaintiff's Proprietary materials (including documents, photos, video, and/or audio)

5) Educational materials used and presented by Defendants (including documents, photos, video, and/or audio)

6) Photographs, notes, records, and documents relating to Defendants

7) Publications and Internet printouts relating to Plaintiff and/or Defendants

8) Plaintiff's and Defendants' respective marketing materials

9) Financial documents

10) Defendants' customer lists and contracts with all vendors.

All documents and/or tangible things (except for those documents identified as those of Defendants and/or their vendors) may be located through the offices of counsel of record for Plaintiff at the above-captioned address. Plaintiff reserves the right to amend this list of document categories as necessary.

**C. STATEMENT OF DAMAGES - Rule 26(a)(1)(A)(iii)**

Plaintiff computes each category of damages claimed as follows:

| | |
|---|---|
| Money damages: | TBD (including but not limited to lost profits, brand damage, loss of goodwill, actual/compensatory damages, and special damages |
| Plaintiff's Attorney's Fees, Costs, and Expenses of Litigation: | TBD |
| Punitive Damages: | TBD |

Upon specific and proper request, Plaintiff will make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based.

Plaintiff reserves the right to amend this disclosure pursuant to the applicable Federal Rules of Civil Procedure, as and if necessary.

**D. INSURANCE INFORMATION - Rule 26(a)(1)(A)(iv)**

Plaintiff does not maintain any applicable insurance within the meaning of Rule 26(a)(1)(A)(iv).

Dated: July 25, 2014

GORDON & REES LLP

*/S/ JEFFREY D. CAWDREY*
Jeffrey D. Cawdrey
Kimberly D. Howatt
Joseph Wesley Huesser II
Attorneys for Plaintiff
REAL ESTATE TRAINING INTERNATIONAL, LLC

1096731/20203227v.1



JEFFREY D. CAWDREY (SBN: 120488)
KIMBERLY D. HOWATT (SBN: 196921)
GORDON & REES LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
jcawdrey@gordonrees.com
khowatt@gordonrees.com

JOSEPH WESLEY HUESSER II (*Pro Hac Vice Pending*)
EDUCATION MANAGEMENT SERVICES, LLC
2935 Thousand Oaks Drive, Suite 6-285
San Antonio, TX 78247
Telephone: (210) 501-0077
Facsimile: (210) 568-4493
weshuesser@yahoo.com

Attorneys for Plaintiff
REAL ESTATE TRAINING INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,<br><br>Defendants. | CASE NO. 8:14-cv-00546-AG-DFM<br><br>**CERTIFICATE OF SERVICE**<br><br>Dept.: Courtroom 10D<br>Judge: Hon. Andrew J. Guilford |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 633 West Fifth Street 52nd Floor, Los Angeles, California 90071. On July 25, 2014, I served the within document(s):

**PLAINTIFF'S RULE 26(A) INITIAL DISCLOSURES**

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

☐ by electronic service through the CM/ECF System which automatically generates a Notice of Electronic Filing at the time said document is filed to those counsel listed below which have consented to electronic service which constitutes service pursuant to FRCP 5(b)(2)(E) and L.R. 5-3.3.

| | |
|---|---|
| Nefertari S Rigsby, Esq.<br>Akerman LLP<br>One SE Third Avenue Suite 250<br>Miami, FL 33130<br>Email: nefertari.rigsby@akerman.com<br>**Attorney for Defendants** | Clint A Corrie, Esq.<br>Akerman LLP<br>2001 Ross Avenue Suite 2550<br>Dallas, TX 75201-2991<br>Email: clint.corrie@akerman.com<br>**Attorney for Defendants** |
| Karen Palladino Ciccone, Esq.<br>Akerman Senterfitt LLP<br>725 South Figueroa Street 38th Floor<br>Los Angeles, CA 90017-5433<br>karen.ciccone@akerman.com<br>**Attorney for Defendants** | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United State of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 25, 2014.

Sylvia Owen

Sylvia Owen

1096731/19703259v.1