1  AKERMAN LLP
   KAREN PALLADINO CICCONE (SBN 143432)
2  725 South Figueroa Street, 38th Floor
   Los Angeles, California 90017-5433
3  Tel: (213) 688-9500 / Fax: (213) 627-6342
   karen.ciccone@akerman.com
4
   AKERMAN LLP
5  CLINT A. CORRIE (Admitted Pro Hac Vice)
   2001 Ross Avenue, Suite 2550
6  Dallas, Texas 75201
   Tel: (214) 720-4300 / Fax: (214) 981-9339
7  clint.corrie@akerman.com

8  Attorneys for Defendants and Counter-
   Complainants The Nick Vertucci
9  Companies, Inc. and Nick Vertucci

10

11              UNITED STATES DISTRICT COURT

12      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

13 REAL ESTATE TRAINING          ) CASE NO: SACV14-00546 AG (DFMx)
   INTERNATIONAL, LLC,           )
14                               ) Judge: Hon. Andrew J. Guilford
           Plaintiff,            ) Dept.: Courtroom 10D
15                               )
       v.                        ) **FILED UNDER SEAL**
16                               )
   THE NICK VERTUCCI             ) **PLAINTIFFS' EXHIBITS A
17 COMPANIES, INC., and          ) THROUGH Z, INCLUSIVE, IN
                                 ) SUPPORT OF THE PARTIES'
18 NICK VERTUCCI,                ) JOINT STIPULATION**
19         Defendant.            )
                                 ) (PURSUANT TO PENDING
20 _____) APPLICATION TO SEAL
                                 ) DOCUMENTS SUBMITTED TO
21 AND RELATED COUNTER-CLAIMS    ) THE COURT CONCURRENTLY
                                 ) HEREWITH)
22 _____)
                                   Complaint
23                                 Filed:        January 16, 2014
                                   Trial Date:   September 29, 2015
24