# EXHIBIT H



NO CASH VALUE

Nick Vertucci Real Estate Academy
5621 Reisters Town Road
North Port, Fl 34291

Date November 28, 2014

PAY TO THE ORDER OF

$50,000.00

*Nick Vertucci*

## ATTENTION:

# Let Me Turn YOU Into My Next Real Estate Millionaire
## Go to www.NickFlipsBayArea.com
### And Get Started on Making $5,000...$10,000...Even $50,000 a Month!

Dear Michael,

I have so much I want to tell you. It's information that can help you break through quickly and start fulfilling your own American Dream of success.

Please, take a few minutes to read this brief letter. Then visit www.NickFlipsBayArea.com or call 800-513-0832 and register. That's how you can start to . . .

### Transform Your Dreams into Reality!

Right now, people in the San Francisco area are making millions flipping houses. In fact, there's never been a better time to do it.

I'm holding a FREE event near you to tell you all about it. This is your invitation to join my exclusive wealth team and start making millions of your own.

Let me teach you my surefire 3-step Fortunes in Flipping program ... and introduce you to your new mentors: trained real estate professionals who are actively investing in your market right now.

### I'll Show You, Step-by-Step, How to Make Money Just Like I Do

In case you're not familiar with me, I'm Nick Vertucci, host of the #1 real estate investing show in Southern California ("The Real Estate Investing Hour.") I'm a retired police officer turned real estate entrepreneur who took the house flipping process and turned it into a blue print for profit.

I've built a real estate empire on my own. Nobody gave it to me. I took the fantastic opportunities this country provides, and I went out and got what I wanted. I love this country, and now I want to give back by helping average, ordinary people — just like myself — get a big piece of the pie.

Some people don't think it's possible. After all, in the last five years, average homeowners have lost more money in real estate than ever before. But that doesn't faze me one bit because... During that same time period ... savvy investors (like my students and I) have made MORE MONEY in real estate than in any other time in our nation's history.

We're now seeing the conditions in which FORTUNES ARE MADE. It all depends on which side of the market you're on. And I want to put you on my team and teach you how to be on the receiving end of massive wealth.

### There's Only One Question . . .

Will YOU seize the opportunity by coming to my FREE live Real Estate Event? That's where I'll show you exactly how you can do what I do, even if you don't think you have the experience or the money to get started.



Nick & Gina Vertucci

Rrch

**DO NOT DEPOSIT**
This 'sample' ticket has no cash value.

Participation is limited to the first 100 registrants. Call 800-513-0832 for your Fix and Flip Quick Cash DVD and Book plus 3 free tickets to the live training in the San Francisco area.

Discover the same methods my team's used to flip 800 houses in two years so you can:
- **Earn $10,000 to $50,0000 per deal – in your spare time**
- **Get pre-approved funding – up to $1,000,000!**
- **Find exclusive properties for 40% off retail price!**

I don't want you to miss out on this amazing opportunity. But I must tell you that space is limited so that we can really focus on the aspiring individuals who show up.

Only 100 registrants will be allowed to attend this FREE event. So you must act right away to ensure your spot. Visit **www.NickFlipsBayArea.com** and register yourself and up to 2 friends. Or call my toll-free number now **800-513-0832**.

*Don't be put on a waiting list. Register right away.*

I look forward to meeting you!

*Nick Vertucci*
Nick Vertucci, Celebrity Radio Real Estate Investor and Trainer

KFWB NEWS TALK 980
Host #1 Show "The Real Estate Investing Hour" FLIPPING HOUSES



## ALL REGISTERED ATTENDEES RECEIVE THESE VALUABLE GIFTS!



**BONUS! GIVE AWAY $300 Value**

Only 100 FREE Fortunes in Flipping kits will be given away. Insure Your VIP Gift Package and claim your **GOLDEN TICKET** NOW! Reserve Your Spot Call **800-513-0832**. Right Away!



| FAIRFIELD | CONCORD | MILPITAS | SAN JOSE | BURLINGAME | SAN FRANCISCO |
|---|---|---|---|---|---|
| Tue, December 9 | Wed, December 10 | Thu, December 11 | Fri, December 12 | Sat, December 13 | Sun, December 14 |
| 12pm or 6pm | 12pm or 6pm | 12pm or 6pm | 12pm or 6pm | 12pm | 12pm |
| Hilton Garden Inn Fairfield | Hilton Concord | Hilton Garden Inn San Jose Milpitas | San Jose Airport Garden Hotel | DoubleTree By Hilton San Francisco Airport | Sheraton Fisherman's Wharf |
| 2200 Gateway Court | 1970 Diamond Blvd | 30 Ranch Drive | 1740 North 1st Street | 835 Airport Blvd | 2500 Mason Street |
| Fairfield, CA 94533 | Concord, CA 94520 | Milpitas, CA 95035 | San Jose, CA 95112 | Burlingame, CA 94010 | San Francisco, CA 94133 |

Individual results may vary, some are better or worse because it depends on how much time, energy and money an individual puts into their real estate business.

© 2014 NVCompanies. All Rights Reserved. All rights reserved. Free Gifts and promotional materials may vary. 50 free tablet computers are given to the first 50 callers, but to qualify you must register and attend the free live event.