# EXHIBIT I



## ATTENTION:

## Let Me Turn YOU Into My Next Real Estate Millionaire
## Go to www.NickFlipsVegas.com

### And Get Started on Making $5,000…$10,000…Even $50,000 a Month!

Dear Janis,

I have so much I want to tell you. It's information that can help you break through quickly and start fulfilling your own American Dream of success.

Please, take a few minutes to read this brief letter. Then visit www.NickFlipsVegas.com or call 800-457-0962 and register. That's how you can start to . . .

### Transform Your Dreams into Reality!

Right now, people in the Las Vegas area are making millions flipping houses. In fact, there's never been a better time to do it.

I'm holding a FREE event near you to tell you all about it. This is your invitation to join my exclusive wealth team and start making millions of your own.

Let me teach you my surefire 3-step Fortunes in Flipping program … and introduce you to your new mentors: trained real estate professionals who are actively investing in your market right now.

### I'll Show You, Step-by-Step, How to Make Money Just Like I Do



Nick & Gina Vertucci

In case you're not familiar with me, I'm Nick Vertucci, host of the #1 real estate investing show in Southern California ("The Real Estate Investing Hour.") I'm a retired police officer turned real estate entrepreneur who took the house flipping process and turned it into a blue print for profit.

I've built a real estate empire on my own. Nobody gave it to me. I took the fantastic opportunities this country provides, and I went out and got what I wanted. I love this country, and now I want to give back by helping average, ordinary people – just like myself – get a big piece of the pie.

Some people don't think it's possible. After all, in the last five years, average homeowners have lost more money in real estate than ever before. But that doesn't faze me one bit because… During that same time period … savvy investors (like my students and I) have made MORE MONEY in real estate than in any other time in our nation's history.

We're now seeing the conditions in which FORTUNES ARE MADE. It all depends on which side of the market you're on. And I want to put you on my team and teach you how to be on the receiving end of massive wealth.

### There's Only One Question . . .

Will YOU seize the opportunity by coming to my FREE live Real Estate Event? That's where I'll show you exactly how you can do what I do, even if you don't think you have the experience or the money to get started.

Rrch

Case 8:14-cv-00546-AG-DFM   Document 147-4   Filed 07/01/15   Page 3 of 3   Page ID #:2153

**DO NOT DEPOSIT**
This 'sample' ticket has no cash value.

Participation is limited to the first 100 registrants. Call 800-457-0962 for your Fortunes in Flipping Kit Nick's CD's and ebooks. Plus 3 free tickets to the live training in the Las Vegas area.

Discover the same methods my team's used to flip 800 houses in two years so you can:
- Earn $10,000 to $50,0000 per deal – in your spare time
- Get pre-approved funding – up to $1,000,000!
- Find exclusive properties for 40% off retail price!

I don't want you to miss out on this amazing opportunity. But I must tell you that space is limited so that we can really focus on the aspiring individuals who show up.

Only 100 registrants will be allowed to attend this FREE event. So you must act right away to ensure your spot. Visit **www.NickFlipsVegas.com** and register yourself and up to 2 friends. Or call my toll-free number now **800-457-0962**.

### Don't be put on a waiting list. Register right away.

I look forward to meeting you!

*Nick Vertucci*

Nick Vertucci, Celebrity Radio Real Estate Investor and Trainer



Host #1 Show "The Real Estate Investing Hour" FLIPPING HOUSES

## ALL REGISTERED ATTENDEES RECEIVE THESE VALUABLE GIFTS!

### "FORTUNES in FLIPPING" Kit
**Nick's CD's & eBooks...**
Specific Strategies for flipping houses to make quick cash...

1. Fortunes in flipping
2. Asset protection
3. Easy landlording
4. Tax lien flipping

FREE $300 VALUE

**PLUS!**

**FREE POWER PACK** for Everyone Who Attends

Only 100 FREE Fortunes in Flipping kits will be given away. Insure Your VIP Gift Package and claim your GOLDEN TICKET NOW! Reserve Your Spot Call **800-457-0962**. Right Away!

| LAS VEGAS | HENDERSON | LAS VEGAS | LAS VEGAS |
|---|---|---|---|
| Wednesday, January 28 | Thursday, January 29 | Friday, January 30 | Saturday, January 31 |
| 12pm or 6pm | 12pm or 6pm | 12pm or 6pm | 10am or 2pm |
| **Sam's Town Hotel & Gambling Hall** | **Green Valley Ranch** | **JW Marriott Las Vegas Resort & Spa** | **The Hard Rock Hotel & Casino** |
| 5111 Boulder Highway | 2300 Paseo Verde Parkway | 221 North Rampart Boulevard | 4455 Paradise Road |

Individual results may vary, some are better or worse because it depends on how much time, energy and money an individual puts into their real estate business.

© 2015 NV Companies. All Rights Reserved. All rights reserved. Free Gifts and promotional materials may vary.