# EXHIBIT L



# Nick Vertucci





- Real Estate Investor for over 11 years.
- 7 years investing professionally.
- Personally oversees 40 to 60 Real Estate deals per month.
- Host Radio Show "The Real Estate Investing Hour" in Los Angeles.
- Key Note Speaker across the Nation for Real Estate Investing.
- 18 year reserve law enforcement officer in Southern California.
- President & CEO for 18 years of a large Technology Company in Southern California prior to investing professionally.
- Husband for 20 years and Father to 3 beautiful daughters.

# EXHIBIT M

