# EXHIBIT N

