# EXHIBIT O

http://www2.dre.ca.gov/PublicASP/pplinfo.asp?License_id=01314161

# STATE OF CALIFORNIA
# BUREAU OF REAL ESTATE

The license information shown below represents public information taken from the Bureau of Real Estate(CalBRE) database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Bureau of Real Estate on 6/15/2015 9:13:10 AM

| | |
|---|---|
| **License Type:** | SALESPERSON |
| **Name:** | Vertucci, Gina Marie |
| **Mailing Address:** | 604 E DYER RD<br>SANTA ANA, CA 92705 |
| **License ID:** | 01314161 |
| **Expiration Date:** | 07/13/09 |
| **License Status:** | EXPIRED |
| **Salesperson License Issued:** | 07/14/01 |
| **Former Name(s):** | NO FORMER NAMES |
| **Employing Broker:** | NO CURRENT EMPLOYING BROKER |
| **Comment:** | NO DISCIPLINARY ACTION |
| | NO OTHER PUBLIC COMMENTS |
| | >>>> Public information request complete <<<< |