# EXHIBIT R

Armando Montelongo Companies Mail - Blue icons    https://mail.google.com/mail/u/0/?ui=2&ik=81218ef5a4&view=pt&...



Gillian Birnie <gillianb@teamarmando.com>

## Blue icons
1 message

gster.22@gmail.com <gster.22@gmail.com>    Fri, Sep 7, 2012 at 10:51 PM
Reply-To: gster.22@gmail.com
To: Keith Yackey <gillianb@teamarmando.com>

Babe I figured you have a better chance at getting this than the text. My texts must of been taking awhile to come it. The one that sticks out.... NO I don't love anyone like you never have never will. Its insane. I loved texting you today I so needed connection with you.
Sent from my Verizon Wireless BlackBerry