# EXHIBIT S

Armando Montelongo Companies Mail - Baby                    https://mail.google.com/mail/u/0/?ui=2&ik=81218ef5a4&view=pt&...



Gillian Birnie <gillianb@teamarmando.com>

## Baby
1 message

**gster.22@gmail.com** <gster.22@gmail.com>                    Fri, Sep 7, 2012 at 10:58 PM
Reply-To: gster.22@gmail.com
To: Keith Yackey <gillianb@teamarmando.com>

Your my baby.
Sent from my Verizon Wireless BlackBerry

RETI 00061