# EXHIBIT T

gster.22@gmail.com 



We Found a Match!
# Gina Vertucci

**Get Full Results**

✓ Gender: <u>See Available Res...</u>

✓ Location: <u>See Available Re...</u>

✓ Dating Profiles: <u>See Availa...</u>

✓ Online Profiles: <u>4+</u>

✓ Photos & Videos: <u>1+</u>

 100% Satisfaction Guarantee

## Unlock Photos & Online Profiles

Discover more about Gina Vertucci <u>» Get Photos and Online Profile Results</u>

 **Get Full Results**

To see all of Gina Vertucci's online profiles <u>» Click Here</u>

## Full Results May Include



### Photos & Online Profiles

Profiles, Photos, and Videos from Top Online Sites



### Social Networks

Over 70+ Social Networks Searched in Seconds

gster.22@gmail.com



## Name Search Matches

Address, Phone Numbers, Neighbors, Nearby Home Values, Public Safety



## Blogs & Web Updates

Blog Updates and Comments from All Over the Web



## Family Background

Family Members, Relatives, Spouse Info



## Email Authenticity

Confirm if the Email Address is Valid

† All data offered is derived from public sources. Spokeo does not verify or evaluate each piece of data, and makes no warranties or guarantees about any of the information offered. Spokeo does not possess or have access to secure or private financial information. Spokeo is not a credit reporting agency and does not offer consumer reports. None of the information offered by Spokeo is to be considered for purposes of determining any entity or person's eligibility for credit, insurance, employment, housing, or for any other purposes covered under the FCRA.

About   Careers   News   Blog   Privacy   Terms   Directory   Affiliates   Community   Contact   More

Copyright © 2006-2015 Spokeo, Inc.

See Information for gster.22@gmail.com Now!
gster.22@gmail.com

70+ Social Networks Included
Full Results May Include gster.22@gmail.com

- Online Profiles
- Photos & Videos
- Name Search Matches
- Blogs & Web Updates
- Family Background
- Email Authenticity

Please create an account to view your Full Results on gster.22@gmail.com

Please enter a valid first name ( Please Enter Your First Nam )

Please enter a valid last name ( Please Enter Your Last Nam )

Please enter a valid, unused email ( Email (This will be your login )

SEE FULL RESULTS

By clicking "See Full Results" you represent that you are over 18 years of age and have agreed to our Terms of Use and Privacy Policy and you agree to receive email from Spokeo.com.

Security is Our Top Priority. Spokeo.com is completely secure and private. The information provided in this page is not added to our database

Continue as an unsecure guest »