# EXHIBIT U



RETI 00056