# EXHIBIT V













