*REAL ESTATE TRAINING INTERNATIONAL, LLC V. THE NICK VERTUCCI COMPANIES, INC., ET AL.*
CASE NO. SACV14-00546 AG

# SEALED EXHIBIT X