# EXHIBIT Z

 **REAL ESTATE ACADEMY** NICK VERTUCCI

🔲 📞 **(800) 743-7502**

# FREE LOCAL REAL ESTATE WORKSHOPS!



Reserve- Click or Call Now: **(800) 743-7502**

- Step 1: Register for a FREE Real Estate Workshop and get a FREE CD.
- Step 2: Attend the FREE Real Estate Workshop, and get the rest of your Fortunes in Flipping set for free! (a $300 value)
- Step 3: Flip your first house and reap the benefits!



## Build wealth in Real Estate!

- Learn how to get in, get out, and GET PAID flipping real estate property!
- Learn why Real Estate is a good, long-term investment.
- Learn what it means to be financially successful.
- Come to our FREE workshops to learn more...

### Register for My Free Workshop in Seconds

Register online now to attend a free house flipping workshop in your area.

**State** *

[ dropdown ]

[ ]

[ ]

[ ]

[ ]

*Registration details will be sent to this address.

☐ **I Agree**
By checking the above box, you consent to be contacted by Nick Vertucci Companies by phone, email, text/SMS, and through the use of pre-recorded messages at the number(s) listed above even if your number is on a National or State Do Not Call List. Standard carrier and messaging rates will apply. Reply "Help" for help or "Stop." In some cases, automated technology may be used to contact you including on your cellular telephone for promotional messages. Your consent does not require you to purchase any goods and/or services. Those who attend the free live events will be provided the opportunity to purchase additional training & products. Nick is unable to attend all events and we cannot guarantee he will be at the event for which you register.

*Privacy Policy*

**Continue**

## Meet Nick Vertucci...



"For 18 years as a law enforcement officer I trained to save physical lives. Now as a professional real estate investor I train to save financial lives."

Retired police officer turned real estate entrepreneur, Nick Vertucci has taken the house flipping process and turned it into a blueprint for profit. Host of Southern California's #1 real estate investing show "The Real Estate Investing Hour", Nick has created an efficient system for flipping properties and creating cash flow to build wealth.

The opportunities in real estate today are phenomenal, but so are the pitfalls. In order to cash in, you need a mentor to show you the ropes. Nick Vertucci made his fortune investing in real estate. He's become a national celebrity sharing his methods, and now he's working with individuals across America, helping them build wealth using his secrets for no-money-down funding and finding the best properties.

## SUCCESS STORIES

  

*" Nick Vertucci is the most inspiring leader we have ever had the pleasure to meet. We chose to surround ourselves with people like Nick, so that we can achieve the financial freedom with guidance from the best."*

**Morgan & Tom Capozzo, March 2014**

*" I had an extraordinary experience learning from the best in the business. Making the decision to become a real estate investor is the most important choice I've made and now I have the tools I need to succeed."*

**Tiffany Franseen, March 2014**

*" At first I was extremely skeptical and filled with doubt that this was possible. Now I have my first deal accepted and it was easier than I ever thought just by using Nick's system. Thanks NVREA!"*

**Kent Tsen, March 2014**

Nick Vertucci Companies | 1015 E. Chapman Avenue, Orange CA 92866

Those who attend the free live events will be provided the opportunity to purchase additional training & products at their own discretion. Nick is unable to attend all events and we cannot guarantee he will be at the event for which you register. The events are Free to the public and your attendance does not require you to purchase any goods or services.

Copyright 2014 | All Rights Reserved | Privacy Policy | Terms and Conditions | Digital Advertising by Reven Media