AKERMAN LLP
KAREN PALLADINO CICCONE (SBN 143432)
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Tel: (213) 688-9500 / Fax: (213) 627-6342
karen.ciccone@akerman.com

AKERMAN LLP
CLINT A. CORRIE (Admitted Pro Hac Vice)
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Tel: (214) 720-4300 / Fax: (214) 981-9339
clint.corrie@akerman.com

SPACH, CAPALDI & WAGGAMAN, LLP
MADISON S. SPACH, JR., SBN 94405
(Email: madison.spach@gmail.com)
ANDREW D. TSU, SBN 246265
(Email: andrewtsu@gmail.com)
4675 MacArthur Court, Suite 550
Newport Beach, California 92660
Telephone: (949) 852-0710 / Fax: (949) 852-0714

Attorneys for Defendants and Counter-Claimants The Nick Vertucci Companies, Inc. and Nick Vertucci

*(Additional Counsel and Parties Listed on Following Page)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE NICK VERTUCCI COMPANIES, INC., and<br><br>NICK VERTUCCI,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIMS | CASE NO: SACV14-00546 AG (DFMx)<br><br>Judge: Hon. Andrew J. Guilford<br>Dept.: Courtroom 10D<br><br>**STIPULATION REGARDING SEALING EXHIBITS P, Q, AND X IN SUPPORT OF PLAINTIFFS' PORTION OF THE JOINT STIPULATION**<br><br>Complaint Filed: January 16, 2014<br>Trial Date: September 29, 2015 |

1
STIPULATION TO SEAL EXHIBITS P, Q AND X          CASE NO. SACV14-00546 AG (DFMx)

JEFFREY D. CAWDREY (SBN: 120488)
KIMBERLY D. HOWATT (SBN: 196921)
BRITTANY L. McCARTHY (SBN: 285947)
**GORDON & REES LLP**
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
jcawdrey@gordonrees.com
khowatt@gordonrees.com

ANDREW J. MOON (*Pro Hac Vice*)
**EDUCATION MANAGEMENT SERVICES, LLC**
2935 Thousand Oaks Drive, Suite 6-285
San Antonio, TX 78247
Telephone: (210) 501-0077
Facsimile: (210) 568-4493
andym@teamarmando.com

Attorneys for Plaintiff and Counterdefendant REAL ESTATE TRAINING INTERNATIONAL, LLC and Crossdefendant ARMANDO MONTELONGO

## STIPULATION RE: SEALING EXHIBITS P, Q AND X

TO THE COURT:

PLEASE TAKE NOTICE that Defendants/Counter-Claimants The Nick Vertucci Companies, Inc. ("NVC"), Nick Vertucci ("Vertucci") (each a "Defendant" and together, the "Defendants") and Plaintiff/Counter-Defendant Real Estate Training International, LLC ("RETI") and Counter-Defendant Armando Montelongo ("Montelongo") (collectively referred to as "RETI"), together, the "Parties," by and through their respective counsel of record hereby stipulate to the following:

WHEREAS, on July 1, 2015, the Parties filed their Joint Stipulation re: Defendants' Motions to Quash and for Protective Order ("Joint Stipulation");

WHEREAS, Exhibits P, Q and X filed in support of Plaintiffs' portion of Joint Stipulation are documents that were produced by Defendants and designated as Confidential and Attorneys Eyes Only pursuant to the Protective Order (Doc. 96);

WHEREAS, the Parties agree that Exhibits P, Q and X should be sealed from the public record;

NOW, THEREFORE, the Parties stipulate that Exhibits P, Q and X should be sealed by the Court pursuant to Local Rule 79-5 and hereby request that the Court file under seal Exhibits P, Q and X.

IT IS SO STIPULATED, as attested by the signatures below.

DATED: July 2, 2015       SPACH, CAPALDI & WAGGAMAN, LLP

BY: /s/ *Andrew Tsu*
Andrew Tsu
Attorneys for Defendants and Counter-Claimants The Nick Vertucci Companies, Inc. and Nick Vertucci

DATED: July 2, 2015       GORDON & REES LLP

BY: /s/ *Brittany McCarthy*
Jeffrey D. Cawdrey
Kimberly D. Howatt
Brittany McCarthy
Attorneys for Plaintiff/Counter-Defendant Real Estate Training International, LLC and Counter-Defendant Armando Montelongo