AKERMAN LLP
KAREN PALLADINO CICCONE (SBN 143432)
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Tel: (213) 688-9500 / Fax: (213) 627-6342
karen.ciccone@akerman.com

AKERMAN LLP
CLINT A. CORRIE (Admitted Pro Hac Vice)
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Tel: (214) 720-4300 / Fax: (214) 981-9339
clint.corrie@akerman.com

SPACH, CAPALDI & WAGGAMAN, LLP
MADISON S. SPACH, JR., SBN 94405
(Email: madison.spach@gmail.com)
ANDREW D. TSU, SBN 246265
(Email: andrewtsu@gmail.com)
4675 MacArthur Court, Suite 550
Newport Beach, California 92660
Telephone: (949) 852-0710 / Fax: (949) 852-0714

Attorneys for Defendants and Counter-Claimants The Nick Vertucci Companies, Inc. and Nick Vertucci

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE NICK VERTUCCI COMPANIES, INC., and<br><br>NICK VERTUCCI,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIMS | CASE NO: SACV14-00546 AG (DFMx)<br><br>Judge: Hon. Andrew J. Guilford<br>Dept.: Courtroom 10D<br><br>**NOTICE OF MANUAL FILING OF:**<br><br>1. **THE APPLICATION OF DEFENDANTS THE NICK VERTUCCI COMPANIES, INC. AND NICK VERTUCCI TO FILE EXHIBITS 1-4, INCLUSIVE, 13, 14 AND 16 IN SUPPORT OD DEFENDANTS' PORTION OF THE JOINT STIPULATION**<br><br>2. **EXHIBITS 1-4, INCLUSIVE, 13, 14, AND 16 IN SUPPORT OF DEFENDANTS' PORTION OF** |

**THE JOINT STIPULATION**

3. **[proposed] ORDER TO SEAL DOCUMENTS**

Complaint Filed: January 16, 2014
Trial Date: September 29, 2015

--2--

# NOTICE OF MANUAL FILING

TO THE COURT, PLAINTIFF/COUNTER-DEFENDANT REAL ESTATE TRAINING INTERNATIONAL, LLC, COUNTER-DEFENDANT ARMANDO MONTELONGO, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, Rule 5.2 and Local Rule 79-5, Defendants/Counter-Claimants The Nick Vertucci Companies, Inc. ("NVC") and Nick Vertucci ("Vertucci") (collectively "Defendants") hereby provide notice of the manual filing of the following documents:

1. THE APPLICATION OF DEFENDANTS THE NICK VERTUCCI COMPANIES, INC. AND NICK VERTUCCI TO FILE EXHIBITS 1-4, INCLUSIVE, 13, 14 AND 16 IN SUPPORT OD DEFENDANTS' PORTION OF THE JOINT STIPULATION

2. EXHIBITS 1-4, INCLUSIVE, 13, 14, AND 16 IN SUPPORT OF DEFENDANTS' PORTION OF THE JOINT STIPULATION

3. [proposed] ORDER TO SEAL DOCUMENTS

Respectfully submitted,

DATED: July 2, 2015  AKERMAN LLP
SPACH, CAPALDI & WAGGAMAN, LLP

BY: /s/ *Andrew Tsu*
Karen Palladino Ciccone
Clint A. Corrie
Madison S. Spach, Jr.
Andrew Tsu
Attorneys for Defendants and Counter-Claimants The Nick Vertucci Companies, Inc. and Nick Vertucci

--3--