**AKERMAN LLP**
KAREN PALLADINO CICCONE (SBN 143432)
725 South Figueroa Street, 38th Floor
Email: karen.ciccone@akerman.com
Los Angeles, California 90017-5433
Tel: (213) 688-9500 / Fax: (213) 627-6342

**AKERMAN LLP**
CLINT A. CORRIE (TX SBN 04840300)
*Admitted Pro Hac Vice*
Email: clint.corrie@akerman.com
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Tel: (214) 720-4300 / Fax: (214) 981-9339

**SPACH, CAPALDI & WAGGAMAN, LLP**
MADISON S. SPACH, JR. (SBN 94405)
Email: madison.spach@gmail.com
ANDREW D. TSU (SBN 246265)
Email: andrewtsu@gmail.com
4675 MacArthur Court, Suite 550
Newport Beach CA 92660
Tel: (949) 852-0710 / Fax: (949) 852-0714

Attorneys for Defendants Nick Vertucci Companies, Inc. and Nick Vertucci

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE NICK VERTUCCI COMPANIES, INC., and<br><br>NICK VERTUCCI,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIMS | CASE NO: SACV14-00546 AG (DFMx)<br><br>Judge: Hon. Andrew J. Guilford<br>Dept.: Courtroom 10D<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: January 16, 2014<br>Trial Date: September 29, 2015 |

**PROOF OF SERVICE**

I am employed in the City of Dallas and County of Newport Beach, California. I am over the age of 18 and not a party to the within action. My business address is 4675 MacArthur Court, Suite 550, Newport Beach CA 92660.

On **July 2, 2015**, I served the following document(s):

**NOTICE OF MANUAL FILING OF:**

1. **THE APPLICATION OF DEFENDANTS THE NICK VERTUCCI COMPANIES, INC. AND NICK VERTUCCI TO FILE EXHIBITS 1-4, INCLUSIVE, 13, 14 AND 16 IN SUPPORT OD DEFENDANTS' PORTION OF THE JOINT STIPULATION**

2. **EXHIBITS 1-4, INCLUSIVE, 13, 14, AND 16 IN SUPPORT OF DEFENDANTS' PORTION OF THE JOINT STIPULATION**

3. **[proposed] ORDER TO SEAL DOCUMENTS**

on the persons below as follows:

| Attorney | Telephone/Facsimile/Email | Party |
|---|---|---|
| Andrew J. Moon, Esq.<br>Education Management Services, LLC<br>2935 Thousand Oaks Dr., #6-285<br>San Antonio, TX 78247 | Telephone: 210-501-0077<br>Facsimile: 210-568-4493<br>andrew.j.moon@gmail.com<br>andym@teamarmando.com | Attorneys for Plaintiff / Counter-Defendant REAL ESTATE TRAINING INT'L, LLC and Counter-Defendant, ARMANDO MONTELONGO |
| Jeffrey D. Cawdrey, Esq.<br>Kimberly D. Howatt, Esq.<br>Brittany L. McCarthy, Esq.<br>Gordon & Rees LLP<br>633 W. 5th Street, 52nd Floor<br>Los Angeles, CA 90017 | Telephone: 213.576.5000<br>Facsimile: 213.680.4470<br>jcawdrey@gordonrees.com<br>khowatt@gordonrees.com<br>bmccarthy@gordonrees.com | Attorneys for Plaintiff REAL ESTATE TRAINING INT'L, LLC and Counter-Defendant, ARMANDO MONTELONGO |

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Dallas, Texas.

--2--

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 2, 2015**, at Newport Beach, California.

| Janna Choi | /s/ Janna Choi |
|---|---|
| (Type or print name) | (Signature) |

--3--