1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC, | ) CASE NO: SACV14-00546 AG (DFMx) |
| Plaintiff, | ) Judge: Hon. Andrew J. Guilford ) Dept.: Courtroom 10D |
| v. | ) Judge: Hon. Douglas F. McCormick ) Room: 6A |
| THE NICK VERTUCCI COMPANIES, INC., and | ) **[Proposed] ORDER TO SEAL** |
| NICK VERTUCCI, | ) **EXHIBITS P, Q AND X FILED IN** ) **SUPPORT OF PLAINTIFFS'** ) **PORTION OF THE JOINT** |
| Defendant. | ) **STIPULATION** |
| _____ | ) |
| AND RELATED COUNTER-CLAIMS | ) Complaint ) Filed:        January 16 ,2014 ) Trial Date:   September 29, 2015 |

## [~~PROPOSED~~] ORDER

On July 2, 2015, in Department 6A of the above-referenced Court, the Honorable Douglas F. McCormick presiding, Defendants/Counter-Claimants The Nick Vertucci Companies, Inc. ("NVC"), Nick Vertucci ("Vertucci") (each a "Defendant" and together, the "Defendants") and Plaintiff/Counter-Defendant Real Estate Training International, LLC ("RETI") and Counter-Defendant Armando Montelongo ("Montelongo") (collectively referred to as "RETI"), together, the "Parties," submitted their stipulation that Exhibits P, Q and X submitted in support of RETI's portion of the joint stipulation should be filed under seal by the Court pursuant to Local Rule 79-5.

Having considered the Parties' stipulation, and GOOD CAUSE appearing, the Court orders that Exhibits P, Q and X are hereby ordered to be filed under SEAL.

**IT IS SO ORDERED.**

Dated: July  3, 2015

_____
HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE