1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC, | ) CASE NO: SACV14-00546 AG (DFMx) ) |
| Plaintiff, | ) Judge: Hon. Andrew J. Guilford ) Dept.: Courtroom 10D ) |
| v. | ) |
| THE NICK VERTUCCI COMPANIES, INC., and | ) [~~proposed~~] ORDER TO SEAL ) DOCUMENTS ) |
| NICK VERTUCCI, | ) Complaint ) Filed:        January 16, 2014 |
| Defendant. _____ | ) Trial Date:  September 29, 2015 ) ) |
| AND RELATED COUNTER-CLAIMS | ) ) |

**[PROPOSED] ORDER**

On July 2, 2015, in Department 6A of the above-referenced Court, the Honorable Douglas McCormick presiding, Defendants/Counter-Plaintiffs The Nick Vertucci Companies, Inc. ("NVC") and Nick Vertucci ("Vertucci") (collectively "Defendants") submittted their Application for an order sealing certain exhibits filed in support of Defendants' portion of the Joint Stipulation re: Defendants' Motions to Quash and For Protective Order ("Joint Stipulation").

Having considered the Application, and GOOD CAUSE appearing to grant Defendants' Application, the Court orders as follows:

(a) Exhibit "1" in support of Defendants' portion of the Joint Stipulation is hereby ordered SEALED.

(b) Exhibit "2" in support of the Joint Stipulation is hereby ordered SEALED.

(c) Exhibit "3" in support of the Joint Stipulation is hereby ordered SEALED.

(d) Exhibit "4" in support of the Joint Stipulation is hereby ordered SEALED.

(e) Exhibit "13" in support of the Joint Stipulation is hereby ordered SEALED.

(f) Exhibit "14" in support of the Joint Stipulation is hereby ordered SEALED.

(g) Exhibit "16" in support of the Joint Stipulation is hereby ordered SEALED.

**IT IS SO ORDERED.**

Dated: July 3, 2015

_____
HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE