# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-0546-AG(DFMx) | Date | July 8, 2015 |
| Title | REAL ESTATE TRAINING INTERNATIONAL, LLC v THE NICK VERTUCCI COMPANIES, INC, ET AL | | |

Present: The Honorable  ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey Cawdrey - telephonically | Clint Corrie - telephonically |

**Proceedings:** STATUS CONFERENCE RE EX PARTE APPLICATIONS [DKTS 133, 134]

Cause is called for hearing and counsel make their appearances. Court and counsel confer. The Court GRANTS the ex parte applications as follows:

Cutoff for depositions of party and party-controlled witnesses is continued to August 31, 2015.

Cutoff for depositions of non-party-controlled witnesses is continued to September 30, 2015.

Cutoff for depositions of experts is October 5, 2015.

Last day to hear motions for summary judgment is November 2, 2015.

Final Pretrial Conference is continued from September 14, 2015 to November 16, 2015 at 8:30 a.m.

Trial is continued from September 29, 2015 to December 8, 2015 at 9:00 a.m. The Court sets the trial at 6 days.

_____ : 25

Initials of Preparer  lmb