# EXHIBIT 10

KAREN PALLADINO CICCONE (CA SBN 143432)
**AKERMAN LLP**
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone:  (213) 688-9500
Facsimile:   (213) 627-6342
karen.ciccone@akerman.com

CLINT CORRIE *(Admitted Pro Hac Vice)*
**AKERMAN LLP**
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Telephone:  (214) 720-4300
Facsimile:  (214) 981-9339
clint.corrie@akerman.com

**SPACH, CAPALDI & WAGGAMAN, LLP**
MADISON S. SPACH, JR., SBN 94405
(Email: madison.spach@gmail.com)
ANDREW D. TSU, SBN 246265
(Email: andrewtsu@gmail.com)
4675 MacArthur Court, Suite 550
Newport Beach, California 92660
Telephone: (949) 852-0710 / Fax: (949) 852-0714

Attorneys for Defendants and Counter-Plaintiffs THE NICK VERTUCCI COMPANIES and NICK VERTUCCI

*(Additional Counsel and Parties Listed on Following Page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,<br><br>*Defendants.* | Case No. 8:14-cv-00546-AG-DFMx<br><br>Assigned to Hon. Andrew J. Guilford<br>Courtroom 10D<br><br>**NICK VERTUCCI'S OBJECTIONS TO REAL ESTATE TRAINING INTERNATIONAL, LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS TO NICK VERTUCCI (SET TWO)** |

{34115887;1}

1  THE NICK VERTUCCI COMPANIES, )
2  INC. and NICK VERTUCCI,       )
                                 )
3           *Counter-Plaintiffs*, )
                                 )
4      v.                        )
                                 )
5  REAL ESTATE TRAINING          )
   INTERNATIONAL, LLC; ARMANDO   )
6  MONTELONGO                    )
                                 )
7           *Counter-Defendants*. )

8  //

9  //

10 //

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{34115887;1}                                   2                    CASE NO. SACV14-00546 AG (DFMx)
NICK VERTUCCI'S OBJECTIONS TO REAL ESTATE TRAINING
INTERNATIONAL, LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS TO NICK VERTUCCI (SET TWO)

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, NICK VERTUCCI ("Responding Party" or "Vertucci") hereby responds to REAL ESTATE TRAINING INTERNATIONAL, LLC's ("Propounding Party" or "RETI") Request for Production of Documents (Set Two) as follows:

## GENERAL OBJECTION

Vertucci objects to RETI's Request for Production of Documents to Nick Vertucci (Set Two) ("Request") as untimely pursuant to this Court's Scheduling Order Specifying Procedures ("Scheduling Order"). Pursuant to Paragraph 1.2 thereof, requests for production were required to be served forty-five days before the Discovery Cutoff date, i.e. May 15, 2015. The Request, however, was not served until May 29, 2015, which is a mere thirty days before the June 29, 2015 Discovery Cutoff set by this Court.

Because the Request was not served timely, Vertucci objects to, and will not respond to, the individual requests for production numbered 92 through 133 contained in the Request. Additionally, certain of the requests are subject to the Motion for Protective Order that Defendants have filed and therefore, Defendants decline to respond to the same unless and until addressed by the Court. If it is later determined that the Request requires a response, and is not wholly objectionable, Vertucci reserves the right to respond to the Request in full and, to the extent appropriate, raise further objections.

Dated: June 29, 2015

Respectfully submitted,

**AKERMAN LLP**

By: _____
Karen P. Ciccone, Esq.
Clint Corrie, Esq.
*Admitted Pro Hac Vice*
Attorneys for Defendants

# PROOF OF SERVICE

I am employed in the City of Dallas and County of Dallas, Texas. I am over the age of 18 and not a party to the within action. My business address is 2001 Ross Avenue, Suite 2550, Dallas, Texas 75201.

On **June 29, 2015**, I served the following document(s):

**NICK VERTUCCI'S OBJECTIONS TO
REAL ESTATE TRAINING INTERNATIONAL, LLC'S
REQUEST FOR PRODUCTION OF DOCUMENTS TO NICK VERTUCCI
(SET TWO)**

on the persons below as follows:

| Attorney | Telephone/Facsimile/Email | Party |
|---|---|---|
| Andrew J. Moon, Esq. Education Management Services, LLC 2935 Thousand Oaks Dr., #6-285 San Antonio, TX 78247 | Telephone: 210-501-0077 Facsimile: 210-568-4493 andrew.j.moon@gmail.com andym@teamarmando.com | Attorneys for Plaintiff / Counter-Defendant REAL ESTATE TRAINING INT'L, LLC and Counter-Defendant, ARMANDO MONTELONGO |
| Jeffrey D. Cawdrey, Esq. Kimberly D. Howatt, Esq. Gordon & Rees LLP 633 W. 5th Street, 52nd Floor Los Angeles, CA 90017 | Telephone: 213.576.5000 Facsimile: 213.680.4470 jcawdrey@gordonrees.com khowatt@gordonrees.com | Attorneys for Plaintiff REAL ESTATE TRAINING INT'L, LLC and Counter-Defendant, ARMANDO MONTELONGO |

☒ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Dallas, Texas.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

{34115887;1}  1  CASE NO. 8-14-cv-0056-AG-DFM
**PROOF OF SERVICE**

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (State) I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 29, 2015**, at Dallas, Texas.

