**AKERMAN LLP**
KAREN PALLADINO CICCONE (CA SBN 143432)
Email: karen.ciccone@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone:   (213) 688-9500
Facsimile:    (213) 627-6342

**AKERMAN LLP**
CLINT CORRIE (TX SBN 04840300)
*Admitted Pro Hac Vice*
Email: clint.corrie@akerman.com
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Telephone:  (214) 720-4300
Facsimile:  (214) 981-9339

**SPACH, CAPALDI & WAGGAMAN, LLP**
MADISON S. SPACH, JR., SBN 94405
Email: madison.spach@gmail.com
ANDREW D. TSU, SBN 246265
Email: andrewtsu@gmail.com
4675 MacArthur Court, Suite 550
Newport Beach, California 92660
Telephone: (949) 852-0710 / Fax: (949) 852-0714

Attorneys for Defendants The Nick Vertucci
Companies and Nick Vertucci.

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, <br><br> Defendants. | Case No. SACV14-00546 AG (DFMx) <br><br> Assigned to Hon. Andrew J. Guilford Courtroom 10D <br><br> **DECLARATION OF CLINT CORRIE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE APPLICAITON** <br><br> SAC File:          June 17, 2014 <br> FAC Filed:        March 7, 2014 <br> Complaint Filed:   January 16, 2014 |

AKERMAN LLP

725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

## DECLARATION OF CLINT CORRIE

I, Clint Corrie, hereby declare as follows:

1.     I am over the age of twenty-one (21) years, of sound mind, have never been convicted of a felony or of a crime involving moral turpitude, and fully competent to testify to the matters herein stated.  I am an attorney licensed to practice in the State of Texas and have been admitted *pro hac vice* to practice before this Court.  I am also a partner with the law firm of Akerman LLP, which is counsel of record for Defendants The Nick Vertucci Companies, Inc. and Nick Vertucci ("Defendants") in the above-captioned matter.   The statements and facts contained within this Declaration are within my personal knowledge based on my capacity as counsel for Defendants and are true and correct.

2.     The subject of the cutoff date for service of written discovery was specifically discussed — and rejected — when the parties discussed scheduling issues in late June/early July.  I objected to re-opening discovery other than depositions.  As a result, there was no lack of clarity concerning the fact that the discovery cutoff date was not to be generally extended.  In fact, when the parties presented their agreement on re-setting the trial date and extending the deadlines for certain discovery, a general extension of the discovery cutoff date was not included.

3.     RETI served several thousand documents on Vertucci on August 12, 2015 (RETI 2000- 3487), and August 13, 2015 (RETI 3488-7129) and on August 15, 2015, during the course of the deposition of RETI's 30(b)(6) representative, they again served documents (RETI 1685-1826).

4.     Vertucci, on the other hand, in June and July produced over 17,000 documents.

5.     Complaints by Vertucci to RETI about the failure to timely produce documents were a part of the earlier discussion and were a reason why Vertucci was unwilling to extend the deadline for written discovery.

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

6.      On July 7, 2015, Mr. Madison Spach, co-counsel for Defendants, emailed the parties' agreement regarding scheduling to the Court's chambers, which I was copied.  There was no discussion regarding extension of the written discovery cut-off, which we had objected to in our previous discussions.   A true and correct copy of the July 7, 2015 email is attached hereto as **Exhibit 1**.

I declare under penalty of perjury pursuant to the laws of the State of California and 28 U.S.C. §1746 that the foregoing is true and correct.

Dated this 25th day of August, 2015.

By: */s/Clint A. Corrie*
Clint A. Corrie

1

1



Andrew Tsu <andrewtsu@gmail.com>

## RETI v. Nick Vertucci Co., et al.
1 message

**MADISON SPACH JR** <madison.spach@gmail.com>                    Tue, Jul 7, 2015 at 7:27 PM
To: Lisa_Bredahl@cacd.uscourts.gov
Cc: Jeffrey Cawdrey <JCawdrey@gordonrees.com>, Kimberly Howatt <KHowatt@gordonrees.com>, "Clint A. Corrie"
<clint.corrie@akerman.com>, Andrew Tsu <andrewtsu@gmail.com>

Ms. Berdahl:

We hesitate to write, but all counsel thought that the Court might wish us to advise the Court on behalf of all
parties of the status of our discussions in advance of our hearing tomorrow morning at 9:30.

We have had exchanged correspondence and proposed stipulations, and telephonically met and conferred, until
early evening tonight.

Counsel for both sides have authorized us to send this email that we have reached the following agreement this
evening on scheduling, subject to the Court's approval:


August 31, 2015      Cutoff for depositions of party and party-controlled witnesses
September 30, 2015     Cutoff for depositions of non-party-controlled witnesses
October 5, 2015      Cutoff for depositions of experts
November 2, 2015   Last day to hear motions for summary judgment
November 23, 2015 Pretrial
December 8, 2015   Trial

Other dates will be set according to the intervals set by the Scheduling Order Specifying Procedures, etc.
Mediation will take place on a schedule pursuant to the Court's previously directives.




Madison S. Spach, Jr.
Spach, Capaldi & Waggaman, LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Phone: 949.852.0710
Cell: 949.350.0700
Email: madison.spach@gmail.com


The information in this email is intended for the use of the individual or entity to which it is addressed, and
may contain information that is PRIVILEGED and/or CONFIDENTIAL. If you are not the intended recipient, or if
you received this message in error, you are hereby notified and instructed that any use of this email is strictly
prohibited and may be unlawful.  If you can understand, or should be able from context to understand, that
you are an inadvertent recipient of this email (including any attachments), and that this email might be
relevant to, or subject to being admitted in, the proceedings of any any federal or state action, or any
arbitration, this notification language shall be deemed to constitute a demand under any applicable provision

of a code of civil procedure, rules of procedure or rules of evidence, that you (a) to the extent possible not review, or review further, this email; (b) delete and/or destroy all copies of this email and instruct anyone to whom you have sent this email to do the same, and (c) notify the sender that you have received this email.

Madison S. Spach, Jr.
Spach, Capaldi & Waggaman, LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Phone: 949.852.0710
Cell: 949.350.0700
Email: madison.spach@gmail.com

The information in this email is intended for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED and/or CONFIDENTIAL. If you are not the intended recipient, or if you received this message in error, you are hereby notified and instructed that any use of this email is strictly prohibited and may be unlawful.  If you can understand, or should be able from context to understand, that you are an inadvertent recipient of this email (including any attachments), and that this email might be relevant to, or subject to being admitted in, the proceedings of any any federal or state action, or any arbitration, this notification language shall be deemed to constitute a demand under any applicable provision of a code of civil procedure, rules of procedure or rules of evidence, that you (a) to the extent possible not review, or review further, this email; (b) delete and/or destroy all copies of this email and instruct anyone to whom you have sent this email to do the same, and (c) notify the sender that you have received this email.