UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV14-00546 AG (DFMx) | Date | August 26, 2015 |
|---|---|---|---|
| Title | REAL ESTATE TRAINING INTERNATIONAL, LLC v. THE NICK VERTUCCI COMPANIES et al. | | |

Present: The Honorable ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

**Proceedings:** [IN CHAMBERS] ORDER DENYING EX PARTE APPLICATION

Plaintiff Real Estate Training International, LLC ("Plaintiff") filed an "Ex Parte Application for an Order Clarifying the Discovery Cut-Off Date to Permit Resubmission of Motion to Compel, or in the Alternative, Leave to Withdraw and Resubmit Motion to Compel" ("Application"). (Dkt. No. 183.) Defendants The Nick Vertucci Companies et al. filed an Opposition to Plaintiff's Application. (Dkt. No. 184.) There has been excessive ex parte activity in this case.

On July 7, 2015, the parties submitted an email to this Court seeking to resolve a batch of disputes. The email requested an extended schedule for: the cutoff for depositions of parties, party-controlled witnesses, non-party-controlled witnesses, and experts; the last day to hear motions for summary judgment; the pretrial conference date; and the trial date. The submitted email presumably was a negotiated, mutually acceptable resolution of disputes. The parties did not request a new cutoff date. The Court granted the parties' requested schedule. (Dkt. No. 158.) Thus, the parties made clear in their first Application that they did not intend or agree to extend the deadline for serving written discovery.

Thus, the Court DENIES the Application.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV14-00546 AG (DFMx) | Date | August 26, 2015 |
|---|---|---|---|
| Title | REAL ESTATE TRAINING INTERNATIONAL, LLC v. THE NICK VERTUCCI COMPANIES et al. | | |

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |