

Andrew Tsu <andrewtsu@gmail.com>

## RETI v. Nick Vertucci Co., et al.
1 message

**MADISON SPACH JR** <madison.spach@gmail.com>  Tue, Jul 7, 2015 at 7:27 PM
To: Lisa_Bredahl@cacd.uscourts.gov
Cc: Jeffrey Cawdrey <JCawdrey@gordonrees.com>, Kimberly Howatt <KHowatt@gordonrees.com>, "Clint A. Corrie" <clint.corrie@akerman.com>, Andrew Tsu <andrewtsu@gmail.com>

Ms. Berdahl:

We hesitate to write, but all counsel thought that the Court might wish us to advise the Court on behalf of all parties of the status of our discussions in advance of our hearing tomorrow morning at 9:30.

We have had exchanged correspondence and proposed stipulations, and telephonically met and conferred, until early evening tonight.

Counsel for both sides have authorized us to send this email that we have reached the following agreement this evening on scheduling, subject to the Court's approval:

August 31, 2015     Cutoff for depositions of party and party-controlled witnesses
September 30, 2015     Cutoff for depositions of non-party-controlled witnesses
October 5, 2015     Cutoff for depositions of experts
November 2, 2015   Last day to hear motions for summary judgment
November 23, 2015 Pretrial
December 8, 2015   Trial

Other dates will be set according to the intervals set by the Scheduling Order Specifying Procedures, etc. Mediation will take place on a schedule pursuant to the Court's previously directives.

Madison S. Spach, Jr.
Spach, Capaldi & Waggaman, LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Phone: 949.852.0710
Cell: 949.350.0700
Email: madison.spach@gmail.com

The information in this email is intended for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED and/or CONFIDENTIAL. If you are not the intended recipient, or if you received this message in error, you are hereby notified and instructed that any use of this email is strictly prohibited and may be unlawful.  If you can understand, or should be able from context to understand, that you are an inadvertent recipient of this email (including any attachments), and that this email might be relevant to, or subject to being admitted in, the proceedings of any any federal or state action, or any arbitration, this notification language shall be deemed to constitute a demand under any applicable provision

of a code of civil procedure, rules of procedure or rules of evidence, that you (a) to the extent possible not review, or review further, this email; (b) delete and/or destroy all copies of this email and instruct anyone to whom you have sent this email to do the same, and (c) notify the sender that you have received this email.

Madison S. Spach, Jr.
Spach, Capaldi & Waggaman, LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Phone: 949.852.0710
Cell: 949.350.0700
Email: madison.spach@gmail.com

The information in this email is intended for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED and/or CONFIDENTIAL. If you are not the intended recipient, or if you received this message in error, you are hereby notified and instructed that any use of this email is strictly prohibited and may be unlawful.  If you can understand, or should be able from context to understand, that you are an inadvertent recipient of this email (including any attachments), and that this email might be relevant to, or subject to being admitted in, the proceedings of any any federal or state action, or any arbitration, this notification language shall be deemed to constitute a demand under any applicable provision of a code of civil procedure, rules of procedure or rules of evidence, that you (a) to the extent possible not review, or review further, this email; (b) delete and/or destroy all copies of this email and instruct anyone to whom you have sent this email to do the same, and (c) notify the sender that you have received this email.