AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC, *Plaintiff and Counter-Defendant* and Armando Montelongo, Jr., *Cross-Defendant*<br><br>v.<br><br>THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, *Defendants and Counter-Plaintiffs* | Case No. SACV14-00546 AG (DFMx)<br><br>Assigned to Hon. Douglas F. McCormick Courtroom 6B<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL PRODUCTION**<br><br>Hearing Date:<br>Date:   September 1 & 8, 2015<br>Time:   10:00 a.m.<br>Crtrm.: 6B |

Came on before Judge Douglas F. McCormick on September 1, 2015 and September 8, 2015, the Defendants' Motion to Compel Production (the "Motion").

After having read and considered the papers in support of and in opposition to the Motion, the Court's files and papers, and argument of counsel, the Court finds that the Motion should be GRANTED in part and DENIED in part.

Good cause appearing, Defendants' Motion to Compel Production is GRANTED in part and DENIED in part in the following respects:

1. The parties met and conferred on September 4 on the below matters regarding Defendants/Counter-Plaintiffs, The Nick Vertucci Companies, Inc. ("NVC") and Nick Vertucci's ("Vertucci") Joint Stipulation regarding Motion to Compel (D.E. 167). Plaintiff/Counter-Defendant Real Estate Training International, LLC ("RETI") and Cross-Defendant Armando Montelongo ("Montelongo") along with Defendants/Counter-Plaintiffs, The Nick Vertucci Companies, Inc. ("NVC") and Nick Vertucci ("Vertucci") have represented to this Court that they have reached the following agreements in relation to the Motion:

    a. NVC and Vertucci (collectively "Defendants") have agreed to withdraw the Motion as to Requests 10, 14, 17, from Defendants' First Request for Production to Plaintiff/Counter-Defendant Real Estate Training International, LLC and Counter-Defendant Armando Montelongo (the "Request for Production");

    b. NVC and Vertucci have provided revised definitions of Joint Venture and Cash Flow Properties to Plaintiff RETI and Counter-Defendant Montelongo.

    c. RETI and Montelongo (collectively "Counter-Defendants") have made a partial production, and based on revised definitions being provided by NVC and Vertucci, Counter-Defendants will continue to make a complete production of all non-privileged documents responsive to requests 1-5, 8-9, 11-13, 15-16, 22-27, 31-43, and 45 from the Request for Production.

    d. Counter-Defendants stand on their current objections to Requests 7 and18 and will require a court ruling on these matters.

2. To the extent there are documents responsive to the requests listed in Paragraphs 1(b), 1(c) and, if ordered by the Court, 1(d), that have not already been produced, Counter-Defendants shall produce to Defendants

all such responsive documents on or before 12:00 PM (PST) on September 15, 2015 via electronic (same time) delivery.

It is So Ordered.

Dated: September 11, 2015

By: _____
DOUGLAS F. MCCORMICK
United States Magistrate Judge