# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV14-00546-AG (DFMx) | Date | October 1, 2015 |
|---|---|---|---|
| Title | Real Estate Training Int'l, LLC. v. The Nick Vertucci Companies, Inc., et al. | | |

| Present: The Honorable | Douglas F. McCormick |
|---|---|

| Terri Steele | CS 10/01/2015 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey D. Cawdrey | Madison S. Spach, Jr. |
| Kimberly D. Howatt | Christopher M. Hodge |

**Proceedings:** (In Court) Telephonic Discovery Conference

    Case called. Appearances made. Discussion held. The Court orders the deposition of Charles Par stayed. The Court further orders the parties to meet and confer on the issue and provide a briefing schedule and hearing date to the Court.

|  | : | 17 |
|---|---|---|
| Initials of Clerk | ts | |