# Exhibit 3

# Exhibit 3



# BUSINESS PLAN

*August 26th, 2012*

The following is a brief on how a short term lender can earn 10% returns on their investment per project, and up to 30% return annually when investing in multiple projects per year, by investing in our operations that have been providing turnkey real estate solutions to long term investors for the past five years.

Nick Vertucci Companies, INC.

8502 E. Chapman Ave. Suite 636

Orange, CA 92866

(800) 328-6418





## EXECUTIVE SUMMARY

*The goal of NV Companies is to build traditional wealth while delivering superior returns to investors through real estate investments in select markets. We invest in fundamentally sound real estate and actively participate as a managing principal to achieve alpha returns on investments. Our investments embody a powerful combination of immediate cash flow and long-term appreciation in explosive real estate markets such as Las Vegas Nevada, and Orlando Florida. We focus on buying at the right price point, and rehabilitating properties to maximize returns. Our investments are structured to take advantage of tax deductions, to protect your assets from creditors and lawyers, and to act as an ideal retirement distribution and growth vehicle.*

*NV Companies has been providing turnkey real estate investments to individuals for over 5 years. In that time period, NV Companies has sold over 500 turnkey real estate products. Currently all of those properties are managed by teams based out of the key markets identified as the best places to invest in rental properties. Currently, over 200 of those properties are in Las Vegas, NV.*

*Clients of NV Companies are individuals who have liquid assets and are looking for ways to earn more than 1-4% on their money with traditional investment outlets such as stocks, mutual funds, or IRA's. On average, the investments provided by NV Companies yield an 8-10% annual rate of return to clients. Clients invest with NV Companies because of their knowledge of markets, proven track record of success, and because they trust in the people and the product that NV Companies has to offer.*



Objective:

To raise money from private short-term lenders who are looking to earn 10% on their capital investments per project, and up to 30% per year.

Mission:

By raising private money, NV Companies is able to quickly access funds to take advantage of the current opportunity to purchase undervalued real estate. NV Companies purchases undervalued real estate, rehabilitates the real estate, rents the real estate providing affordable housing in the current rental market, and sells this real estate at a turn-key investment to a long term real estate investor. NV Companies is currently rotating though $6-7M in capital to fund their projects. To keep up with the current demand for turnkey real estate, NV Companies is looking to raise an additional $5M in capital from multiple short-term lenders.

Keys To Success:

Finding the right capital investors to fund these projects. To define, we are looking for liquid investors who understand the current real estate market and the opportunities available and want to invest in our tried and proven model of providing turn-key rental properties to long term investors that generate cash-flow and will appreciate over time.



COMPANY SUMMARY

Company Ownership:

**Nick Vertucci** is the founder and CEO of The Nick Vertucci Companies, Inc. in Irvine, California. As a full time professional real estate investor who specializes in purchasing bank owned properties, Nick helped develop a professionally managed, "Turn-Key" investment system to assist other investors in purchasing, rehabbing and renting banked owned properties. He has extensive knowledge of and experience in developing single family homes.

Prior to his career as a professional real estate investor, Nick founded and served as President and CEO of Coastline Micro. With over 100 employees, Coastline Micro was an industry leader in providing businesses with computer systems nationwide. Although he is not currently involved in the day-to-day operations, he continues to hold ownership interest in the company. Nick travels throughout the United States as a professional trainer and mentor to both novice and veteran Real Estate Investors.

**Giovanni Fernandez** has been a full time real estate investor since attending the University of Arizona in 2001. He has invested and survived the unpredictable trends of real estate in the recent years bringing a vast amount of experience to NV Companies. Since making the Las Vegas Valley his home in 2004 Giovanni has been successfully involved in over 1500 real estate transactions including many multi-family residential projects. His skill in finding undervalued deals makes him a valuable asset. Giovanni is responsible for the acquisition of the properties and manages a majority of the renovations and property management. His keen ability to negotiate with real estate agents and our construction crews allows NV Companies to remain a competitive entity in today's marketplace.

Company Locations and Facilities:

NV Companies is based out of Orange, CA. All sales, investor strategizing and coordination of investment funding and purchases take place out of this office. Nick Vertucci and a team of professional coordinators and strategists are masters of this business.

