# Exhibit 4

# Exhibit 4

| | |
|---|---|
| **Message** | |
| From: | Giovanni Fernandez [giovannimfernandez@gmail.com] |
| Sent: | 11/1/2012 3:35:40 PM |
| To: | Nick Vertucci [nick@nvcompanies.com] |
| Subject: | Re: 2013 BITCH |

NV COMPANIES / NICK VERTUCCI

2013 Financial / Business Goals

1) Buy Eight Houses in FL Cash by Jan 2013 500-600K Cash Required.--yes we can

2) Buy Three Houses a month for 11 remaining Months Cash. (200-250k cash required each month)----yes we can

3) Put together enough funds /investors to hold another 50-100 properties within PPM/JV agreements at a 50% ownership with Giovanni.--yes we can

4) Develop more property sales vehicles with Giovanni.---yes we really need to

5) By Midyear be selling 75 100props per month with Giovanni. --really really depends on the above....the average per month in Indy was 12 to 15....average in vegas has been 20 closed per month....means we need to grow markets and sales 5 times...I think we can but very specific process

6) Be white board ready on all aspects of property sales and Florida..--easy

7) Add 3500.00 back to my Vig on ALL deals. ---I think you might have to pick....volume or margin babe...basic business principle....if you grow in sales in cost more so no room for increase3500...but you get more of the pie. If you add the 3500 you increase your per deal but the prices get pushed and shrink volume.

1) Open the markets in the CAROLINAS with Giovanni and offer a solid 60-70k cash flow product.---has to happen and will happen.

2) Always have 500k to 1 million of my own funds working in our lending program. AND raise 250k per month from others or more if needed.

3) DEVELOP A MAJOR R.E. PROJECT with Giovanni BY 2014---also has to happen and will happen

G

On Thursday, November 1, 2012, Giovanni Fernandez wrote:
Dude I'm sitting in the middle seat on the plane next to the fatest bitch ever.... I can't even do this presentation....she is going to eat me

On Wednesday, October 31, 2012, Giovanni Fernandez wrote:
Erection

Sent from my iPhone

On Oct 31, 2012, at 11:53 AM, "Nick Vertucci" <nick@nvcompanies.com> wrote:

NV COMPANIES / NICK VERTUCCI

2013 Financial / Business Goals

1) Buy Eight Houses in FL Cash by Jan 2013 500-600K Cash Required.

2) Buy Three Houses a month for 11 remaining Months Cash. (200-250k cash required each month)

3) Put together enough funds /investors to hold another 50-100 properties within PPM/JV agreements at a 50% ownership with Giovanni.

4) Develop more property sales vehicles with Giovanni.

5) By Midyear be selling 75 100props per month with Giovanni.

6) Be white board ready on all aspects of property sales and Florida..

7) Add 3500.00 back to my Vig on ALL deals.

1) Open the markets in the CAROLINAS with Giovanni and offer a solid 60-70k cash flow product.

2) Always have 500k to 1 million of my own funds working in our lending program. AND raise 250k per month from others or more if needed.

3) DEVELOP A MAJOR R.E. PROJECT with Giovanni BY 2014


Nick Vertucci

<image001.jpg>

1015 E. Chapman Ave

Orange Ca 92866

Office: (800) 328-6418

Website: www.nvcompanies.com

Email: nick@nvcompanies.com

**INVEST IN YOUR FUTURE**


<NV COMPANIES GOALS 2013.docx>


--

**Giovanni Fernandez**

*Nevada Real Estate Management*
*7995 W. Sahara Ave Suite 101*
*Las Vegas, NV 89117*
*Cell 702.296.6945*
*Giovanni@NVREM.com*


On Thursday, November 1, 2012, Giovanni Fernandez wrote:
Dude I'm sitting in the middle seat on the plane next to the fatest bitch ever.... I can't even do this presentation....she is going to eat me

On Wednesday, October 31, 2012, Giovanni Fernandez wrote:

Erection

Sent from my iPhone

On Oct 31, 2012, at 11:53 AM, "Nick Vertucci" <nick@nvcompanies.com> wrote:

NV COMPANIES / NICK VERTUCCI

2013 Financial / Business Goals

1) Buy Eight Houses in FL Cash by Jan 2013 500-600K Cash Required.

2) Buy Three Houses a month for 11 remaining Months Cash. (200-250k cash required each month)

3) Put together enough funds /investors to hold another 50-100 properties within PPM/JV agreements at a 50% ownership with Giovanni.

4) Develop more property sales vehicles with Giovanni.

5) By Midyear be selling 75 100props per month with Giovanni.

6) Be white board ready on all aspects of property sales and Florida..

7) Add 3500.00 back to my Vig on ALL deals.

1) Open the markets in the CAROLINAS with Giovanni and offer a solid 60-70k cash flow product.

2) Always have 500k to 1 million of my own funds working in our lending program. AND raise 250k per month from others or more if needed.

3) DEVELOP A MAJOR R.E. PROJECT with Giovanni BY 2014

Nick Vertucci

<image001.jpg>

1015 E. Chapman Ave

Orange Ca 92866

Office: (800) 328-6418

Website: www.nvcompanies.com

Email: nick@nvcompanies.com

**INVEST IN YOUR FUTURE**

<NV COMPANIES GOALS 2013.docx>

--

**Giovanni Fernandez**

*Nevada Real Estate Management*
*7995 W. Sahara Ave Suite 101*
*Las Vegas, NV 89117*

*Cell 702.296.6945*
*Giovanni@NVREM.com*

On Thursday, November 1, 2012, Giovanni Fernandez wrote:
Dude I'm sitting in the middle seat on the plane next to the fatest bitch ever.... I can't even do this presentation....she is going to eat me

On Wednesday, October 31, 2012, Giovanni Fernandez wrote:
Erection

Sent from my iPhone

On Oct 31, 2012, at 11:53 AM, "Nick Vertucci" <nick@nvcompanies.com> wrote:

NV COMPANIES / NICK VERTUCCI

2013 Financial / Business Goals

1) Buy Eight Houses in FL Cash by Jan 2013 500-600K Cash Required.

2) Buy Three Houses a month for 11 remaining Months Cash. (200-250k cash required each month)

3) Put together enough funds /investors to hold another 50-100 properties within PPM/JV agreements at a 50% ownership with Giovanni.

4) Develop more property sales vehicles with Giovanni.

5) By Midyear be selling 75 100props per month with Giovanni.

6) Be white board ready on all aspects of property sales and Florida..

7) Add 3500.00 back to my Vig on ALL deals.

1) Open the markets in the CAROLINAS with Giovanni and offer a solid 60-70k cash flow product.

2) Always have 500k to 1 million of my own funds working in our lending program. AND raise 250k per month from others or more if needed.

3) DEVELOP A MAJOR R.E. PROJECT with Giovanni BY 2014

Nick Vertucci

1015 E. Chapman Ave
Orange Ca 92866
Office: (800) 328-6418
Website: www.nvcompanies.com
Email: nick@nvcompanies.com
INVEST IN YOUR FUTURE

<NV COMPANIES GOALS 2013.docx>

--
**Giovanni Fernandez**

*Nevada Real Estate Management*
*7995 W. Sahara Ave Suite 101*
*Las Vegas, NV 89117*
*Cell 702.296.6945*
*Giovanni@NVREM.com*

--
**Giovanni Fernandez**

*Nevada Real Estate Management*
*7995 W. Sahara Ave Suite 101*
*Las Vegas, NV 89117*
*Cell 702.296.6945*
*Giovanni@NVREM.com*

NVC-040531