1  JEFFREY D. CAWDREY (SBN: 120488)
   KIMBERLY D. HOWATT (SBN: 196921)
2  BRITTANY L. McCARTHY (SBN: 285947)
   **GORDON & REES LLP**
3  633 W. Fifth Street, 52nd Floor
   Los Angeles, CA  90071
4  Telephone:  (213) 576-5000
   Facsimile:  (213) 680-4470
5  jcawdrey@gordonrees.com
   khowatt@gordonrees.com
6
   ANDREW J. MOON (*Pro Hac Vice*)
7  NATHANIEL C. CORBETT (*Pro Hac Vice*)
   **EDUCATION MANAGEMENT SERVICES, LLC**
8  2935 Thousand Oaks Drive, Suite 6-285
   San Antonio, TX 78247
9  Telephone:  (210) 501-0077
   Facsimile:  (210) 568-4493
10 andym@teamarmando.com

11 Attorneys for Plaintiff and Counterdefendant REAL ESTATE TRAINING
   INTERNATIONAL, LLC and Crossdefendant ARMANDO MONTELONGO
12

13
14                    UNITED STATES DISTRICT COURT
15          CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| 16  REAL ESTATE TRAINING INTERNATIONAL, LLC, | CASE NO. 8:14-cv-00546-AG-DFM |
| 17 | **PLAINTIFF/ COUNTERDEFENDANT REAL ESTATE TRAINING INTERNATIONAL, LLC'S AND CROSS-DEFENDANT ARMANDO MONTELONGO, JR.'S OBJECTIONS TO EVIDENCE OFFERED WITH DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 18                     Plaintiff, | |
| 19      v. | |
| 20  THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, | |
| 21                     Defendants. | |
| 22  THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, | |
| 23 | Date:   November 9, 2015 |
| 24  Counterclaimants | Time:   10:00 a.m. Dept.:  Courtroom 10D |
| 25      v. | Judge:  Hon. Andrew J. Guilford |
| 26  REAL ESTATE TRAINING INTERNATIONAL, LLC; ARMANDO MONTELONGO | Trial Date:  December 8, 2015 |
| 27 | |
| 28  Counterdefendant/Crossdefendant. | |

-1-

PLAINTIFF/COUNTER-DEFENDANT'S AND CROSS-DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED WITH
DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 8:14-cv-00546-AG-DFM

Plaintiff and Counterdefendant Real Estate Training International, LLC ("RETI") and Cross-Defendant Armando Montelongo, Jr. ("Montelongo"), (collectively "Counterdefendants") hereby submit the following objections to the evidence offered with the motion for partial summary judgment brought by Defendants THE NICK VERTUCCI COMPANIES and NICK VERTUCCI.

| Evidence | Evidentiary Objection | Court's Ruling |
|---|---|---|
| Doc. 213-3, Declaration of Nick Vertucci, Page 3, lines 3-7:<br><br>"Mr. Sanders told me that the reason he wished to introduce me to Mr. Montelongo was to ask me to begin working with Mr. Montelongo to present my "cash flow" real estate teaching/selling available products program, with the system in place that I had already established and was promoting in my radio show and speaking engagements." | **Hearsay [FRE 801-802].** The statements of Chris Sanders are out-of-court statements offered to prove the truth of the matter asserted, and thus inadmissible hearsay. The declaratory testimony does not establish that Mr. Sanders was employed by either RETI or Montelongo, individually, nor that he was authorized to speak on either's behalf. | ☐ Sustained<br>☐ Overruled |
| Doc. 213-3, Declaration of Nick Vertucci, Page 3, lines 25-27:<br><br>"in which [Andy Moon] informed me that I had to sign an attached vendor agreement which he claimed was required for "compliance concerns" | **Best Evidence Rule [FRE 1002].** The cited email of Andy Moon is the best evidence to prove the contents thereof, and not Mr. Vertucci's biased summarization of same; such secondary testimony about the contents thereof is inadmissible. | ☐ Sustained<br>☐ Overruled |

- 1 -

PLAINTIFF/COUNTER-DEFENDANT'S AND CROSS-DEFENDANT'S OBJECTIONS TO EVIDENCE
DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 8:14-cv-00546-AG-DFM

