1  **AKERMAN LLP**
   KAREN PALLADINO CICCONE (CA SBN 143432)
2  Email: karen.ciccone@akerman.com
   725 South Figueroa Street, 38th Floor
3  Los Angeles, California 90017-5433
   Telephone:  (213) 688-9500
4  Facsimile:   (213) 627-6342

5  **AKERMAN LLP**
   CLINT CORRIE (TX SBN 04840300)
6  *Admitted Pro Hac Vice*
   Email: clint.corrie@akerman.com
7  2001 Ross Avenue, Suite 2550
   Dallas, Texas 75201
8  Telephone:  (214) 720-4300
   Facsimile:   (214) 981-9339
9
   **SPACH, CAPALDI & WAGGAMAN, LLP**
10 MADISON S. SPACH, JR., SBN 94405
   (Email: madison.spach@gmail.com)
11 ANDREW D. TSU, SBN 246265
   (Email: andrewtsu@gmail.com)
12 4675 MacArthur Court, Suite 550
   Newport Beach, California 92660
13 Telephone: (949) 852-0710 / Fax: (949) 852-0714

14 *Attorneys for Defendants The Nick Vertucci*
   *Companies, Inc. and Nick Vertucci*
15
   *(Additional Counsel and Parties Listed on Following Page)*
16

17                   UNITED STATES DISTRICT COURT

18           CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| 19  REAL ESTATE TRAINING INTERNATIONAL, LLC, | Case No. SACV14-00546 AG (DFMx) |
| 20 | Assigned to Hon. Andrew J. Guilford |
| 21           *Plaintiff,* | Courtroom 10D |
| 22  v. | **JOINT STIPULATION RE: BRIEFING SCHEDULE** |
| 23  THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, | **CONCERNING DEPOSITION OF T. CHARLES PARR III; AND** |
| 24 | **REQUEST TO CONTINUE** |
| 25           *Defendants.* | **DISCOVERY HEARING ON MOTION TO COMPEL** |

{36437628;2}                              CASE NO. 8-14-cv-0056-AG-DFMx
JOINT STIPULATION RE: BRIEFING SCHEDULE CONCERNING DEPOSITION OF T. CHARLES PARR

| | |
|---|---|
| THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, | SAC Filed: June 17, 2014 |
| | FAC Filed: March 7, 2014 |
| Counterclaimants | Complaint Filed: January 16, 2014 |
| | Discovery Cutoff: June 29, 2015 |
| v. | Pretrial Conference: Nov. 16, 2015 |
| | Trial: Dec. 8, 2015 |
| REAL ESTATE TRAINING INTERNATIONAL, LLC; ARMANDO MONTELONGO | |
| Counterdefendant/Crossdefendant. | |

JEFFREY D. CAWDREY (SBN: 120488)
KIMBERLY D. HOWATT (SBN: 196921)
BRITTANY L. MCCARTHY (SBN: 285947)
GORDON & REES LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
jcawdrey@gordonrees.com
khowatt@gordonrees.com

ANDREW J. MOON (Pro Hac Vice)
EDUCATION MANAGEMENT SERVICES, LLC
2935 Thousand Oaks Drive, Suite 6-285
San Antonio, TX 78247
Telephone: (210) 501-0077
Facsimile: (210) 568-4493
andym@teamarmando.com

*Attorneys for Plaintiff and Counter-Defendant REAL ESTATE TRAINING INTERNATIONAL, LLC and Counter-Defendant ARMANDO MONTELONGO*

# JOINT STIPULATION RE: BRIEFING SCHEDULE CONCERNING DEPOSTION OF T. CHARLES PARR III AND RELATED MATTERS; AND REQUEST TO CONTINUE DISCOVERY HEARING ON MOTION TO COMPEL

