1  JEFFREY D. CAWDREY (SBN: 120488)
   KIMBERLY D. HOWATT (SBN: 196921)
2  BRITTANY L. McCARTHY (SBN: 285947)
   **GORDON & REES LLP**
3  633 W. Fifth Street, 52nd Floor
   Los Angeles, CA 90071
4  Telephone: (213) 576-5000
   Facsimile: (213) 680-4470
5  jcawdrey@gordonrees.com
   khowatt@gordonrees.com
6
   ANDREW J. MOON (*Pro Hac Vice*)
7  **EDUCATION MANAGEMENT SERVICES, LLC**
   2935 Thousand Oaks Drive, Suite 6-285
8  San Antonio, TX 78247
   Telephone: (210) 501-0077
9  Facsimile: (210) 568-4493
   andym@teamarmando.com
10
   Attorneys for Plaintiff and Counterdefendant REAL ESTATE TRAINING
11 INTERNATIONAL, LLC and Crossdefendant ARMANDO MONTELONGO

12

13                 UNITED STATES DISTRICT COURT

14           CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

15

| | |
|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC, | CASE NO. 8:14-cv-00546-AG-DFM |
| Plaintiff, | **DECLARATION OF BRITTANY L. McCARTHY IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANT REAL ESTATE TRAINING INTERNATIONAL, LLC'S AND CROSSDEFENDANT ARMANDO MONTELONGO'S OPENING BRIEF ON DISCOVERY DISPUTES RE: 1) PARR DEPOSITION; 2) ADDITIONAL MONTELONGO DEPOSITION 3) ADDITIONAL MOON DEPOSITION, AND 4) GARCIA DEPOSITION** |
| v. | |
| THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, | |
| Defendants. | |
| THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, | |
| Counterclaimants | |
| v. | |
| REAL ESTATE TRAINING INTERNATIONAL, LLC; ARMANDO MONTELONGO | Date: November 3, 2015<br>Time: 10:00 a.m.<br>Dept.: Courtroom 6A<br>Judge: Hon. Douglas F. McCormick |
| Counterdefendant/Crossdefendant. | |

-1-
DECLARATION OF BRITTANY MCCARTHY IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR AN
ORDER CONFIRMING THE DISCOVERY CUT OFF DATE
CASE NO. 8:14-cv-00546-AG-DFM

1. I, Brittany L. McCarthy, declare as follows:

    1. I am an attorney licensed to practice law in the State of California and before this court, and am an associate in the law firm of Gordon & Rees, LLP, which is counsel of record for plaintiff and counter-defendant REAL ESTATE TRAINING INTERNATIONAL, LLC and cross-defendant ARMANDO MONTELONGO (collectively "RETI") in the above-captioned matter. The following facts are personally known to me, and if called as a witness I could, and would, testify competently thereto.

    2. Attached as <u>Exhibit 1</u> to this declaration is a true and correct copy of email correspondence from T. Charles Parr, III, dated September 30, 2015, enclosing Mr. Parr's objections to the Defendants and Counter-Plaintiffs' Deposition Notice, Subpoena for Testimony and Subpoena Duces Tecum to T. Charles Parr, III.

    3. Attached as <u>Exhibit 2</u> to this declaration is a true and correct copy of email correspondence, together with its attachment, from Christopher Hodge, dated October 1, 2015 to Mr. Parr, of which I was a recipient of a carbon copy. The attachment is fax correspondence from Mr. Hodge to Mr. Parr, dated September 30, 2015.

    4. Attached as <u>Exhibit 3</u> to this declaration is a true and correct copy of email correspondence from Kimberly Howatt to Mr. Hodge and Mr. Parr, dated October 1, 2015.

    5. I am informed and believe that Mr. Parr has not been personally served with a subpoena requiring him to appear at the offices of Plunkett & Griesenbeck, Inc.

///
///
///
///

DECLARATION OF BRITTANY MCCARTHY IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER CONFIRMING THE DISCOVERY CUT OFF DATE

CASE NO. 8:14-cv-00546-AG-DFM

6. Attached as <u>Exhibit 4</u> to this declaration is a true and correct is a true and correct copy of an excerpt from the Deposition of Andrew J. Moon, taken 8/17/15. I have added underlining to aid in this Court's review of the relevant portions of the exhibit. This excerpt is hereby de-designated from "highly-confidential."

7. Attached as <u>Exhibit 5</u> to this declaration is a true and correct copy of meet and confer correspondence regarding Mr. Parr's deposition subpoena, dated October 30, 2015.

8. In my telephone communications with counsel for the Defendants to meet and confer in advance of this filing, the items identified for submission were Mr. Garcia's deposition and Mr. Moon's assertion of work-product protection. Neither Ms. Birnie's, nor Mr. Adams' depositions were raised as potential issues for inclusion in this briefing schedule, nor did I consent to the inclusion of these issues to proceed via this expedited briefing schedule. I am informed and believe that in the last discussion between Mr. Cawdrey, Ms. Howatt and counsel for the Defendants, on or about October 15th, all parties agreed that they were seeking pre-November 15th dates for these parties following scheduling issues stemming from Defendants' counsel's personal issues, mediation, and witness calendars. I am informed and believe that neither Ms. Birnie's nor Mr. Adams' depositions were raised as potential issues in that conference.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of October, 2015 at San Diego, California.

*/s/ Brittany L. McCarthy*
Brittany L. McCarthy

1096731/24741331v.1

- 3 -
DECLARATION OF BRITTANY MCCARTHY IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER CONFIRMING THE DISCOVERY CUT OFF DATE
CASE NO. 8:14-cv-00546-AG-DFM