# EXHIBIT 3

Exhibit 3                                                                                                                     Page 74

**Brittany McCarthy**

| | |
|---|---|
| **From:** | Kimberly Howatt |
| **Sent:** | Thursday, October 01, 2015 9:35 AM |
| **To:** | christopher.hodge@akerman.com; CParr@parrcpas.com |
| **Cc:** | Jeffrey Cawdrey; Brittany McCarthy; andym@teamarmando.com; nathanc@teamarmando.com; madison.spach@gmail.com; andrewtsu@gmail.com; clint.corrie@akerman.com; david.meek@akerman.com; Karen.Ciccone@akerman.com |
| **Subject:** | RE: T. Charles Parr Objection |

Counsel:

As you know, fax service (to which Mr. Parr has not consented) is neither proper nor effective service on Mr. Parr, nor an effective modification to a subpoena.  Further, as our office has discussed with Mr. Spach, the subpoena was not properly-served, as it seeks to schedule a deposition for a date that is past the percipient witness deposition deadline. In addition, we disagree with your position, as Fed. R. Civ. P. 45(d)(2)(B) does serve to relieve Mr. Parr from any obligations, absent a court order.

Given this dispute, we will be filing an ex parte application to stay the deposition, to the extent no already halted under Fed . R. Civ. P. 45, before Judge McCormick.  Please advise if you intend to oppose this ex parte application.

Regards,
Kimberly

---

**KIMBERLY D. HOWATT**   | Partner
**GORDON & REES**
**SCULLY MANSUKHANI**

P: 619-696-6700  |  F: 619-696-7124
**khowatt@gordonrees.com**

**vCard**  |  **Bio**

Alabama • Arizona • California • Colorado • Connecticut • Florida • Georgia
Illinois • Maryland • Massachusetts • Missouri • Nevada • New Jersey • New York
North Carolina  • Oregon • Pennsylvania • South Carolina • South Dakota • Texas
Virginia • Washington • Washington, D.C.
www.gordonrees.com
Please consider the environment before printing this email.

---

**From:** christopher.hodge@akerman.com [mailto:christopher.hodge@akerman.com]
**Sent:** Thursday, October 01, 2015 9:29 AM
**To:** CParr@parrcpas.com
**Cc:** Jeffrey Cawdrey; Kimberly Howatt; Brittany McCarthy; andym@teamarmando.com; nathanc@teamarmando.com; madison.spach@gmail.com; andrewtsu@gmail.com; clint.corrie@akerman.com; david.meek@akerman.com; Karen.Ciccone@akerman.com
**Subject:** RE: T. Charles Parr Objection

Mr. Parr,

1

Exhibit 3                                                                                                                                      Page 75

Thank you.  We are in receipt of your objections to our subpoena.  Please note, however, that the Federal Rules of Civil Procedure do not permit a witness to unilaterally refuse to attend a deposition pursuant to a properly-served subpoena.  Accordingly, we plan to proceed with the deposition tomorrow.  As noted in the attached letter, faxed to your office yesterday, the location of the deposition will now be at the offices of Plunkett & Griesenbeck, Inc., 1635 N.E. Loop 410, Suite 900, San Antonio, Texas 78209, (210) 734-7092.

Best,
Chris Hodge

**Christopher M. Hodge**
Associate
Akerman LLP | 2001 Ross Avenue | Suite 2550 | Dallas, TX 75201
Dir: 214.720.4323 | Main: 214.720.4300 | Fax: 214.981.9339
christopher.hodge@akerman.com

vCard | Bio



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Charles Parr [mailto:CParr@parrcpas.com]
**Sent:** Wednesday, September 30, 2015 5:56 PM
**To:** madison.spach@gmail.com; andrewtsu@gmail.com; Corrie, Clint (Ptnr-Dal); Meek, David (Assoc-Orl); Hodge, Christopher (Assoc-Dal); Ciccone, Karen (Ptnr-Lax)
**Cc:** jcawdrey@gordonrees.com; khowatt@gordonrees.com; bmccarthy@gordonrees.com; Andy Moon; nathanc@teamarmando.com
**Subject:** T. Charles Parr Objection

To:     Ms. Karen Palladino Ciccone, Esq.
         Mr. Clint A. Corrie, Esq.
         Mr. Christopher Hodge, Esq.
         Mr. David A. Meek, Esq.
         Mr. Madison S. Spach, Jr., Esq.
         Mr. Andrew D. Tsu, Esq.

Attached please find, *T. Charles Parr III's Objection to Defendants and Counter-Plaintiffs' Deposition Notice, Subpoena for Testimony and Subpoena Duces Tecum.*

Very truly yours,

T. Charles Parr, III

2

Exhibit 3                                                                                                        Page 76

Parr & Associates
100 North East Loop 410, Suite 700
San Antonio, Texas 78216
telephone:  210.349.4431
facsimile:  210.349.4481
e-mail:  cparr@parrcpas.com
www.parrcpas.com


CONFIDENTIALITY NOTICE

***E-mail transmissions cannot be guaranteed to be secure, timely, or error-free***

Parr & Associates recommends that you do not send confidential information to us via electronic mail, including account numbers, social security numbers or any personal identification numbers.

The information contained in this email is confidential information intended only for the use of the intended recipient or agent responsible to deliver it to the intended recipient.  You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone at 210-349-4431 or send the original message to us at the above address via the U.S. Postal Service.