# EXHIBIT 4

Exhibit 4　　　　　Page 78

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2                      SOUTHERN DIVISION
 3   REAL ESTATE TRAINING      )
     INTERNATIONAL, LLC,       )
 4                             )
              Plaintiff,       )
 5   vs.                       ) NO. SACV14-00546 AG (DFMx)
                               )
 6   THE NICK VERTUCCI         )
     COMPANIES, INC. and       )
 7   NICK VERTUCCI,            )
                               )
 8         Defendants.         )
 9   ------------------------------------------------------------
10         ***CONFIDENTIAL - ATTORNEYS' EYES ONLY***
11               ORAL VIDEOTAPED DEPOSITION
12                    ANDREW J. MOON
13                    AUGUST 17, 2015
14   ------------------------------------------------------------
15      ORAL VIDEOTAPED DEPOSITION OF ANDREW J. MOON,
16   produced as a witness at the instance of the Defendants
17   and duly sworn, was taken in the above-styled and
18   numbered cause on the 17th day of August, 2015, from
19   9:37 a.m. to 8:09 p.m., before Jean Thomas Fraunhofer,
20   Certified Shorthand Reporter in and for the State of
21   Texas, reported by computerized stenotype machine at the
22   offices of GONZALEZ, CHISCANO, ANGULO & KASSON, PC, 613
23   N.W. Loop 410, Suite 800, San Antonio, Texas 78216,
24   pursuant to the Federal Rules of Civil Procedure and the
25   provisions stated on the record or attached hereto.
```

Page 1

```
 1    questions about Exhibit 32.                              04:56:35

 2       A.   Yes, sir.

 3       Q.   There is a provision...

 4            When you drafted this, do you recall

 5    whether you intended to have a non-compete provision in  04:57:17

 6    this pro -- in this document?

 7            MR. GONZALEZ:  I'm sorry.  I'd have --

 8    repeat that question.  I --

 9            MR. CORRIE:  Right.

10       Q    Regardless of -- strike that as far your         04:57:35

11    understanding.

12            Do you believe that this document has a

13    non-compete provision in -- in the document?

14            MR. GONZALEZ:  Objection.  Calls for a

15    legal conclusion and opinion.                            04:57:49

16            MR. CORRIE:  Well, he's the lawyer that

17    drafted it, so...

18            MR. GONZALEZ:  Then it would necessarily

19    seek his mental impressions and opinions.

20       Q.   Do you have an opinion whether this document    04:58:00

21    contains a non-compete provision?

22       A.   I do.

23       Q.   What is that?

24       A.   I believe it's work product.

25       Q.   Okay.  Let me refer you to the second page of   04:58:10
```

Page 184

```
 1   Mr. Vertucci other than Exhibit 67?                    08:08:56

 2      A.   No, sir.

 3      Q.   All right.  I believe that's all the questions

 4   I've got.  Thank you very much.

 5               MR. GONZALEZ:  We'll reserve our questions  08:09:03

 6   for the time of trial.  Thank you.

 7               THE VIDEOGRAPHER:  This concludes the

 8   deposition of Andrew Moon.  Going off of the record.

 9   The time is 8:09.

10                                                          08:09:11

11              (Deposition concluded at 8:09 p.m.)
```

```
 1   therefore;
 2      _____ was not requested by the deponent or a party
 3   before the completion of the deposition.
 4      I further certify that I am neither attorney nor
 5   counsel for, related to, nor employed by any of the
 6   parties to the action in which this testimony was taken.
 7      Further, I am not a relative or employee of any
 8   attorney of record in this cause, nor do I have a
 9   financial interest in the action.
10      SUBSCRIBED AND SWORN TO on this the 26th day of
11   August, 2015.
12
                         [signature: Jean Thomas Fraunhofer]
13                       _____
14                       Jean Thomas Fraunhofer, CSR
                         Texas CSR 7990
15                       Expiration:  12/31/2016
                         VERITEXT LEGAL SOLUTIONS
16                       Firm Registration No. 571
                         300 Throckmorton, Suite 1600
17                       Fort Worth, Texas 76102
                         Telephone:  (817)336-4000
18
19
20
21
22
23
24
25
```

Page 276