1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| 11 REAL ESTATE TRAINING INT'L )<br>12 LLC, )<br>13 Plaintiff, )<br>14 v. )<br>15 THE NICK VERTUCCI )<br>16 COMPANIES, INC. et al., )<br>17 Defendants. ) | No. SA CV 14-00546-AG (DFMx)<br><br>NOTICE OF HEARING AND<br>ORDER TO SHOW CAUSE RE:<br>CONTEMPT |

18

19      Upon review of the motion (Dkt. 203) of Real Estate Training

20 International, LLC ("RETI") and Armando Montelongo ("Monetelongo")

21 ("Movants") for an order holding several non-parties in civil contempt for

22 failing to comply with a subpoena in this matter, and good cause appearing

23 therefor,

24      IT IS HEREBY ORDERED THAT:

25      1.    Non-parties Gina Vertucci, Erik Slaikeu, Jeff Wilson, Jaime

26 Tomlinson, and Mindi Cicero shall appear on January 26, 2016, at 10:00 a.m.,

27 in Courtroom 6B of the United States District Court for the Central District of

28 California located at 411 West Fourth Street, Santa Ana, California, 92701, to

1    show cause why they should not be adjudged in civil contempt of court for

2    failing to comply fully with a subpoena served upon them in this matter.

3            2.      If non-parties Gina Vertucci, Erik Slaikeu, Jeff Wilson, Jaime

4    Tomlinson, and Mindi Cicero intend to file any pleadings, declarations,

5    exhibits, or other papers in opposition to Movants' motion or the entry of an

6    order holding them in civil contempt of court, such papers must be filed and

7    delivered to all counsel by 5:00 p.m. on January 12, 2016. Any supplemental

8    memorandum in support of Movants' motion shall be filed with the Court and

9    delivered to all counsel by 5:00 p.m. on January 19, 2016.

10           3.      Movants' counsel shall serve a copy of this Notice and Order – as

11   well as all pleadings filed by Movants in support of their motion – by mail to

12   non-parties Gina Vertucci, Erik Slaikeu, Jeff Wilson, Jaime Tomlinson, and

13   Mindi Cicero and their respective counsel within two (2) business days of this

14   Order.

15

16   Dated:   December 21, 2015

17                                        _____

18                                        DOUGLAS F. McCORMICK
                                          United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

2