# EXHIBIT 1

1                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
2                    SOUTHERN DIVISION - SANTA ANA

3

4  REAL ESTATE TRAINING        ) Case No. SACV 14-546-AG (DFMx)
   INTERNATIONAL, LLC,         )
5                              ) Santa Ana, California
          Plaintiff,           ) Tuesday, November 3, 2015
6                              ) 10:29 A.M. to 11:21 A.M.
             v.                )
7                              )
   THE NICK VERTUCCI COMPANIES,)
8  INC. et al.,                )
                               )
9         Defendants.          )
                               )

10

11

12                    TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE DOUGLAS F. MC CORMACK,
13                UNITED STATES MAGISTRATE JUDGE.

14

15 Appearances:                 See Page 2

16 Deputy Clerk:                Terri Steele

17 Court Reporter:              Recorded; CourtSmart

18 Transcription Service:       JAMS Certified Transcription
                                16000 Ventura Boulevard #1010
19                              Encino, California  91436
                                (661) 609-4528

20

21

22

23

24
   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.

1  Your Honor.  That's my point.  We had to bring a motion in

2  front of this Court -- or, actually, they brought a motion

3  seeking five hours, which is contrary.  We had to spend

4  dollars and time and late nights -- you know how these cases

5  go before the getting to trial.  Folks are working around the

6  clock on this darn thing, and this was a nonissue, and I'm

7  pointing that out because I would be pointing more things out

8  later.

9          So I guess we have an agreement because we already

10  had an agreement back on September 18th, Your Honor.

11          THE COURT:  Well, that's -- you not only have an

12  agreement, you have an order that Mr. Montelongo will be made

13  available for an additional four hours.

14          MR. CAWDREY:  Sure.

15          THE COURT:  And I'm happy to make the same order

16  with respect to Mr. Vertucci if you request it.

17          MR. CAWDREY:  We do, Your Honor.  Mr. --

18          THE COURT:  And I'll make it.  Mr. Vertucci will be

19  made available for an additional four hours.  So that will be

20  part of the order of the Court.

21          MR. CAWDREY:  Thank you, Your Honor.

22          THE COURT:  Let's, then, turn to -- I think I'm

23  going in increasing order of complexity, but contact

24  information for Mr. Garcia, who, perhaps, I guess, is

25  unfortunately named, and I think there are two issues,

1   Mr. Cawdrey.  One -- or, I guess, two issues, Mr. Spach,

2   which is, one, what's the basis for me to order RETI to

3   provide contact information for a former -- and, two, I guess

4   I'm even more alarmed than I was when I started when I

5   thought the trial was in February.  We are -- I must say, the

6   shot clock is now measured in tenths of a second with respect

7   to the discovery period, and this is -- it's too late.

8           MR. SPACH:  Mr. Corrie can address some -- we --

9   you may remember, Your Honor, after the September 18th

10  hearing, we went downstairs to work out the remaining

11  deposition schedule.  On that schedule were both Mr. Garcia

12  and Mr. Parr, and our problem was we could never get contact

13  information.  I believe now we've -- one of the problems was

14  they have had -- he's a former officer.  We've -- when we

15  contacted his current employer, they said, "You have to go

16  through" -- "You have to get that information from

17  Montelongo's lawyers."  That information has been withheld

18  from us.

19          I think Mr. Corrie has some updates on that, and I

20  think you -- I think we can limit -- the relief that the

21  Court would need to grant would be for permission for us to

22  proceed with the Parr deposition as well as the Garcia

23  deposition, both are in San Antonio, and I think that's, at

24  this point, the limit of the order that we would need from

25  the Court.  And I -- Parr is -- I can address much more

1

2

3

4                                  CERTIFICATE

5          I certify that the foregoing is a correct transcript

6    from the electronic sound recording of the proceedings in the

7    above-entitled matter.

8

9    /s/ Julie Messa              November 13, 2015
     Julie Messa, CET**D-403      Date
10   Transcriber

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25