_____Clint A. Corrie_____       _____/s/ Clint Corrie_____
(Type or print name)                           (Signature)

KAREN PALLADINO CICCONE (CA SBN 143432)
**AKERMAN LLP**
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
karen.ciccone@akerman.com

CLINT CORRIE *(Admitted Pro Hac Vice)*
**AKERMAN LLP**
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
clint.corrie@akerman.com

**SPACH, CAPALDI & WAGGAMAN, LLP**
MADISON S. SPACH, JR., SBN 94405
(Email: madison.spach@gmail.com)
ANDREW D. TSU, SBN 246265
(Email: andrewtsu@gmail.com)
4675 MacArthur Court, Suite 550
Newport Beach, California 92660
Telephone: (949) 852-0710 / Fax: (949) 852-0714

Attorneys for Defendants and Counter-Plaintiffs THE NICK VERTUCCI COMPANIES and NICK VERTUCCI

*(Additional Counsel and Parties Listed on Following Page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,<br><br>*Defendants.* | Case No. 8:14-cv-00546-AG-DFMx<br><br>Assigned to Hon. Andrew J. Guilford<br>Courtroom 10D<br><br>**THE NICK VERTUCCI COMPANIES, INC.'S OBJECTIONS TO REAL ESTATE TRAINING INTERNATIONAL, LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS** |

{34118414;1}

1

CASE NO. 8-14-cv-0056-AG-DFMx
THE NICK VERTUCCI COMPANIES, INC.'S OBJECTIONS TO REAL ESTATE TRAINING INTERNATIONAL, LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS TO THE NICK VERTUCCI COMPANIES, INC. (SET TWO)

## TO THE NICK VERTUCCI COMPANIES, INC. (SET TWO)

THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,

    *Counter-Plaintiffs*,

    v.

REAL ESTATE TRAINING INTERNATIONAL, LLC; ARMANDO MONTELONGO

    *Counter-Defendants*.

//
//
//

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{34118414;1}    2    CASE NO. SACV14-00546 AG (DFMx)
THE NICK VERTUCCI COMPANIES, INC.'S OBJECTIONS TO REAL ESTATE TRAINING INTERNATIONAL, LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS TO THE NICK VERTUCCI COMPANIES, INC. (SET TWO)

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, THE NICK VERTUCCI COMPANIES, INC. ("Responding Party" or "NVC") hereby responds to REAL ESTATE TRAINING INTERNATIONAL, LLC's ("Propounding Party" or "RETI") Request for Production of Documents to The Nick Vertucci Companies, Inc. (Set Two) as follows:

## GENERAL OBJECTION

NVC objects to RETI's Request for Production of Documents to The Nick Vertucci Companies, Inc. (Set Two) ("Request") as untimely pursuant to this Court's Scheduling Order Specifying Procedures ("Scheduling Order"). Pursuant to Paragraph 1.2 thereof, requests for production were required to be served forty-five days before the Discovery Cutoff date, i.e. May 15, 2015. The Request, however, was not served until May 29, 2015, which is a mere thirty days before the June 29, 2015 Discovery Cutoff set by this Court.

Because the Request was not served timely, NVC objects to, and will not respond to, the individual requests for production numbered 92 through 134 contained in the Request. Additionally, certain of the requests are subject to the Motion for Protective Order that Defendants have filed and therefore, Defendants decline to respond to the same unless and until addressed by the Court. If it is later determined that the Request requires a response, and is not wholly objectionable, NVC reserves the right to respond to the Request in full and, to the extent appropriate, raise further objections.

Dated: June 29, 2015

Respectfully submitted,

**AKERMAN LLP**

By: _____
Karen P. Ciccone, Esq.
Clint Corrie, Esq.

{34118414;1}   3   CASE NO. 8-14-cv-0056-AG-DFM
THE NICK VERTUCCI COMPANIES, INC.'S OBJECTIONS TO REAL ESTATE TRAINING INTERNATIONAL, LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS TO THE NICK VERTUCCI COMPANIES, INC. (SET TWO)

*Admitted Pro Hac Vice*
Attorneys for Defendants

# PROOF OF SERVICE

I am employed in the City of Dallas and County of Dallas, Texas. I am over the age of 18 and not a party to the within action. My business address is 2001 Ross Avenue, Suite 2550, Dallas, Texas 75201.

On **June 29, 2015**, I served the following document(s):

**THE NICK VERTUCCI COMPANIES, INC.'S OBJECTIONS TO REAL ESTATE TRAINING INTERNATIONAL, LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS TO THE NICK VERTUCCI COMPANIES, INC. (SET TWO)**

on the persons below as follows:

| Attorney | Telephone/Facsimile/Email | Party |
|---|---|---|
| Andrew J. Moon, Esq. Education Management Services, LLC 2935 Thousand Oaks Dr., #6-285 San Antonio, TX 78247 | Telephone: 210-501-0077 Facsimile: 210-568-4493 andrew.j.moon@gmail.com andym@teamarmando.com | Attorneys for Plaintiff / Counter-Defendant REAL ESTATE TRAINING INT'L, LLC and Counter-Defendant, ARMANDO MONTELONGO |
| Jeffrey D. Cawdrey, Esq. Kimberly D. Howatt, Esq. Gordon & Rees LLP 633 W. 5th Street, 52nd Floor Los Angeles, CA 90017 | Telephone: 213.576.5000 Facsimile: 213.680.4470 jcawdrey@gordonrees.com khowatt@gordonrees.com | Attorneys for Plaintiff REAL ESTATE TRAINING INT'L, LLC and Counter-Defendant, ARMANDO MONTELONGO |

☒ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Dallas, Texas.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{34118414;1}

1
PROOF OF SERVICE

CASE NO. 8-14-cv-0056-AG-DFM

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (State) I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 29, 2015**, at Dallas, Texas.

_____Clint A. Corrie_____                _____(Signature)_____
(Type or print name)

{34118414;1}                            2                    CASE NO. 8-14-cv-0056-AG-DFM
                              **PROOF OF SERVICE**