The Property Management Locations are located in Las Vegas, NV and Orlando, FL in the centers of the best markets for rental investments. Giovanni Fernandez and his management teams oversee the field operations in both of these markets. Both locations have teams of real estate minded individuals who diligently work towards making this investment seamless for our owners. This translates into above average returns to our private money investors in short periods of time.



OPERATIONS

Acquire Real Estate:

We find the right kind of real estate in the right market, at the right price. Due to the competitive nature of the real estate market, non-traditional purchase methods have to be used to acquire high volumes of homes. NV Companies uses outlets such as Trustee sales, neighborhood stabilization programs, non-profit organizations, wholesale purchases, and bulk portfolio purchases to achieve the number of homes needed to meet our current demand.

Rehabilitate Real Estate:

NV Companies philosophy on construction is to *rehab for longevity*. When rehabilitating a home, NV Companies will upgrade HVAC, plumbing, electrical, flooring, and roofs. We will also use low maintenance landscape for the property exteriors to keep costs down for our owners.

Renting Real Estate:

NV Companies employs Leasing Specialists who are well versed in the markets where we manage properties. Leasing Specialists perform tenant screenings for each applicant before deciding to rent them at home. Our aggressive leasing specialists will typically have a home rented within 2 weeks of the available date at a rate right below market average so our rentals rent quickly and we retain tenants.

Selling Real Estate:

Exit Strategy through educational seminars, International Investment Clubs, and self-directed IRA.

Real Estate Management:

All management teams are on the ground in their market, and not managed from a distance corporate office. Each location has its own full service management solution including accounting, maintenance, leasing, marketing, and collections specialist. The management teams use a cutting edge web-based management software hosting both tenant and owner portals so both parties can access their accounts in real time.



Investor Returns and Distributions:

Because of the experience in our team, we are able to accomplish all of the operations required to sell a property within 2 months of the time of purchase. Currently there is a waiting list of investors ready to purchase these turnkey products. As soon as our product is bought, rehabbed, and rented, they are sold within days to cash buyers, or buyers with self-directed retirements accounts. It takes between 30 and 45 days for an owner to close on their investment property. At the time of closing, funds are disbursed and our private money investors receive their principal and interest. At this time, we are offering a 10% return, within a time frame of 3-4 months. You may choose to have your funds distributed directly back to you or roll your principal and interest into a new project. On average, your money can be turned 3 times per year showing you an annualized return of 30%.



## OUR PRODUCT

Here is an example of a home purchased at the Trustee Sale in Las Vegas. These documents are actual recorded documents from the purchase of the property at auction, and the sale of the property to an end investor. Also included are pictures of the property after we have rehabbed for longevity.







Case 8:14-cv-00546-AG-DFM   Document 224-5   Filed 10/15/15   Page 9 of 18   Page ID
Case 8:14-cv-00546-AG-DFM   Document 75-4 Filed 11/14/14   Page 51 of 67   Page ID #:1024
#:4166



## OUR PRODUCT (CONTINUED)

Here is another example of a property, a newer home, also purchased at auction.







## MARKET ANALYSIS: LAS VEGAS, NV

NV Companies does their due diligence when identifying the best markets to invest. Las Vegas has been a perfect fit for our business model for a number of reasons. Las Vegas has been number one on the foreclosure rankings in the US. This has created a buyers' market and a huge opportunity for cash flush investors to purchase property at a discount. Many investors have been taking advantage of this opportunity since the market hit the "bottom" in '09-'10. The opportunity continues to exist in Las Vegas but inventory levels have dropped substantially due to investor demand.

### Inventory of Properties Listed for Sale



When demand is high and inventory levels are dropping, naturally the median price of properties will increase. Even as the prices increase the opportunity still exists…..This market data, when presented to potential new owners, creates a buying frenzy. Buyers really understand that NOW is the time to buy.

### Median Price




Case 8:14-cv-00546-AG-DFM   Document 224-5   Filed 10/15/15   Page 11 of 18   Page ID
Case 8:14-cv-00546-AG-DFM   Document 75-4 Filed 11/14/14   Page 53 of 67   Page ID #:1026
#:4168



MARKET ANALYSIS: ORLANDO, FL

Orlando, FL has been also been a perfect fit for our business model for similar reasons. Foreclosures have been high in the Orlando Metro area and the prices of homes have fallen. This has created a buyers' market and inventory levels have dropped substantially due to high investor demand.