| Evidence | Evidentiary Objection | Court's Ruling |
|---|---|---|
| before the upcoming bus tour." | **Hearsay [FRE 801-802].** The reported statements of "AMS[] lawyer[] Andy Moon are out-of-court statements offered to prove the truth of the matter asserted, and thus inadmissible hearsay. | |
| Doc. 213-3, Declaration of Nick Vertucci, Page 4, lines 5-14:<br><br>"I responded that I did not have time to review the agreement before the bus tour, and also asked why it was backdated to 2010. I wanted the proposed agreement reviewed by an attorney and to have him advise me on it, which I did not believe there was time to do before the bus tour, since I received the email late on July 8, a Monday, and the bus tour started on Thursday, July 11, 2013." | **Best Evidence Rule [FRE 1002].** The cited email is the best evidence to prove the contents thereof; such secondary testimony about the contents thereof is inadmissible.<br><br>**Hearsay [FRE 801-802].** Vertucci's out-of-court statements are inadmissible hearsay. | ☐ Sustained<br>☐ Overruled |
| Doc. 213-3, Declaration of Nick Vertucci, Page 4, lines 11-12:<br><br>"Mr. Moon emailed back that I had to sign the agreement before the bus tour, and that he wanted me to review it that night" | **Best Evidence Rule [FRE 1002].** The cited email is the best evidence to prove the contents thereof; such secondary testimony about the contents thereof is inadmissible.<br><br>**Hearsay [FRE 801-802].** Attorney Moon's out-of-court statements are inadmissible hearsay. | ☐ Sustained<br>☐ Overruled |
| Doc. 213-3, Declaration of Nick Vertucci, Page 4, lines 13-14:<br><br>"Mr. Moon made it clear that I had to sign, otherwise I would not be allowed to participate in, or attend, the bus tour" | **Hearsay [FRE 801-802].** Attorney Moon's out-of-court statements are inadmissible hearsay. | ☐ Sustained<br>☐ Overruled |

- 2 -

PLAINTIFF/COUNTER-DEFENDANT'S AND CROSS-DEFENDANT'S OBJECTIONS TO EVIDENCE
DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 8:14-cv-00546-AG-DFM

| | Evidence | Evidentiary Objection | Court's Ruling |
|---|---|---|---|
| 1 2 3 4 5 6 7 8 | Doc. 213-3, Declaration of Nick Vertucci, Page 4, lines 18-20:<br><br>"confirming that I had signed and returned the Vendor Agreement, which I told him I signed in good faith even though it was backdated" | **Best Evidence Rule [FRE 1002].** The cited email is the best evidence to prove the contents thereof; such secondary testimony about the contents thereof is inadmissible.<br><br>**Hearsay [FRE 801-802].** Vertucci's out-of-court statements are inadmissible hearsay. | ☐ Sustained<br>☐ Overruled |
| 9 10 11 12 13 14 15 16 17 | Doc. 213-3, Declaration of Nick Vertucci, Page 4, lines 22-25:<br><br>"The Vendor Agreement referenced using "confidential information" of AMS, which the agreement defined as its "properties, business, financial condition, operations, and prospects . . . to specifically include all aspects of the Seminars . . . " for two years following termination of the agreement." | **Best Evidence Rule [FRE 1002].** The cited contract is the best evidence to prove the contents thereof; such secondary testimony about the contents thereof is inadmissible. | ☐ Sustained<br>☐ Overruled |
| 18 19 20 21 22 | Doc. 213-3, Declaration of Nick Vertucci, Page 4, lines 27-28:<br><br>"much of AMS's approach to real estate investing was consistent with others in the industry" | **Improper Opinion/Legal Conclusion [FRE 701-702].** Vertucci is not qualified as an expert to offer an opinion on such matters, nor has he been designated as an expert witness by Counterclaimants. | ☐ Sustained<br>☐ Overruled |
| 23 24 25 26 27 28 | Doc. 213-3, Declaration of Nick Vertucci, Page 7, lines 4-6:<br><br>"The training fee and the profit participation on sales to RETI's students were the most significant aspects of my business relationship with Mr. Montelongo and RETI" | **Improper Opinion/Legal Conclusion [FRE 701-702].** Vertucci is not qualified as an expert to offer an opinion on such matters, nor has he been designated as an expert witness by Counterclaimants. | ☐ Sustained<br>☐ Overruled |

- 3 -

PLAINTIFF/COUNTER-DEFENDANT'S AND CROSS-DEFENDANT'S OBJECTIONS TO EVIDENCE
DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 8:14-cv-00546-AG-DFM

| Evidence | Evidentiary Objection | Court's Ruling |
|---|---|---|
| Doc. 213-5, Exhibit 2 to Vertucci Declaration, Vertucci Email | **Hearsay [FRE 801-802].** Vertucci's out-of-court statements are inadmissible hearsay.. | ☐ Sustained<br>☐ Overruled |

Counterclaimants further hereby request that all evidence to which its objections are sustained be stricken from the record in accord.

Dated:  October 15, 2015                    GORDON & REES LLP

                                            */S/ KIMBERLY D. HOWATT*
                                            _____
                                            Jeffrey D. Cawdrey
                                            Kimberly D. Howatt
                                            Brittany L. McCarthy
                                            Andrew J. Moon
                                            Attorneys for Plaintiff and
                                            Counterdefendant REAL ESTATE
                                            TRAINING INTERNATIONAL,
                                            LLC and Crossdefendant
                                            ARMANDO MONTELONGO

1096731/25246834v.1

- 4 -

PLAINTIFF/COUNTER-DEFENDANT'S AND CROSS-DEFENDANT'S OBJECTIONS TO EVIDENCE
DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 8:14-cv-00546-AG-DFM