PLEASE TAKE NOTICE that Defendants/Counter-Claimants The Nick Vertucci Companies, Inc. ("NVC") and Nick Vertucci ("Vertucci") (each a "Defendant" and together, the "Defendants") and Plaintiff/Counter-Defendant Real Estate Training International, LLC ("Plaintiff") and Counter-Defendant Armando Montelongo ("Montelongo") (collectively referred to as "RETI")(together, the "Parties") have met and conferred concerning the briefing schedule related to the remaining outstanding discovery issues that have been previously raised and discussed between the parties, including the propriety of the deposition of RETI's accountant, T. Charles Parr III, Defendants' request for four to five hours of additional deposition time with RETI's sole corporate representative, Montelongo, Defendants' request for four to five additional hours of deposition time with Andy Moon, and Defendants' request for the deposition of Mario Garcia and information regarding his contact information.

To that end, the Parties propose to file concurrent initial briefs regarding these issues on October 27, 2015 and concurrent response briefs on October 30, 2015, with the hearing thereon to occur on November 3, 2015.

Additionally, the Parties request the Court continue the hearing on RETI's Motion to Compel Documents From, or Alternatively, to Hold in Contempt for Failure to Comply with Subpoena: Gina Vertucci, Erik Slaikeu, Siggi Ahrens, Mike Tracey, Jeff Wilson, Jaime Tomlinson, and Mindi Cicero; and Request For Sanctions, to November 3, 2015, to correspond with the remaining discovery hearings. The hearing on this matter is currently scheduled for October 27, 2015 at 10:00am (Dkt. 203), however, lead counsel for RETI, Mr. Jeffrey Cawdrey, is out of the country on a

pre-planned vacation and second chair, Ms. Kimberly Howatt, has been called out of state to comply with an order issued by the U.S. District Court for the Eastern District of Michigan in the matter captioned *Vasudeva Mahavisno v. Compendia Bioscience, Inc., et al.*, Case No. 2:13-cv-12207-SFC-MAR. Accordingly, for the convenience of the Court and Parties to address all issues in a single hearing, a continuance of this hearing is also requested.

If this briefing and hearing schedule proposed by the Parties meets with this Court's approval, the Parties respectfully request that this Court enter an order setting this briefing and hearing schedule, and continuing the motion to compel hearing.

**IT IS SO STIPULATED.**

Dated: October 21, 2015   AKERMAN LLP

SPACH, CAPALDI & WAGGAMAN, LLP

By:__/s/ *Madison Spach*_____
    Clint A. Corrie
    Madison S. Spach, Jr.
Attorneys for Defendants and Counter-Plaintiffs THE NICK VETUCCI COMPANIES and NICK VERTUCCI


Dated: October 21, 2015   GORDON & REES

By:__/s/ *Brittany McCarthy*_____
    Jeffrey D. Cawdrey
    Kimberly D. Howatt
    Brittany L. McCarthy
    Andrew J. Moon
Attorneys for Plaintiff and Counter-Defendant REAL ESTATE INTERNATIONAL, LLC and Cross-Defendant ARMONDO MONTELONGO

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Madison Spach, counsel for Defendants THE NICK VERTUCCI COMPANIES and NICK VERTUCCI, and that I have obtained Mr. Spach's authorization to affix his electronic signature to this document.

Dated: October 21, 2015

GORDON & REES LLP

*/S/ BRITTANY MCCARTHY*

Jeffrey D. Cawdrey
Kimberly D. Howatt
Brittany L. McCarthy
Andrew J. Moon
Attorneys for Plaintiff and Counterdefendant REAL ESTATE TRAINING INTERNATIONAL, LLC and Crossdefendant ARMANDO MONTELONGO

1

## CERTIFICATE OF SERVICE

2  I hereby certify that on October 21, 2015, a copy of the foregoing document
3 was filed electronically with the Clerk of the Court using the Court's CM/ECF
4 electronic filing system, which will send an electronic copy of this filing to all counsel
5 of record.

6
7              /s/ *Brittany L. McCarthy*
               Brittany L. McCarthy

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28