Case 8:14-cv-00546-AG-DFM   Document 224-5   Filed 10/15/15   Page 12 of 18   Page ID
Case 8:14-cv-00546-AG-DFM   Document 75-4 Filed 11/14/14   Page 54 of 67   Page ID #:1027
#:4169



STRATEGY AND IMPLEMENTATION

Competitive Edge:

Our acquisition teams have been purchasing real estate in all types of markets for over 10 years. Our teams have studied and tested the best ways to purchase properties at a discount. Our teams are aggressively purchasing properties through many outlets on a daily basis. We have also built rehab teams who know our business model and are able to affordably and efficiently complete rehab jobs. The real estate market is catching fire and with so many newcomers who are trying to replicate this model, our time in the market has established our ability to stay ahead of all competition.

Marketing Strategy:

NV Companies is the Preferred Vendor for turnkey real estate solutions to students who attend Real Estate Educational Seminars. Armando Montelongo Seminars is the largest of the seminars. This outlet gives us access to over 16,000 people annually who are actively investing in real estate and are looking for more creative outlets to invest. The second largest outlet is the Millionaire Mentor Group. This is a real estate education program based out of Canada. We are exposed to over 2,000 real estate students who are specifically interested in purchasing turnkey real estate investment products. Nick Vertucci also hosts a radio show "The Real Estate Investment Hour." Listeners who tune in have the opportunity to call in to our office and strategize with one of our specialists on how to get involved with this type of investment.

Sales Strategy:

Our strategists sit down with each individual to analyze their current financial situation and make a plan for them that best suites their situation.

Historical Sales Average 32 properties/month



Case 8:14-cv-00546-AG-DFM   Document 224-5   Filed 10/15/15   Page 13 of 18   Page ID
Case 8:14-cv-00546-AG-DFM   Document 75-4 Filed 11/14/14   Page 55 of 67   Page ID #:1028
#:4170



## NVCOMPANIES
### N I C K   V E R T U C C I

YOUR INVESTMENT

**LAS VEGAS INVESTMENT PROFORMA**

CASH FLOW ASSUMPTIONS

|  | Unit | Portfolio |
|---|---|---|
| **ACQUISITION** | | |
| Total Units/Portfolio | 1 | 12 |
| Per Unit Purchase Price | $ 65,000 | $ 780,000 |
| Set Up / Rehab Costs | 12,000 | 144,000 |
| Acquisition Fee | 2,000 | 24,000 |
| Rehab Fee | 1,000 | 12,000 |
| Escrow / Fees / Commissions | - | - |
| TOTAL ACQUISITION COSTS | $ 80,000 | $ 960,000 |
| | | |
| **DISPOSITION** | | |
| Sale Price | $ 104,900 | $ 1,258,800 |
| Less: Seminar Fees/Sales Costs | (15,000) | (180,000) |
| Less: Escrow/Fees/Commissions | (1,500) | (18,000) |
| TOTAL DISPOSITION PROCEEDS | $ 88,400 | $ 1,060,800 |
| | | |
| **RETURN ON INVESTMENT** | | |
| Total Acquisiton | $ 80,000 | $ 960,000 |
| Total Disposition Proceeds | $ 88,400 | $ 1,060,800 |
| Total Net Proceeds | $ 8,400 | $ 100,800 |
| Total Return on Investment | 10.5% | 10.5% |
| | | |
| Time of Investment (days) | 120 | 120 |
| Annualized Return | 31.9% | 31.9% |



## MEMORANDUM
## JOINT VENTURE AGREEMENT

This Agreement is entered into as of (Month) (Day), 2012 and sets forth the basic terms of our joint venture for the acquisition, rehabilitate and flip sale by the undersigned parties (each a "Venture" and collectively the "Ventures") of selected single family property located in Las Vegas, Nevada.

1.      Parties and Name. The joint venture parties are NV Acquisition Management LLC a Nevada Corporation. ("Developer") and _____ ("Investor"). The name of the joint venture (the "Venture") shall be Vegas Portfolio.

2.      Role and Responsibilities. Investor will hold title to the property the time of acquisition. Developer shall be responsible for identifying, acquiring, rehabbing and selling the Property. Investor shall be responsible for contributing and providing equity funds for use in acquiring, repairing and carrying the Property through the date of resale, upon the term s set forth herein.

3.      Equity Funds. Investor shall contribute the sum of $ (Initial Investment) as equity funds to be used for acquisition, repair, carrying cost and closing fees and cost related "Property").

4.      Preference Return; Allocation of Profit; Distributions.

Profits shall be allocated in accordance with their initial investment, which shall be 10% return of the initial Investment and the remainder for Developer of net profits. Once property is purchased developer will communicate the percentage return.

5.      Collateral Security. This Joint Venture agreement shall act as collateral for the funds invested.

6.      Arbitration. Any action to enforce or interpret this Agreement or to resolve disputes between the parties or by or against any Venturer shall be settled by arbitration in accordance with the rules of the American Arbitration Association. Arbitration shall be the exclusive dispute resolution process. Any party may commence arbitration by sending a written demand for arbitration to the other parties. Such demand shall set forth the nature of the matter to be resolved by arbitration. Arbitration shall be conducted at Las Vegas, Nevada. The substantive law of the State of Nevada shall be applied by the arbitrator to the resolution of the dispute. The parties shall share equally all initial costs of arbitration. The prevailing party shall be entitled to reimbursement of attorney fees, costs, and expenses incurred in connection with the arbitration. All decisions of the arbitrator shall be final, binding, and conclusive on all parties. Judgment may be PAGE A-66. entered upon any such decision in accordance with applicable law in any court having jurisdiction thereof.

7.      Miscellaneous.



(a)     This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

(b)     This Agreement shall be construed and enforced in accordance with the internal laws of the State of Nevada. If any provision of this Agreement is determined by any court of competent jurisdiction or arbitrator to be invalid, illegal, or unenforceable to any extent, that provision shall, if possible, be construed as though more narrowly drawn, if a narrower construction would avoid such invalidity, illegality, or unenforceability or, if that is not possible, such provision shall, to the extent of such invalidity, illegality, or unenforceability, be severed, and the remaining provisions of this Agreement shall remain in effect.

(c)     This Agreement shall be binding on and inure to the benefit of the parties and their heirs, personal representatives, and permitted successors and assigns.

(d)     Except as provided herein, no provision of this Agreement shall be construed to limit the Ventur in any manner in the carrying on of their own respective businesses or activities.

(e)     The Venturers intend the joint venture to be a general partnership under the California Uniform Partnership Act. No Venturer shall take any action inconsistent with the express intent of the parties to this Agreement.



IN WITNESS WHEREOF, the parties have executed or caused to be executed this Agreement
on the day and year first above written.

"Developer"

By:_____
Name: NV Acquisition Management LLC
Title: Managing Member
Address: P.O. Box 43111
        Las Vegas, NV 89116

E-mail: GiovanniMFernandez@Gmail.com


"Investor"


By:_____
Name:_____
Title: _____
Address: _____
_____
E-mail: _____

By: _____
Name:_____
Title: _____
Address: _____
_____
E-mail: _____

Case 8:14-cv-00546-AG-DFM   Document 224-5   Filed 10/15/15   Page 17 of 18   Page ID
Case 8:14-cv-00546-AG-DFM   Document 75-4 Filed 11/14/14   Page 59 of 67   Page ID #:1032
#:4174



## CONCLUSION

By investing in our business model, together with NV Companies we can fulfill the current demand for turnkey real estate investment products while earning above average returns on your short-term investment.

In the next 3-5 years NV Companies plans to continue evaluating real estate markets and trends in order to provide a turnkey real estate solution to investors. Our target audience has been consistently increasing over the past 3 years and we will continue to market and strategize with real estate education groups to continue to expand our business. The combination of years of experience, strong relationships, cutting edge methods, and technology makes NV Companies the Preferred Vendor for turnkey real estate solutions.

NV Companies is looking for short-term investors to fund our projects and keep up with current demands. Minimum investment starts at $250,000 with a minimum investment time period of 6 months.

Join in this exciting opportunity to invest with a company that is taking advantage of a once in a lifetime opportunity to provide turnkey real estate solutions in prime markets, and earn returns that you can not find anywhere else in the financial market.



NV Acquisitions Management, LLC
*Wiring Instructions*

Account Name:    NV Acquisitions Management, LLC

Account Number:            1882

ABA Routing #:        593


Bank Name:    Bank of America

Bank Address:    8581 West Lake Mead Blvd.

Las Vegas, NV 89128